**Fill in this information to identify your case and this filing:**

Debtor 1        __Craig__            __Bradley__         __Deimler__
                First Name          Middle Name         Last Name

Debtor 2        __William__          __Oliver__          __Fisher-Deimler__
(Spouse, if filing)  First Name      Middle Name         Last Name

United States Bankruptcy Court for the: __MIDDLE DIST. OF PENNSYLVANIA__

Case number     __1:20-bk-00841__
(if known)

☐ Check if this is an amended filing

Official Form 106A/B

## Schedule A/B: Property                                                                 12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list
the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are
filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate
sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In |
|---|---|

1.  **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No.  Go to Part 2.
☑ Yes.  Where is the property?

1.1.

**2100 Bellevue Road, Harrisburg, PA
17104
Purchased 02/28/13 $150,000
Owned by BFCD, LLC
Value listed is realtor's opinion**

__Dauphin__
County

**What is the property?**
Check all that apply.

☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?**
Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the
amount of any secured claims on *Schedule D:
Creditors Who Have Claims Secured by Property*.

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $124,000.00 | $124,000.00 |

**Describe the nature of your ownership
interest (such as fee simple, tenancy by the
entireties, or a life estate), if known.**

. _____

☐ **Check if this is community property**
(see instructions)

**Other information you wish to add about this item, such as local
property identification number:** _____

**1.2.**

**2428 Mercer Street, Harrisburg, PA 17104**

**Dauphin**
County

What is the property? Check all that apply.

- ☑ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

Who has an interest in the property? Check one.

- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:    **13-047-027-000-0000**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

Current value of the entire property?    **$53,000.00**

Current value of the portion you own?    **$53,000.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Owner**

- ☐ Check if this is community property (see instructions)

**Purchased 10/26/07 $74,900**
**Townhouse**
**Comparable sales**
**2422 Mercer St, Harrisburg, PA  10/15/19 $53,900**
**2424 Mercer St., Harrisburg, PA 8/3/17 $50,000**
**2442 Mercer St., Harrisburg, PA 6/29/18 $34,000**
**2470 Mercer St., Harrisburg, PA 5/23/18 $49,137**
**2459 Mercer St., Harrisburg, PA 2/21/20 $38,500**
**2408 Brookwood St., Harrisburg, PA 10/18 53,000**
**2448 Brookwood St., Harrisburg, PA 1/18 $35,500**

**1.3.**

**3205 Elmwood Drive, Harrisburg, PA 17110**

**Dauphin**
County

What is the property? Check all that apply.

- ☑ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

Who has an interest in the property? Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:    **62-051-032-000-0000**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

Current value of the entire property?    **$157,400.00**

Current value of the portion you own?    **$157,400.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Owner**

- ☐ Check if this is community property (see instructions)

**Purchased 12/22/97 $123,000**

**3221 Elmwood Dr, Harrisburg, PA 4/17 $157,400**
**3232 Elmwood Dr., Harrisburg, PA 8/17 $135,000**
**3204 Elmwood Dr., Harrisburg, PA 2/17 $142,000**
**3229 Elmwood Dr., Harrisburg, PA 10/19 $110,000**

| 1.4. | **What is the property?** Check all that apply. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|

**114 Lincoln Avenue, North Versailles, PA 15137**
**Allegheny County**
**Purchase price 10/21/16 $95,000**

**Allegheny**
County

**What is the property?** Check all that apply.

- ☑ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☑ Investment property
- ☐ Timeshare
- ☐ Other

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$95,000.00** | **$95,000.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Owner**

**Who has an interest in the property?** Check one.

- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Other information you wish to add about this item, such as local property identification number:

_____

2.   Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1.  Write that number here........................................................➔

| **$429,400.00** |
|---|

## Part 2:    Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?**  Include any vehicles you own that someone else drives.  If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3.   **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

- ☐ No
- ☑ Yes

| 3.1. | | **Who has an interest in the property?** Check one. | Do not deduct secured claims or exemptions.  Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|

Make:   **Ford**
Model:   **Expedition**
Year:   **2019**
Approximate mileage: **5,000**
Other information:
**2019 Ford Expedition Ltd AWD black (approx. 5000 miles)**

**Who has an interest in the property?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$54,750.00** | **$54,750.00** |

| 3.2. | | **Who has an interest in the property?** Check one. | Do not deduct secured claims or exemptions.  Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|

Make:   **VW**
Model:   **Jetta**
Year:   **2016**
Approximate mileage: _____
Other information:
**2016 VW Jetta**

**Who has an interest in the property?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$7,825.00** | **$7,825.00** |

| 3.3. | | Who has an interest in the property? | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|
| Make: | **Ford** | Check one. | |
| Model: | **Escape** | ☑ Debtor 1 only | |
| Year: | **2017** | ☐ Debtor 2 only | |
| Approximate mileage: | _____ | ☐ Debtor 1 and Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| Other information: | | ☐ At least one of the debtors and another | **$11,350.00** / **$11,350.00** |
| **2017 Ford Escape** | | ☐ Check if this is community property (see instructions) | |

| 3.4. | | Who has an interest in the property? | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|
| Make: | **Ford** | Check one. | |
| Model: | **Mustang** | ☑ Debtor 1 only | |
| Year: | **2017** | ☐ Debtor 2 only | |
| Approximate mileage: | _____ | ☐ Debtor 1 and Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| Other information: | | ☐ At least one of the debtors and another | **$13,125.00** / **$13,125.00** |
| **2017 Ford Mustang** | | ☐ Check if this is community property (see instructions) | |

4.  **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
    *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

    ☑ No
    ☐ Yes

5.  Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here ........................................................ ➔   | **$87,050.00** |

## Part 3:    Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

6.  **Household goods and furnishings**
    *Examples:* Major appliances, furniture, linens, china, kitchenware

    ☐ No
    ☑ Yes. Describe..... | **4 beds, 9 dressers, stove, refrigerator, microwave, washer, dryer, 2 sectional couches, 2 recliners, 2 chairs, sofa, chair, 4 end tables, 3 kitchen tables & chairs, 2 dining room tables & chairs, 2 buffets, 2 china closets, desk, 6 filing cabinets, 4 air conditioners, pots, pans, dishes, linens, misc household goods** |   **$2,040.00**

7.  **Electronics**
    *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

    ☐ No
    ☑ Yes. Describe..... | **Cell phones, 5 televisions, 3 DVD players, laptop, 2 Ipads, 2 stereos** |   **$1,240.00**

8.  **Collectibles of value**
    *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

    ☐ No
    ☑ Yes. Describe..... | **Painting** |   **$1,000.00**

9. **Equipment for sports and hobbies**

   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

   ☐ No

   ☑ Yes. Describe.....  | **See continuation page(s).** | $20,200.00

10. **Firearms**

    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

    ☑ No

    ☐ Yes. Describe..... |  |

11. **Clothes**

    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

    ☐ No

    ☑ Yes. Describe.....  | **See continuation page(s).** | $1,750.00

12. **Jewelry**

    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

    ☐ No

    ☑ Yes. Describe.....  | **See continuation page(s).** | $1,800.00

13. **Non-farm animals**

    *Examples:* Dogs, cats, birds, horses

    ☐ No

    ☑ Yes. Describe.....  | **2 dogs** | $0.00

14. **Any other personal and household items you did not already list, including any health aids you did not list**

    ☑ No

    ☐ Yes.  Give specific information............. |  |

15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write the number here..................................................................................→ | $28,030.00

---

### Part 4:    Describe Your Financial Assets

**Do you own or have any legal or equitable interest in any of the following?**

Current value of the portion you own?
Do not deduct secured claims or exemptions.

16. **Cash**

    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

    ☐ No

    ☑ Yes.................................................................................................................  Cash: ...................... | $43.00

**17.    Deposits of money**

Examples: Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No
☑ Yes............................        Institution name:

| | | | |
|---|---|---|---|
| 17.1. | Checking account: | **Checking account M&T as of 3/1/20** | **$10.09** |
| 17.2. | Checking account: | **Checking account BB&T as of 3/4/20** | **$189.86** |
| 17.3. | Checking account: | **Checking account Compass as of 2/20/20** | **$2,587.75** |
| 17.4. | Checking account: | **Checking account Santander as 0f 2/29/20** | **$27.92** |
| 17.5. | Checking account: | **Checking account Mid Penn as of 2/28/20** | **$540.85** |
| 17.6. | Checking account: | **Checking account Members 1st as of 2/29/20** | **$55.00** |
| 17.7. | Checking account: | **Checking account Members 1st as of 2/29/20** | **$94.51** |
| 17.8. | Savings account: | **Savings account White Rose** | **$0.00** |
| 17.9. | Savings account: | **Savings account Santander as of 2/8/20 UTMA account** | **$1.55** |
| 17.10. | Savings account: | **Savings account Members 1st as of 2/29/20** | **$60.00** |
| 17.11. | Savings account: | **Savings account Members 1st as of 2/29/20** | **$6.00** |

**18.    Bonds, mutual funds, or publicly traded stocks**

Examples: Bond funds, investment accounts with brokerage firms, money market accounts

☑ No
☐ Yes............................        Institution or issuer name:

**19.    Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☐ No
☑ Yes. Give specific information about them..........................

| Name of entity: | % of ownership: | | |
|---|---|---|---|
| **GCD Construction Inc**<br>**dba Deimler Family Construction**<br>**In Chapter 7 Bankruptcy** | **100%** | | **$0.00** |
| **BFCD Properties, LLC**<br>  **Assets: 2100 Bellevue Road Harrisburg, PA 17104,**<br>**2017 Ford Escape, 2017 Ford Mustang, 2016 VW**<br>**Jetta; checking Mid Penn Bank as of 2/28/20 $69.29** | **100%** | | **$0.00** |

**20.    Government and corporate bonds and other negotiable and non-negotiable instruments**

Negotiable instruments include personal checks, cashiers' checks, promissory notes, and money orders.
Non-negotiable instruments are those you cannot transfer to someone by signing or delivering them.

☑ No
☐ Yes. Give specific information about them..........................        Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or
             profit-sharing plans

    ☐ No
    ☑ Yes. List each
        account separately.    Type of account:    Institution name:

                               IRA:    **IRA  11 U.S.C. §541 (c)(2) Excluded from the
                                       Bankruptcy Estate**                                              $0.00

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications
    companies, or others

    ☑ No
    ☐ Yes..........................    Institution name or individual:

23. **Annuities**  (A contract for a specific periodic payment of money to you, either for life or for a number of years)
    ☑ No
    ☐ Yes..........................    Issuer name and description:

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    ☑ No
    ☐ Yes..........................    Institution name and description.  Separately file the records of any interests.  11 U.S.C. § 521(c)

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or
    powers exercisable for your benefit**
    ☑ No
    ☐ Yes.  Give specific
        information about them

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property;**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
    ☑ No
    ☐ Yes.  Give specific
        information about them

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ☑ No
    ☐ Yes.  Give specific
        information about them

**Money or property owed to you?**                                             **Current value of the
                                                                                portion you own?**
                                                                                Do not deduct secured
                                                                                claims or exemptions.

28. **Tax refunds owed to you**
    ☑ No
    ☐ Yes.  Give specific information
        about them, including whether                                          Federal: _____
        you already filed the returns
        and the tax years.....................                                 State: _____

                                                                                Local: _____

Case 1:20-bk-00841-HWV    Doc 20    Filed 03/12/20    Entered 03/12/20 11:08:04    Desc
                    Main Document    Page 7 of 71

**29. Family support**

*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☒ No

☐ Yes.  Give specific information

| | Alimony: | _____ |
| --- | --- | --- |
| | Maintenance: | _____ |
| | Support: | _____ |
| | Divorce settlement: | _____ |
| | Property settlement: | _____ |

**30. Other amounts someone owes you**

*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☒ No

☐ Yes.  Give specific information                                                                    _____

**31. Interests in insurance policies**

*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☐ No

☒ Yes.  Name the insurance
company of each policy
and list its value.............    Company name:                    Beneficiary:                    Surrender or refund value:

**Mutual of Omaha whole life**                **Bill Fisher**                          **$0.00**

**32. Any interest in property that is due you from someone who has died**

If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died

☒ No

☐ Yes.  Give specific information                                                                    _____

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☒ No

☐ Yes.  Describe each claim........                                                                _____

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☒ No

☐ Yes.  Describe each claim........                                                                _____

**35. Any financial assets you did not already list**

☒ No

☐ Yes.  Give specific information                                                                    _____

**36.** Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here................................................................................ →    **$3,616.53**

---

**Part 5:    Describe Any Business-Related Property You Own or Have an Interest In.  List any real estate in Part 1.**

**37. Do you own or have any legal or equitable interest in any business-related property?**

☒ No.  Go to Part 6.

☐ Yes.  Go to line 38.

Case 1:20-bk-00841-HWV    Doc 20    Filed 03/12/20    Entered 03/12/20 11:08:04    Desc
Main Document    Page 8 of 71

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**

☑ No

☐ Yes.  Describe..

39. **Office equipment, furnishings, and supplies**

*Examples:*  Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☑ No

☐ Yes.  Describe..

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☑ No

☐ Yes.  Describe..

41. **Inventory**

☑ No

☐ Yes.  Describe..

42. **Interests in partnerships or joint ventures**

☑ No

☐ Yes.  Describe.....  Name of entity:                                    % of ownership:

43. **Customer lists, mailing lists, or other compilations**

☑ No

☐ Yes.  **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

    ☐ No

    ☐ Yes.  Describe....

44. **Any business-related property you did not already list**

☑ No

☐ Yes.  Give specific information.

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5.  Write that number here**.................................................................................. ➔     **$0.00**

**Part 6:    Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
**If you own or have an interest in farmland, list it in Part 1.**

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No.  Go to Part 7.

☐ Yes.  Go to line 47.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

47. **Farm animals**
*Examples:* Livestock, poultry, farm-raised fish

☑ No
☐ Yes....

48. **Crops--either growing or harvested**

☑ No
☐ Yes.  Give specific information................

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☑ No
☐ Yes....

50. **Farm and fishing supplies, chemicals, and feed**

☑ No
☐ Yes....

51. **Any farm- and commercial fishing-related property you did not already list**

☑ No
☐ Yes.  Give specific information................

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here.........................................................................** ➔    **$0.00**

## Part 7:    Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership

    ☐ No
    ☑ Yes.  Give specific information.

    | | |
    |---|---|
    | GDSConst.com | $0.00 |
    | Deimlerfamilyconstruction.com | $0.00 |
    | Disney Time Share | $0.00 |
    | Divi | $0.00 |
    | Points timeshare | $0.00 |

54. **Add the dollar value of all of your entries from Part 7. Write that number here.............................** ➔    **$0.00**

Case 1:20-bk-00841-HWV    Doc 20    Filed 03/12/20    Entered 03/12/20 11:08:04    Desc
Main Document       Page 10 of 71

## Part 8:    List the Totals of Each Part of this Form

55.    **Part 1: Total real estate, line 2**........................................................................................................➔    $429,400.00

56.    **Part 2: Total vehicles, line 5**    $87,050.00

57.    **Part 3: Total personal and household items, line 15**    $28,030.00

58.    **Part 4: Total financial assets, line 36**    $3,616.53

59.    **Part 5: Total business-related property, line 45**    $0.00

60.    **Part 6: Total farm- and fishing-related property, line 52**    $0.00

61.    **Part 7: Total other property not listed, line 54**    +    $0.00

62.    **Total personal property.**    Add lines 56 through 61.................    $118,696.53    Copy personal property total    ➔    +    $118,696.53

63.    **Total of all property on Schedule A/B.**    Add line 55 + line 62.............................................................    $548,096.53

9.   **Equipment for sports and hobbies (details):**

    **Steinway grand piano**         **$20,000.00**

    **Trumpet, violin, golf clubs**         **$200.00**

11.  **Clothes (details):**

    **Clothing**         **$750.00**

    **Clothing, 2 mink coats**         **$1,000.00**

12.  **Jewelry (details):**

    **Wedding band, platinum ring, ruby ring, diamond ring**         **$500.00**

    **Gold earring, wedding band, diamond ring, rolex, diamond earring**         **$1,300.00**

## Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Craig** | **Bradley** | **Deimler** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **William** | **Oliver** | **Fisher-Deimler** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | **MIDDLE DIST. OF PENNSYLVANIA** | | |
| Case number (if known) | **1:20-bk-00841** | | |

☐ Check if this is an amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt

04/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions--such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds--may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

## Part 1: Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ☑ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |

3. **Are you claiming a homestead exemption of more than $170,350?**

   (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

       ☐ No

       ☐ Yes

## Part 2: Additional Page

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**2428 Mercer Street, Harrisburg, PA 17104**<br>**Purchased 10/26/07 $74,900**<br>**Townhouse**<br>**Comparable sales**<br>**2422 Mercer St, Harrisburg, PA  10/15/19**<br>**$53,900**<br>**2424 Mercer St., Harrisburg, PA 8/3/17**<br>**$50,000**<br>**2442 Mercer St., Harrisburg, PA 6/29/18**<br>**$34,000**<br>**2470 Mercer St., Harrisburg, PA 5/23/18**<br>**$49,137**<br>**2459 Mercer St., Harrisburg, PA 2/21/20**<br>**$38,500**<br>**2408 Brookwood St., Harrisburg, PA 10/18**<br>**53,000**<br>**2448 Brookwood St., Harrisburg, PA 1/18**<br>**$35,500**<br>**Parcel: 13-047-027-000-0000**<br>Line from *Schedule A/B*: **1.2** | **$53,000.00** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description:<br>**3205 Elmwood Drive, Harrisburg, PA 17110**<br>**Purchased 12/22/97 $123,000**<br><br>**3221 Elmwood Dr, Harrisburg, PA 4/17**<br>**$157,400**<br>**3232 Elmwood Dr., Harrisburg, PA 8/17**<br>**$135,000**<br>**3204 Elmwood Dr., Harrisburg, PA 2/17**<br>**$142,000**<br>**3229 Elmwood Dr., Harrisburg, PA 10/19**<br>**$110,000**<br>**Parcel: 62-051-032-000-0000**<br>Line from *Schedule A/B*: **1.3** | **$157,400.00** | ☑ **$855.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description:<br>**114 Lincoln Avenue, North Versailles, PA 15137**<br>**Allegheny County**<br>**Purchase price 10/21/16 $95,000**<br>Line from *Schedule A/B*: **1.4** | **$95,000.00** | ☑ **$15,000.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description:<br>**2019 Ford Expedition (approx. 5,000 miles)**<br>**2019 Ford Expedition Ltd AWD black**<br>**(approx. 5000 miles)**<br>Line from *Schedule A/B*: **3.1** | **$54,750.00** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(2)** |

Case 1:20-bk-00841-HWV    Doc 20    Filed 03/12/20    Entered 03/12/20 11:08:04    Desc
Main Document    Page 14 of 71

## Part 2: Additional Page

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description: **2016 VW Jetta** <br><br> Line from *Schedule A/B*: **3.2** | **$7,825.00** | ☑ **$0.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(2)** |
| Brief description: **2017 Ford Escape** <br><br> Line from *Schedule A/B*: **3.3** | **$11,350.00** | ☑ **$0.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(2)** |
| Brief description: **2017 Ford Mustang** <br><br> Line from *Schedule A/B*: **3.4** | **$13,125.00** | ☑ **$0.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(2)** |
| Brief description: **4 beds, 9 dressers, stove, refrigerator, microwave, washer, dryer, 2 sectional couches, 2 recliners, 2 chairs, sofa, chair, 4 end tables, 3 kitchen tables & chairs, 2 dining room tables & chairs, 2 buffets, 2 china closets, desk, 6 filing cabinets, 4 air conditioners, pots, pans, dishes, linens, misc household goods** <br><br> Line from *Schedule A/B*: **6** | **$2,040.00** | ☑ **$2,040.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description: **Cell phones, 5 televisions, 3 DVD players, laptop, 2 Ipads, 2 stereos** <br><br> Line from *Schedule A/B*: **7** | **$1,240.00** | ☑ **$1,240.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description: **Painting** <br><br> Line from *Schedule A/B*: **8** | **$1,000.00** | ☑ **$1,000.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description: **Steinway grand piano** <br><br> Line from *Schedule A/B*: **9** | **$20,000.00** | ☑ **$0.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description: **Trumpet, violin, golf clubs** <br><br> Line from *Schedule A/B*: **9** | **$200.00** | ☑ **$200.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |

| **Part 2:** | **Additional Page** |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**Clothing**<br><br>Line from *Schedule A/B*:   **11** | **$750.00** | ☑ **$750.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description:<br>**Clothing, 2 mink coats**<br><br>Line from *Schedule A/B*:   **11** | **$1,000.00** | ☑ **$1,000.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description:<br>**Wedding band, platinum ring, ruby ring, diamond ring**<br>Line from *Schedule A/B*:   **12** | **$500.00** | ☑ **$500.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(4)** |
| Brief description:<br>**Gold earring, wedding band, diamond ring, rolex, diamond earring**<br>Line from *Schedule A/B*:   **12** | **$1,300.00** | ☑ **$1,300.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(4)** |
| Brief description:<br>**2 dogs**<br><br>Line from *Schedule A/B*:   **13** | **$0.00** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description:<br>**Cash on hand**<br><br>Line from *Schedule A/B*:   **16** | **$43.00** | ☑ **$43.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description:<br>**Checking account M&T as of 3/1/20**<br><br>Line from *Schedule A/B*:   **17.1** | **$10.09** | ☑ **$10.09**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description:<br>**Checking account BB&T as of 3/4/20**<br><br>Line from *Schedule A/B*:   **17.2** | **$189.86** | ☑ **$189.86**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description:<br>**Checking account Compass as of 2/20/20**<br><br>Line from *Schedule A/B*:   **17.3** | **$2,587.75** | ☑ **$2,587.75**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |

Case 1:20-bk-00841-HWV    Doc 20    Filed 03/12/20    Entered 03/12/20 11:08:04    Desc
Main Document    Page 16 of 71

| Part 2: | Additional Page |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**Checking account Santander as 0f 2/29/20**<br><br>Line from *Schedule A/B*: __17.4__ | **$27.92** | ☑ **$27.92**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description:<br>**Checking account Mid Penn as of 2/28/20**<br><br>Line from *Schedule A/B*: __17.5__ | **$540.85** | ☑ **$540.85**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description:<br>**Savings account White Rose**<br><br>Line from *Schedule A/B*: __17.8__ | **$0.00** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description:<br>**Savings account Santander as of 2/8/20 UTMA account**<br>Line from *Schedule A/B*: __17.9__ | **$1.55** | ☑ **$1.55**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description:<br>**Checking account Members 1st as of 2/29/20**<br>Line from *Schedule A/B*: __17.6__ | **$55.00** | ☑ **$55.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description:<br>**Savings account Members 1st as of 2/29/20**<br>Line from *Schedule A/B*: __17.10__ | **$60.00** | ☑ **$60.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description:<br>**Checking account Members 1st as of 2/29/20**<br>Line from *Schedule A/B*: __17.7__ | **$94.51** | ☑ **$94.51**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description:<br>**Savings account Members 1st as of 2/29/20**<br>Line from *Schedule A/B*: __17.11__ | **$6.00** | ☑ **$6.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description:<br>**GCD Construction Inc dba Deimler Family Construction In Chapter 7 Bankruptcy**<br><br>Line from *Schedule A/B*: __19__ | **$0.00** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |

## Part 2:   Additional Page

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**BFCD Properties, LLC**<br>  **Assets: 2100 Bellevue Road Harrisburg, PA 17104, 2017 Ford Escape, 2017 Ford Mustang, 2016 VW Jetta; checking Mid Penn Bank as of 2/28/20 $69.29**<br>Line from *Schedule A/B*: __19__ | $0.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description:<br>**IRA  11 U.S.C. §541 (c)(2) Excluded from the Bankruptcy Estate**<br>Line from *Schedule A/B*: __21__ | $0.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(10)(E)** |
| Brief description:<br>**Mutual of Omaha whole life**<br>Line from *Schedule A/B*: __31__ | $0.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(7)** |
| Brief description:<br>**GDSConst.com**<br>Line from *Schedule A/B*: __53__ | $0.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description:<br>**Deimlerfamilyconstruction.com**<br>Line from *Schedule A/B*: __53__ | $0.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description:<br>**Disney Time Share**<br>Line from *Schedule A/B*: __53__ | $0.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description:<br>**Divi**<br>Line from *Schedule A/B*: __53__ | $0.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description:<br>**Points timeshare**<br>Line from *Schedule A/B*: __53__ | $0.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |

Case 1:20-bk-00841-HWV   Doc 20   Filed 03/12/20   Entered 03/12/20 11:08:04   Desc
Main Document      Page 18 of 71

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Craig** | **Bradley** | **Deimler** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **William** | **Oliver** | **Fisher-Deimler** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **MIDDLE DIST. OF PENNSYLVANIA**

Case number **1:20-bk-00841**
(if known)

☐ Check if this is an amended filing

Official Form 106D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible. **If two married people are filing together, both are equally responsible for supplying correct information.** If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| **Part 1:** | **List All Secured Claims** |
|---|---|

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|

| 2.1 | |
|---|---|

**ALLEGRO CREDIT**
Creditor's name

**1350 OLD BAYSHORE HWY, STE 200**
Number      Street

_____

**BURLINGAME     CA    94010**
City              State    ZIP Code

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Date debt was incurred** _____

**Describe the property that secures the claim:**

**Steinway grand piano**

| $36,000.00 | $20,000.00 | $16,000.00 |
|---|---|---|

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
   **Purchase Money Security Interest**

**Last 4 digits of account number** ___  ___  ___  ___

Add the dollar value of your entries in Column A on this page. Write that number here:

| $36,000.00 |
|---|

| **Part 1:** | **Additional Page**<br>After listing any entries on this page, number them sequentially from the previous page. | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

**2.2**

|  |  | **$16,598.96** | **$11,350.00** | **$5,248.96** |

Describe the property that secures the claim:

**BB&T CORPORATE HEADQUARTER**
Creditor's name

**200 WEST SECOND STREET**
Number     Street

**2017 Ford Escape**

_____

**WINSTON SALEM NC   27101**
City                      State   ZIP Code

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☑ Other (including a right to offset)
  **Security Agreement**

**Date debt was incurred** _____   **Last 4 digits of account number** ___ ___ ___ ___

**2.3**

|  |  | **$20,829.92** | **$13,125.00** | **$7,704.92** |

Describe the property that secures the claim:

**BB&T CORPORATE HEADQUARTER**
Creditor's name

**200 WEST SECOND STREET**
Number     Street

**2017 Ford Mustang**

_____

**WINSTON SALEM NC   27101**
City                      State   ZIP Code

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☑ Other (including a right to offset)
  **Security Agreement**

**Date debt was incurred** _____   **Last 4 digits of account number** ___ ___ ___ ___

**Add the dollar value of your entries in Column A on this page. Write that number here:**

| **$37,428.88** |

| Part 1: | **Additional Page**<br>After listing any entries on this page, number them sequentially from the previous page. | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

**2.4**

**CAPITAL REGION WATER**
Creditor's name
**100 PINE DRIVE**
Number    Street

| | Describe the property that secures the claim: | $1,388.99 | $0.00 | $1,388.99 |
|---|---|---|---|---|

**2106 Bellevue Rd, Harrisburg, PA 17104**

**HARRISBURG    PA    17103**
City    State    ZIP Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☑ Judgment lien from a lawsuit
☑ Other (including a right to offset)
  **Water Bill**

**Date debt was incurred**  2/20    **Last 4 digits of account number**  0  3  8  0

**BFCD Properties LLC**

**2.5**

**CAPITAL REGION WATER**
Creditor's name
**100 PINE DRIVE**
Number    Street

| | Describe the property that secures the claim: | $862.25 | $53,000.00 | $862.25 |
|---|---|---|---|---|

**2428 Mercer Street, Harrisburg, PA 17104**

**HARRISBURG    PA    17103**
City    State    ZIP Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
  **Water Bill**

**Date debt was incurred**  3/20    **Last 4 digits of account number**  0  2  7  0

Add the dollar value of your entries in Column A on this page.  Write that number here:

| $2,251.24 |
|---|

| Part 1: | **Additional Page** After listing any entries on this page, number them sequentially from the previous page. | **Column A** Amount of claim Do not deduct the value of collateral | **Column B** Value of collateral that supports this claim | **Column C** Unsecured portion If any |
| --- | --- | --- | --- | --- |

| 2.6 | | Describe the property that secures the claim: | **$497.90** | **$0.00** | **$497.90** |

**CITY OF HARRISBURG**
Creditor's name
**DEPT OF PUBLIC WORKS**
Number      Street
**1820 PAXTON STREET**

**2100 Bellevue Rd, Harrisburg, PA 17104**

_____

**HARRISBURG      PA    17103**
City            State   ZIP Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☑ Judgment lien from a lawsuit
☑ Other (including a right to offset)
**Trash**

**Date debt was incurred** 3/20

**Last 4 digits of account number** 0 0 0 0

**BFCD Properties LLC**

| 2.7 | | Describe the property that secures the claim: | **$497.90** | **$53,000.00** | **$497.90** |

**CITY OF HARRISBURG**
Creditor's name
**DEPT OF PUBLIC WORKS**
Number      Street
**1820 PAXTON STREET**

**2428 Mercer Street, Harrisburg, PA 17104**

_____

**HARRISBURG      PA    17103**
City            State   ZIP Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
**Trash**

**Date debt was incurred** 3/20

**Last 4 digits of account number** ___ ___ ___ ___

**Add the dollar value of your entries in Column A on this page. Write that number here:**

| **$995.80** |

| **Part 1:** | **Additional Page** After listing any entries on this page, number them sequentially from the previous page. | Column A **Amount of claim** Do not deduct the value of collateral | Column B **Value of collateral that supports this claim** | Column C **Unsecured portion** If any |
|---|---|---|---|---|

---

**2.8**

**COMPASS BANK**
Creditor's name
**PO BOX 11830**
Number    Street

Describe the property that secures the claim:

**114 Lincoln Avenue, North Versailles, PA 15137**

| | Column A | Column B |
|---|---|---|
| | $80,000.00 | $95,000.00 |

| **BIRMINGHAM** | **AL** | **35202** |
|---|---|---|
| City | State | ZIP Code |

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☒ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

Date debt was incurred _____

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☒ Other (including a right to offset)
    **Mortgage**

Last 4 digits of account number    **2   8   2   3**

---

**2.9**

**DAUPHIN COUNTY COMMISSIONER**
Creditor's name
**PO BOX 1295**
Number    Street

Describe the property that secures the claim:

**2428 Mercer Street, Harrisburg, PA 17104**

| | Column A | Column B | Column C |
|---|---|---|---|
| | $5,000.00 | $53,000.00 | $5,000.00 |

| **HARRISBURG** | **PA** | **17108** |
|---|---|---|
| City | State | ZIP Code |

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☒ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

Date debt was incurred _____

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☒ Other (including a right to offset)
    **2nd Mortgage**

Last 4 digits of account number    ___ ___ ___ ___

---

Add the dollar value of your entries in Column A on this page. Write that number here:

| |
|---|
| $85,000.00 |

| **Part 1:** | **Additional Page**<br>After listing any entries on this page, number them<br>sequentially from the previous page. | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral | Column B<br>**Value of collateral<br>that supports this<br>claim** | Column C<br>**Unsecured<br>portion**<br>If any |
|---|---|---|---|---|

| 2.10 | | Describe the property that<br>secures the claim: | **$20,000.00** | **$124,000.00** | **$20,000.00** |
|---|---|---|---|---|---|

**DAUPHIN COUNTY TAX CLAIM**
Creditor's name
**2 SOUTH 2ND STREET**
Number    Street

**2100 Bellevue Road,
Harrisburg, PA 17104**

_____

**HARRISBURG    PA    17101**
City    State    ZIP Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates
to a community debt**

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
    **Real Estate Taxes**

**Date debt was incurred**   _____   **Last 4 digits of account number**   ___ ___ ___ ___

| 2.11 | | Describe the property that<br>secures the claim: | **$0.00** | **$0.00** | |
|---|---|---|---|---|---|

**DISNEY VACATION CLUB**
Creditor's name
**MEMBER SERVICES**
Number    Street
**1390 CELEBRATION BLVD**

**Disney Time Share**

_____

**CELEBRATION    FL    34747**
City    State    ZIP Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates
to a community debt**

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
    **Time Share mainteance fees**

**Date debt was incurred**   _____   **Last 4 digits of account number**   ___ ___ ___ ___

**Add the dollar value of your entries in Column A on this page.  Write
that number here:**

| **$20,000.00** |
|---|

| **Part 1:** | **Additional Page** After listing any entries on this page, number them sequentially from the previous page. | Column A **Amount of claim** Do not deduct the value of collateral | Column B **Value of collateral that supports this claim** | Column C **Unsecured portion** If any |
|---|---|---|---|---|

**2.12**

**DIVI RESORTS, INC**
Creditor's name

**6320 QUADRANGLE DRIVE**
Number    Street

**STE 210**

**CHAPEL HILL    NC    27517**
City                State    ZIP Code

**Describe the property that secures the claim:**

**Time Share**

Column A: **$60,000.00**
Column B: **$0.00**
Column C: **$60,000.00**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)

**Time Share**

**Date debt was incurred**                **Last 4 digits of account number** ___ ___ ___ ___

---

**2.13**

**FORD MOTOR CREDIT CO**
Creditor's name

**NATIONAL BANKRUPTCY SVC CTR**
Number    Street

**ONE AMERICAN ROAD**

**DEARBORN    MI    48126**
City                State    ZIP Code

**Describe the property that secures the claim:**

**2019 Ford Expedition Ltd AWD black (approx. 1,023**

Column A: **$69,786.00**
Column B: **$54,750.00**
Column C: **$15,036.00**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)

**Security Agreement**

**Date debt was incurred    100/19**                **Last 4 digits of account number** ___ ___ ___ ___

---

**Add the dollar value of your entries in Column A on this page. Write that number here:**

**$129,786.00**

| Debtor 1 | **Craig Bradley Deimler** | | |
|---|---|---|---|
| Debtor 2 | **William Oliver Fisher-Deimler** | Case number (if known) | **1:20-bk-00841** |

| **Part 1:** | **Additional Page**<br>After listing any entries on this page, number them sequentially from the previous page. | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral | *Column B*<br>**Value of collateral that supports this claim** | *Column C*<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

| 2.14 | | | |
|---|---|---|---|

**M&T BANK MORTGAGE**
Creditor's name
**LENDING SERVICES CORRESPONDI**
Number    Street
**PO BOX 1288**

Describe the property that secures the claim:    **$86,073.00**    **$157,400.00**

**3205 Elmwood Drive,
Harrisburg, PA 17110**

| **BUFFALO** | **NY** | **14240** |
|---|---|---|
| City | State | ZIP Code |

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] **Check if this claim relates to a community debt**

Date debt was incurred    **12/11**

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.** Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [x] Other (including a right to offset)
    **1st Mortgage**

Last 4 digits of account number ___ ___ ___ ___

| 2.15 | | | |
|---|---|---|---|

**M&T BANK MORTGAGE**
Creditor's name
**LENDING SERVICES CORRESPONDI**
Number    Street
**PO BOX 1288**

Describe the property that secures the claim:    **$70,472.00**    **$157,400.00**

**3205 Elmwood Drive,
Harrisburg, PA 17110**

| **BUFFALO** | **NY** | **14240** |
|---|---|---|
| City | State | ZIP Code |

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] **Check if this claim relates to a community debt**

Date debt was incurred

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.** Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [x] Other (including a right to offset)
    **2nd Mortgage**

Last 4 digits of account number ___ ___ ___ ___

Add the dollar value of your entries in Column A on this page. Write that number here:    **$156,545.00**

| **Part 1:** | **Additional Page** After listing any entries on this page, number them sequentially from the previous page. | *Column A* **Amount of claim** Do not deduct the value of collateral | *Column B* **Value of collateral that supports this claim** | *Column C* **Unsecured portion** If any |

---

**2.16**

**MID PENN BANK**
Creditor's name
**349 UNION STREET**
Number       Street

Describe the property that
secures the claim:

**2100 Bellevue Road,
Harrisburg, PA 17104**

$143,771.96    $124,000.00    $19,771.96

**MILLERSBURG    PA    17061**
City       State       ZIP Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
   **1st Mortgage**

Date debt was incurred    **8/28/14**

Last 4 digits of account number    ___ ___ ___ ___

---

**2.17**

**PHFA**
Creditor's name
**BK NOTICES**
Number       Street
**211 N FRONT STREET**

**PO BOX 15530**

Describe the property that
secures the claim:

**2428 Mercer Street,
Harrisburg, PA 17104**

$57,429.00    $53,000.00    $4,429.00

**HARRISBURG    PA    17105-5530**
City       State       ZIP Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
   **1st Mortgage**

Date debt was incurred    **10/07**

Last 4 digits of account number    ___ ___ ___ ___

---

Add the dollar value of your entries in Column A on this page. Write
that number here:

$201,200.96

| **Part 1:** | **Additional Page** After listing any entries on this page, number them sequentially from the previous page. | Column A **Amount of claim** Do not deduct the value of collateral | Column B **Value of collateral that supports this claim** | Column C **Unsecured portion** If any |
|---|---|---|---|---|

---

**2.18**

**SBA - PHILADELPHIA DISTRICT OFF**
Creditor's name
**1150 FIRST AVE STE 1001**
Number     Street

_____

**KING OF PRUSSIA** **PA**  **19406**
City          State   ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] **Check if this claim relates to a community debt**

**Date debt was incurred**   10/30/17

**Describe the property that secures the claim:**

**2100 Bellevue Road, Harrisburg, PA 17104**

| $209,025.21 | $124,000.00 | $209,025.21 |

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.** Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [x] Other (including a right to offset)
  **2nd Mortgage**

**Last 4 digits of account number**  ___  ___  ___  ___

---

**2.19**

**TRAVEL ADVANTAGE NETWORK**
Creditor's name
**PMB #311**
Number     Street
**672 OLD MILL ROAD**

_____

**MILLERSVILLE**  **MD**  **21108**
City          State   ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] **Check if this claim relates to a community debt**

**Date debt was incurred**  _____

**Describe the property that secures the claim:**

**Disney Travel Advantage Network**

| $0.00 | $0.00 | |

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.** Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [x] Other (including a right to offset)
  **Time Share**

**Last 4 digits of account number**  ___  ___  ___  ___

---

**Add the dollar value of your entries in Column A on this page. Write that number here:**

| **$209,025.21** |

| **Part 1:** | **Additional Page**<br>After listing any entries on this page, number them sequentially from the previous page. | **Column A**<br>Amount of claim<br>Do not deduct the value of collateral | **Column B**<br>Value of collateral that supports this claim | **Column C**<br>Unsecured portion<br>If any |
|---|---|---|---|---|

---

**2.20**

TRAVEL ADVANTAGE NETWORK
Creditor's name

PO BOX 64220
Number     Street

_____

BALTIMORE     MD   21264
City            State   ZIP Code

**Describe the property that secures the claim:**

**Points timeshare**

$0.00     $0.00

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☑ Other (including a right to offset)
  **Account**

**Date debt was incurred**     **Last 4 digits of account number**  ___ ___ ___ ___

---

**2.21**

VW CREDIT INC (Notices Only)
Creditor's name

PO BOX 829009
Number     Street

_____

DALLAS       TX   75382-9009
City            State   ZIP Code

**Describe the property that secures the claim:**

**2016 VW Jetta**

$8,328.00     $7,825.00     $503.00

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☑ Other (including a right to offset)
  **Security Agreement**

**Date debt was incurred**  **1/16**   **Last 4 digits of account number**  ___ ___ ___ ___

---

**Add the dollar value of your entries in Column A on this page. Write that number here:**

$8,328.00

**If this is the last page of your form, add the dollar value totals from all pages. Write that number here:**

$886,561.09

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Craig** | **Bradley** | **Deimler** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **William** | **Oliver** | **Fisher-Deimler** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **MIDDLE DIST. OF PENNSYLVANIA**

Case number **1:20-bk-00841**
(if known)

☐ Check if this is an amended filing

Official Form 106E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Hold Claims Secured by Property.* If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

### Part 1: List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   ☐ No. Go to Part 2.
   ☑ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If more space is needed for priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|
| **2.1** | $0.00 | $0.00 | $0.00 |

**MELISSA IRENE DEIMLER**
Priority Creditor's Name
**3205 ELWOOD DRIVE**
Number          Street

**HARRISBURG          PA     17110**
City                              State     ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    E  R  E  D

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☑ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

| **Part 2:** | **List All of Your NONPRIORITY Unsecured Claims** |
| --- | --- |

3.  **Do any creditors have nonpriority unsecured claims against you?**

☐ No.  You have nothing to report in this part.  Submit this form to the court with your other schedules.

☑ Yes

4.  **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.**
If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim.  For each claim listed, identify what type of claim it is.  Do not list claims already included in Part 1.  If more than one creditor holds a particular claim, list the other creditors in Part 3.  If more space is needed for nonpriority unsecured claims, fill out the Continuation Page of Part 2.

|  | **Total claim** |
| --- | --- |

**4.1**

|  |  |
| --- | --- |
| **ALLEGRO CREDIT** | **Unknown** |

| | |
|---|---|
| **ALLEGRO CREDIT** | |
| Nonpriority Creditor's Name | Last 4 digits of account number   **1   7   4   2** |
| **PO BOX 748966** | When was the debt incurred?   **2019** |
| Number         Street | **As of the date you file, the claim is:** Check all that apply. |
| | ☐ Contingent |
| | ☐ Unliquidated |
| **LOS ANGELES         CA     90074-8966** | ☐ Disputed |
| City                    State    ZIP Code | |
| **Who incurred the debt?** Check one. | **Type of NONPRIORITY unsecured claim:** |
| ☑ Debtor 1 only | ☐ Student loans |
| ☐ Debtor 2 only | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims |
| ☐ Debtor 1 and Debtor 2 only | ☐ Debts to pension or profit-sharing plans, and other similar debts |
| ☐ At least one of the debtors and another | ☑ Other.  Specify |
| ☐ **Check if this claim is for a community debt** | **Account** |
| **Is the claim subject to offset?** | |
| ☑ No | |
| ☐ Yes | |

**4.2**

|  |  |
| --- | --- |
| **AMEX** | **$2,675.00** |

| | |
|---|---|
| **AMEX** | |
| Nonpriority Creditor's Name | Last 4 digits of account number   __ __ __ __ |
| **PO BOX 297871** | When was the debt incurred?   **10/13** |
| Number         Street | **As of the date you file, the claim is:** Check all that apply. |
| | ☐ Contingent |
| | ☐ Unliquidated |
| **FORT LAUDERDALE   FL     33329** | ☐ Disputed |
| City                    State    ZIP Code | |
| **Who incurred the debt?** Check one. | **Type of NONPRIORITY unsecured claim:** |
| ☐ Debtor 1 only | ☐ Student loans |
| ☑ Debtor 2 only | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims |
| ☐ Debtor 1 and Debtor 2 only | ☐ Debts to pension or profit-sharing plans, and other similar debts |
| ☐ At least one of the debtors and another | ☑ Other.  Specify |
| ☐ **Check if this claim is for a community debt** | **Credit Card charged off** |
| **Is the claim subject to offset?** | |
| ☑ No | |
| ☐ Yes | |

**Part 2:**    **Your NONPRIORITY Unsecured Claims -- Continuation Page**

After listing any entries on this page, number them sequentially from the previous page.

|  |  |
|---|---|
| | **Total claim** |

| 4.3 | | **$9,514.31** |

**BARCLAY'S BANK DE**
Nonpriority Creditor's Name
**125 S WEST ST**
Number          Street

**WILMINGTON          DE      19801**
City                            State      ZIP Code

**Who incurred the debt?**    Check one.
- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**    **2    6    0    2**
**When was the debt incurred?**    **11/12**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify    **Credit Card**

| 4.4 | | **$8,457.34** |

**BARCLAY'S BANK DE**
Nonpriority Creditor's Name
**125 S WEST ST**
Number          Street

**WILMINGTON          DE      19801**
City                            State      ZIP Code

**Who incurred the debt?**    Check one.
- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**    **2    6    0    2**
**When was the debt incurred?**    **11/12**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify    **Credit Card**

| 4.5 | | **$7,155.00** |

**CAPITAL ONE (BANKRUPTCY NOTIFICATION**
Nonpriority Creditor's Name
**PO BOX 30285**
Number          Street

**SALT LAKE CITY      UT      84130-0285**
City                            State      ZIP Code

**Who incurred the debt?**    Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**    ___  ___  ___  ___
**When was the debt incurred?**    **5/00**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify    **Credit Card**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
| --- | --- |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.6 | |
| --- | --- |

**CITI**
Nonpriority Creditor's Name

**PO BOX 6241**

Number        Street

**$5,186.00**

**Last 4 digits of account number**  ___ ___ ___ ___

**When was the debt incurred?**    **2/14**

**SIOUX FALLS        SD    57117**
City                                        State    ZIP Code

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Who incurred the debt?**    Check one.

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  **Credit Card**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

| 4.7 | |
| --- | --- |

**CITI**
Nonpriority Creditor's Name

**PO BOX 6241**

Number        Street

**$23,074.00**

**Last 4 digits of account number**  ___ ___ ___ ___

**When was the debt incurred?**    **11/16**

**SIOUX FALLS        SD    57117**
City                                        State    ZIP Code

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Who incurred the debt?**    Check one.

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  **Credit Card**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

| 4.8 | |
| --- | --- |

**JPMCB CARD**
Nonpriority Creditor's Name

**PO BOX 15369**

Number        Street

**$5,610.14**

**Last 4 digits of account number**  **6** **0** **4** **0**

**When was the debt incurred?**    **7/14**

**WILMINGTON        DE    19850**
City                                        State    ZIP Code

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Who incurred the debt?**    Check one.

- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  **Credit Card**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

## Part 2:  Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

| | Total claim |
|---|---|
| | |

**4.9**

| | | | |
|---|---|---|---|
| | | | **$16,407.14** |

**JPMCB CARD**
Nonpriority Creditor's Name
**PO BOX 15369**
Number        Street

**WILMINGTON       DE     19850**
City                    State    ZIP Code

**Who incurred the debt?**  Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   5   5   4   6
**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Credit Card**

**4.10**

| | | | |
|---|---|---|---|
| | | | **$119.85** |

**KNIGHT SECURITY SYSTEMS INC**
Nonpriority Creditor's Name
**5879 AVIS LANE**
Number        Street

**HARRISBURG       PA     17112**
City                    State    ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   0   0   0   1
**When was the debt incurred?**  3/20

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Security System**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.11 | | $918.70 |
|---|---|---|

**LACKAWANNA AMERICAN INSURANCE**
Nonpriority Creditor's Name
**46 PUBLIC SQUARE STE 501**
Number    Street

**WILKES BARRE**    **PA**    **18701**
City      State    ZIP Code

**Who incurred the debt?**   Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Corporate debt**

**Last 4 digits of account number**   ___ ___ ___ ___
**When was the debt incurred?**   **7/1/19**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Business Debt; Personal Liability Disputed**

| 4.12 | | $39.63 |
|---|---|---|

**PENN STATE HEALTH HMC**
Nonpriority Creditor's Name
**ATTN: PATIENT FINANCIAL SERVICES**
Number    Street
**MC A410 PO BOX 853**

**HERSHEY**    **PA**    **17033**
City      State    ZIP Code

**Who incurred the debt?**   Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   **3**   **8**   **5**   **8**
**When was the debt incurred?**   **5/28/19**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Medical Account**

## Part 2:    Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

| | Total claim |
|---|---|

| 4.13 | | | | $583.73 |
|---|---|---|---|---|

**PPL ELECTRIC UTILITIES**
Nonpriority Creditor's Name
**ATTN:  BANKRUPTCY DEPT**
Number    Street
**827 HAUSMAN ROAD**

**ALLENTOWN          PA      18104-9392**
City                              State    ZIP Code

**Who incurred the debt?**    Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**BFCD Properties LLC**

**Last 4 digits of account number     6    0    0    7**

**When was the debt incurred?     3/20**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Electric Service**

| 4.14 | | | | $23,419.00 |
|---|---|---|---|---|

**PSECU**
Nonpriority Creditor's Name
**PO BOX 67013**
Number    Street

**HARRISBURG          PA      17106**
City                              State    ZIP Code

**Who incurred the debt?**    Check one.
- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number     ___  ___  ___  ___**

**When was the debt incurred?     11/96**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Credit Card charged off**

## Part 2:    Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

| 4.15 | | | | **$6,699.00** |
|---|---|---|---|---|

**SYNCB/GAPDC**
Nonpriority Creditor's Name

**PO BOX 965005**
Number        Street

_____

_____

**ORLANDO**            **FL**    **32896**
City                        State    ZIP Code

**Who incurred the debt?**    Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**    ___ ___ ___ ___

**When was the debt incurred?**    **12/12**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Credit Card**

| 4.16 | | | | **$425.00** |
|---|---|---|---|---|

**SYNCB/WOLFFR**
Nonpriority Creditor's Name

**PO BOX 965036**
Number        Street

_____

_____

**ORLANDO**            **FL**    **32896**
City                        State    ZIP Code

**Who incurred the debt?**    Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**    ___ ___ ___ ___

**When was the debt incurred?**    **12/17**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Charge Account**

## Part 2: Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

| | Total claim |
|---|---|

---

**4.17**

|  |  | $831.35 |
|---|---|---|

**UGI CORP**
Nonpriority Creditor's Name
**225 MORGANTOWN RD**
Number          Street

_____

**READING          PA          19611**
City                              State      ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**BFCD Properties LLC**

**Last 4 digits of account number**  1  1  5  2
**When was the debt incurred?**  3/20

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  **Business Debt; Personal Liability Disputed**

---

**4.18**

|  | $829.00 |
|---|---|

**UPMC PINNACLE HEALTH HOSPITALS**
Nonpriority Creditor's Name
**PO BOX 2353**
Number          Street

_____

**HARRISBURG          PA          17105**
City                              State      ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**  3  0  9  8
**When was the debt incurred?**  02/20

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  **Medical Account**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.                                                          **Total claim**

---

### 4.19                                                                                      **$75.00**

**UPMC PINNACLE HEALTH HOSPITALS**        Last 4 digits of account number    **5   1   5   0**
Nonpriority Creditor's Name
**PO BOX 2353**                           When was the debt incurred?    **12/20/18**
Number      Street
                                          As of the date you file, the claim is: Check all that apply.
                                          ☐ Contingent
                                          ☐ Unliquidated
                                          ☐ Disputed
**HARRISBURG         PA      17105**
City                State   ZIP Code      Type of NONPRIORITY unsecured claim:
**Who incurred the debt?**  Check one.     ☐ Student loans
☐ Debtor 1 only                           ☐ Obligations arising out of a separation agreement or divorce
☒ Debtor 2 only                               that you did not report as priority claims
☐ Debtor 1 and Debtor 2 only              ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ At least one of the debtors and another  ☒ Other. Specify
☐ Check if this claim is for a community debt   **Medical Account**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

### 4.20                                                                                      **$10,880.00**

**WHITE ROSE CREDIT UNION**               Last 4 digits of account number    **0   0   6   2**
Nonpriority Creditor's Name
**3498 INDUSTRIAL DR**                    When was the debt incurred?    **2/17**
Number      Street
                                          As of the date you file, the claim is: Check all that apply.
                                          ☐ Contingent
                                          ☐ Unliquidated
                                          ☐ Disputed
**YORK               PA      17402-9050**
City                State   ZIP Code      Type of NONPRIORITY unsecured claim:
**Who incurred the debt?**  Check one.     ☐ Student loans
☒ Debtor 1 only                           ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 2 only                               that you did not report as priority claims
☐ Debtor 1 and Debtor 2 only              ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ At least one of the debtors and another  ☒ Other. Specify
☐ Check if this claim is for a community debt   **Unsecured**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

### 4.21                                                                                      **$358.88**

**XFINITY COMCAST**                       Last 4 digits of account number    **8   4   6   2**
Nonpriority Creditor's Name
**676 ISLAND POND ROAD**                  When was the debt incurred?    **2/20**
Number      Street
                                          As of the date you file, the claim is: Check all that apply.
                                          ☐ Contingent
                                          ☐ Unliquidated
                                          ☐ Disputed
**MANCHESTER         NH      03109-4840**
City                State   ZIP Code      Type of NONPRIORITY unsecured claim:
**Who incurred the debt?**  Check one.     ☐ Student loans
☐ Debtor 1 only                           ☐ Obligations arising out of a separation agreement or divorce
☒ Debtor 2 only                               that you did not report as priority claims
☐ Debtor 1 and Debtor 2 only              ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ At least one of the debtors and another  ☒ Other. Specify
☐ Check if this claim is for a community debt   **Cable Bill**

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor 1    Craig Bradley Deimler
Debtor 2    William Oliver Fisher-Deimler          Case number (if known)   1:20-bk-00841

## Part 2:    Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

4.22

**$246.09**

**XFINITY COMCAST**
Nonpriority Creditor's Name
**676 ISLAND POND ROAD**
Number      Street

**MANCHESTER        NH     03109-4840**
City                State   ZIP Code

**Who incurred the debt?**    Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    7  0  7  0
When was the debt incurred?    **3/20**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
   **Cable Bill**

| Debtor 1 | **Craig Bradley Deimler** | | |
|---|---|---|---|
| Debtor 2 | **William Oliver Fisher-Deimler** | Case number (if known) | **1:20-bk-00841** |

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed** |
|---|---|

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional parties to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

**AB MARTIN ROOFING SUPPLY**
Name
**150 SLATE ROAD**
Number        Street

**EPHRATA          PA      17522**
City                      State      ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line ____ of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
**Business Debt;**                   ☐ Part 2: Creditors with Nonpriority Unsecured Claims
**Personal Liability**

Last 4 digits of account number   **M   0   0   1**

---

**AFLAC**
Name
**1932 WYNNTON ROAD**
Number        Street

**COLUMBUS          GA      31999**
City                      State      ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line ____ of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
**Business Debt;**                   ☐ Part 2: Creditors with Nonpriority Unsecured Claims
**Personal Liability**

Last 4 digits of account number   __ __ __ __

---

**ALLY**
Name
**PO BOX 130424**
Number        Street

**ROSEVILLE          MN      55113**
City                      State      ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line ____ of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
**Business Debt;**                   ☐ Part 2: Creditors with Nonpriority Unsecured Claims
**Personal Liability**

Last 4 digits of account number   **0   8   0   3**

---

**ALPS**
Name
**40 ABERDEEN ROAD**
Number        Street

**EMIGSVILLE          PA      17318**
City                      State      ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line ____ of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
**Business Debt;**                   ☐ Part 2: Creditors with Nonpriority Unsecured Claims
**Personal Liability**

Last 4 digits of account number   **o   0   0   1**

---

**AMERICAN FUNDS SERVICE COMPANY**
Name
**5300 ROBIN HOOD ROAD**
Number        Street

**NORFOLK          VA      23513**
City                      State      ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line ____ of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
**Business Debt;**                   ☐ Part 2: Creditors with Nonpriority Unsecured Claims
**Personal Liability**

Last 4 digits of account number   __ __ __ __

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed -- Continuation Page** |

**ARCADIA RECOVERY BUREAU**
Name
**PO BOX 6768**
Number        Street

On which entry in Part 1 or Part 2 did you list the original creditor?

Line  **4.19**  of  (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims

☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  ___ ___ ___ ___

**WYOMISSING        PA      19610**
City                      State    ZIP Code

---

**BEN & KATE CARPENTER**
Name
**3401 GREEN STREET**
Number        Street

On which entry in Part 1 or Part 2 did you list the original creditor?

Line  ____  of  (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims

**Business Debt;**                ☐ Part 2: Creditors with Nonpriority Unsecured Claims
**Personal Liability**

Last 4 digits of account number  ___ ___ ___ ___

**HARRISBURG        PA      17110**
City                      State    ZIP Code

---

**BEST LINE EQUIPMENT**
Name
**2582 GATEWAY DRIVE**
Number        Street

On which entry in Part 1 or Part 2 did you list the original creditor?

Line  ____  of  (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims

**Business Debt;**                ☐ Part 2: Creditors with Nonpriority Unsecured Claims
**Personal Liability**

Last 4 digits of account number  ___ ___ ___ ___

**STATE COLLEGE      PA      16801**
City                      State    ZIP Code

---

**BLAIN ROOFING**
Name
**412 ECHO LANE**
Number        Street

On which entry in Part 1 or Part 2 did you list the original creditor?

Line  ____  of  (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims

**Business Debt;**                ☐ Part 2: Creditors with Nonpriority Unsecured Claims
**Personal Liability**

Last 4 digits of account number  ___ ___ ___ ___

**BLAIN              PA      17006**
City                      State    ZIP Code

---

**BUDDING COMPANY**
Name
**308 S 18TH STREET**
Number        Street

On which entry in Part 1 or Part 2 did you list the original creditor?

Line  ____  of  (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims

**Business Debt;**                ☐ Part 2: Creditors with Nonpriority Unsecured Claims
**Personal Liability**

Last 4 digits of account number  ___ ___ ___ ___

**CAMP HILL          PA      17011**
City                      State    ZIP Code

---

**BUREAU OF ACCOUNT MGMT**
Name
**3607 ROSEMONT AVE STE 502**
Number        Street
**PO BOX 8875**

On which entry in Part 1 or Part 2 did you list the original creditor?

Line  **4.12**  of  (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims

☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  ___ ___ ___ ___

**CAMP HILL          PA      17001-8875**
City                      State    ZIP Code

Case 1:20-bk-00841-HWV    Doc 20    Filed 03/12/20    Entered 03/12/20 11:08:04    Desc
Main Document      Page 42 of 71

| Part 3: | List Others to Be Notified About a Debt That You Already Listed -- Continuation Page |
|---|---|

**CHARLES & DEBORAH MACKIN**
Name
**318 N 28TH STREET**
Number        Street

**CAMP HILL**          **PA**    **17011**
City                  State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*    ☐ Part 1: Creditors with Priority Unsecured Claims

**Business Debt;**                 ☐ Part 2: Creditors with Nonpriority Unsecured Claims
**Personal Liability**

Last 4 digits of account number    ___ ___ ___ ___

---

**CITI ADVANTAGE CARD**
Name
**PO BOX 9001037**
Number        Street

**LOUISVILLE**          **KY**    **40290**
City                  State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*    ☐ Part 1: Creditors with Priority Unsecured Claims

**Business Debt;**                 ☐ Part 2: Creditors with Nonpriority Unsecured Claims
**Personal Liability**

Last 4 digits of account number    ___ ___ ___ ___

---

**CLEVE J FREDRICKSON LIBRARY**
Name
**100 N 19TH STREET**
Number        Street

**CAMP HILL**          **PA**    **17011**
City                  State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*    ☐ Part 1: Creditors with Priority Unsecured Claims

**Business Debt;**                 ☐ Part 2: Creditors with Nonpriority Unsecured Claims
**Personal Liability**

Last 4 digits of account number    ___ ___ ___ ___

---

**CLOUSE SERVICES, INC**
Name
**615 DOUBLING GAP ROAD**
Number        Street

**NEWVILLE**          **PA**    **17241**
City                  State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*    ☐ Part 1: Creditors with Priority Unsecured Claims

**Business Debt;**                 ☐ Part 2: Creditors with Nonpriority Unsecured Claims
**Personal Liability**

Last 4 digits of account number    ___ ___ ___ ___

---

**COMCAST (BK NOTICES)**
Name
**PO BOX 1931**
Number        Street

**BURLINGAME**          **CA**    **94011**
City                  State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*    ☐ Part 1: Creditors with Priority Unsecured Claims

**Business Debt;**                 ☐ Part 2: Creditors with Nonpriority Unsecured Claims
**Personal Liability**

Last 4 digits of account number    ___ ___ ___ ___

---

**COMMONWEALTH OF PA**
Name
**DEPARTMENT OF REVENUE**
Number        Street
**BUREAU OF INDIVIDUAL TAXES**

**DEPT 280432**

**HARRISBURG**          **PA**    **17128-0432**
City                  State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*    ☐ Part 1: Creditors with Priority Unsecured Claims

                                   ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    ___ ___ ___ ___

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed -- Continuation Page** |
| --- | --- |

**CROPF BROS INC**
Name
**1590 W STATE STREET**
Number        Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
**Business Debt;
Personal Liability**
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    ___ ___ ___ ___

**CAMP HILL**        **PA**    **17011**
City        State    ZIP Code

---

**DARRELL & LINDA ROBISON**
Name
**232 PEACH AVENUE**
Number        Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
**Business Debt;
Personal Liability**
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    ___ ___ ___ ___

**HERSHEY**        **PA**    **17033**
City        State    ZIP Code

---

**DAVID HORAN SERVICES**
Name
**946 N FAIRVILLE AVENUE**
Number        Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
**Business Debt;
Personal Liability**
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    ___ ___ ___ ___

**HARRISBURG**        **PA**    **17112**
City        State    ZIP Code

---

**DEBRA SMITH**
Name
**1678 DOUGLAS DRIVE**
Number        Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
**Business Debt;
Personal Liability**
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    ___ ___ ___ ___

**CARLISLE**        **PA**    **17013**
City        State    ZIP Code

---

**DEIMLER RENTALS**
Name
**1510 STONEY CREEK ROAD**
Number        Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
**Business Debt;
Personal Liability**
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    ___ ___ ___ ___

**DAUPHIN**        **PA**    **17018**
City        State    ZIP Code

---

**DL HEIGES ELECTRICAL SERVICES INC**
Name
**5 MONTASERE COURT**
Number        Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
**Business Debt;
Personal Liability**
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    ___ ___ ___ ___

**DILLSBURG**        **PA**    **17019**
City        State    ZIP Code

| Part 3: | List Others to Be Notified About a Debt That You Already Listed -- Continuation Page |
|---|---|

**ENOS J ZOOK JR**
Name
**2617 STUMPTOWN ROAD**
Number        Street

**BIRD IN HAND        PA        17505**
City                State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of  *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims

**Business Debt;**    ☐ Part 2: Creditors with Nonpriority Unsecured Claims
**Personal Liability**

Last 4 digits of account number    ___ ___ ___ ___

---

**FORD MOTOR CREDIT CO**
Name
**NATIONAL BANKRUPTCY SVC CTR**
Number        Street
**ONE AMERICAN ROAD**

**DEARBORN        MI        48126**
City                State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of  *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims

**Business Debt;**    ☐ Part 2: Creditors with Nonpriority Unsecured Claims
**Personal Liability**

Last 4 digits of account number    _9_ _7_ _4_ _9_

---

**FRANCIS SAAD JR**
Name
**535 CARLSON ROAD**
Number        Street

**HUMMELSTOWN        PA        17036**
City                State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of  *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims

**Business Debt;**    ☐ Part 2: Creditors with Nonpriority Unsecured Claims
**Personal Liability**

Last 4 digits of account number    ___ ___ ___ ___

---

**FRANK & ELLEN JACKSON**
Name
**1460 RAVEN HILL ROAD**
Number        Street

**MECHANICSBURG        PA        17055**
City                State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of  *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims

**Business Debt;**    ☐ Part 2: Creditors with Nonpriority Unsecured Claims
**Personal Liability**

Last 4 digits of account number    ___ ___ ___ ___

---

**GARY T DEIMLER**
Name
**1510 STONEY CREEK ROAD**
Number        Street

**DAUPHIN        PA        17018**
City                State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of  *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims

**Business Debt;**    ☐ Part 2: Creditors with Nonpriority Unsecured Claims
**Personal Liability**

Last 4 digits of account number    ___ ___ ___ ___

---

**GD LIQUIDATION CORPORATION**
Name
**1510 STONEY CREEK ROAD**
Number        Street

**DAUPHIN        PA        17018**
City                State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of  *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims

**Business Debt;**    ☐ Part 2: Creditors with Nonpriority Unsecured Claims
**Personal Liability**

Last 4 digits of account number    ___ ___ ___ ___

Case 1:20-bk-00841-HWV    Doc 20    Filed 03/12/20    Entered 03/12/20 11:08:04    Desc
Main Document        Page 45 of 71

| Part 3: | List Others to Be Notified About a Debt That You Already Listed -- Continuation Page |
|---|---|

**GF BOWMAN**
Name
**201 W PENN AVE**
Number      Street

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims

**Business Debt;**                    ☐ Part 2: Creditors with Nonpriority Unsecured Claims
**Personal Liability**

Last 4 digits of account number   ___ ___ ___ ___

**CLEONA**          **PA**   **17042**
City                State  ZIP Code

---

**H2 LLC**
Name
**1336 LOOP ROAD**
Number      Street

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims

**Business Debt;**                    ☐ Part 2: Creditors with Nonpriority Unsecured Claims
**Personal Liability**

Last 4 digits of account number   ___ ___ ___ ___

**LANCASTER**       **PA**   **17601**
City                State  ZIP Code

---

**HBA OF METRO HBG**
Name
**2416 PARK DRIVE**
Number      Street

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims

**Business Debt;**                    ☐ Part 2: Creditors with Nonpriority Unsecured Claims
**Personal Liability**

Last 4 digits of account number   ___ ___ ___ ___

**HARRISBURG**      **PA**   **17110**
City                State  ZIP Code

---

**HERC RENTALS**
Name
**470 PENHAR DRIVE**
Number      Street

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims

**Business Debt;**                    ☐ Part 2: Creditors with Nonpriority Unsecured Claims
**Personal Liability**

Last 4 digits of account number   ___ ___ ___ ___

**HARRISBURG**      **PA**   **17111**
City                State  ZIP Code

---

**HERSHOCKS INC**
Name
**PO BOX 5800**
Number      Street

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims

**Business Debt;**                    ☐ Part 2: Creditors with Nonpriority Unsecured Claims
**Personal Liability**

Last 4 digits of account number   ___ ___ ___ ___

**HARRISBURG**      **PA**   **17110**
City                State  ZIP Code

---

**HIGHMARK BLUE SHIELD**
Name
**CORRESPONDENCE**
Number      Street
**PO BOX 1068**

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims

**Business Debt;**                    ☐ Part 2: Creditors with Nonpriority Unsecured Claims
**Personal Liability**

Last 4 digits of account number   ___ ___ ___ ___

**PITTSBURGH**      **PA**   **15230**
City                State  ZIP Code

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed -- Continuation Page** |

**HL BOWMAN INC**
Name
**PO BOX 35**
Number        Street

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of  *(Check one):*    ☐ Part 1: Creditors with Priority Unsecured Claims

**Business Debt;**                       ☐ Part 2: Creditors with Nonpriority Unsecured Claims
**Personal Liability**

Last 4 digits of account number    ___  ___  ___  ___

**LEMOYNE            PA      17043**
City                State    ZIP Code

---

**HUBSPOT**
Name
**PO BOX 674722**
Number        Street

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of  *(Check one):*    ☐ Part 1: Creditors with Priority Unsecured Claims

**Business Debt;**                       ☐ Part 2: Creditors with Nonpriority Unsecured Claims
**Personal Liability**

Last 4 digits of account number    ___  ___  ___  ___

**DETROIT            MI      48267**
City                State    ZIP Code

---

**IMPROVEBUILD LLC**
Name
**PO BOX 887**
Number        Street

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of  *(Check one):*    ☐ Part 1: Creditors with Priority Unsecured Claims

**Business Debt;**                       ☐ Part 2: Creditors with Nonpriority Unsecured Claims
**Personal Liability**

Last 4 digits of account number    ___  ___  ___  ___

**ASHBURN            VA      20146**
City                State    ZIP Code

---

**INSTALLED BLDG PRODUCTS LLC**
Name
**PO BOX 163669**
Number        Street

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of  *(Check one):*    ☐ Part 1: Creditors with Priority Unsecured Claims

**Business Debt;**                       ☐ Part 2: Creditors with Nonpriority Unsecured Claims
**Personal Liability**

Last 4 digits of account number    ___  ___  ___  ___

**COLUMBUS           OH      43216**
City                State    ZIP Code

---

**IRA MAST PTR SHANK DOOR CO**
Name
**PO BOX 338**
Number        Street

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of  *(Check one):*    ☐ Part 1: Creditors with Priority Unsecured Claims

**Business Debt;**                       ☐ Part 2: Creditors with Nonpriority Unsecured Claims
**Personal Liability**

Last 4 digits of account number    ___  ___  ___  ___

**MYERSTOWN          PA      17067**
City                State    ZIP Code

---

**JACKIE EVANGELISTA**
Name
**4613 CUSTER DRIVE**
Number        Street

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of  *(Check one):*    ☐ Part 1: Creditors with Priority Unsecured Claims

**Business Debt;**                       ☐ Part 2: Creditors with Nonpriority Unsecured Claims
**Personal Liability**

Last 4 digits of account number    ___  ___  ___  ___

**HARRISBURG         PA      17110**
City                State    ZIP Code

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed -- Continuation Page** |

---

**JACOB NULTER**
Name
**1518 W TRINDLE ROAD**
Number        Street

**CARLISLE          PA      17015**
City                        State      ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims

**Business Debt;**
**Personal Liability**
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    ___ ___ ___ ___

---

**JAMES & MARILYN DOAN**
Name
**6451 OPAKVIEW DRIVE**
Number        Street

**HARRISBURG          PA      17112**
City                        State      ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims

**Business Debt;**
**Personal Liability**
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    ___ ___ ___ ___

---

**JNG SERVICES INC**
Name
**DBA CERTRAPRO PAINTERS**
Number        Street
**1051 COUNTRY CLUB ROAD**

**CAMP HILL          PA      17011**
City                        State      ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims

**Business Debt;**
**Personal Liability**
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    ___ ___ ___ ___

---

**JOHN & CINDY SIMPKINS**
Name
**2784 FAIRFIELD ROAD**
Number        Street

**GETTYSBURG          PA      17325**
City                        State      ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims

**Business Debt;**
**Personal Liability**
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    ___ ___ ___ ___

---

**JOHN REIST**
Name
**DBA JM REIST ELECTRICAL LLC**
Number        Street
**3720 SHARON STREET**

**HARRISBURG          PA      17111**
City                        State      ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims

**Business Debt;**
**Personal Liability**
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    ___ ___ ___ ___

---

**JOSEPH GORKA**
Name
**1712 SYCAMORE STREET**
Number        Street

**HARRISBURG          PA      17104**
City                        State      ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims

**Business Debt;**
**Personal Liability**
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    ___ ___ ___ ___

**Part 3:    List Others to Be Notified About a Debt That You Already Listed -- Continuation Page**

---

**JT THOMAS PLUMBING**
Name
**PO BOX 267**
Number        Street



**LEWISBERRY        PA    17339**
City                State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*    ☐ Part 1: Creditors with Priority Unsecured Claims

**Business Debt;**                ☐ Part 2: Creditors with Nonpriority Unsecured Claims
**Personal Liability**

Last 4 digits of account number    ___ ___ ___ ___

---

**KASUAL COMPUTING INC**
Name
**2051 STATE ROAD**
Number        Street



**CAMP HILL        PA    17011**
City                State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*    ☐ Part 1: Creditors with Priority Unsecured Claims

**Business Debt;**                ☐ Part 2: Creditors with Nonpriority Unsecured Claims
**Personal Liability**

Last 4 digits of account number    ___ ___ ___ ___

---

**KATHY CRIPPS**
Name
**6231 ELAINE AVENUE**
Number        Street



**HARRISBURG        PA    17112**
City                State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*    ☐ Part 1: Creditors with Priority Unsecured Claims

**Business Debt;**                ☐ Part 2: Creditors with Nonpriority Unsecured Claims
**Personal Liability**

Last 4 digits of account number    ___ ___ ___ ___

---

**KEVIN & AMY KEHNER**
Name
**659 ST JOHNS DRIVE**
Number        Street



**CAMP HILL        PA    17011**
City                State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*    ☐ Part 1: Creditors with Priority Unsecured Claims

**Business Debt;**                ☐ Part 2: Creditors with Nonpriority Unsecured Claims
**Personal Liability**

Last 4 digits of account number    ___ ___ ___ ___

---

**KEYSTONE COLLECTIONS GROUP**
Name
**546 WENDEL ROAD**
Number        Street



**IRWIN        PA    15642**
City                State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*    ☐ Part 1: Creditors with Priority Unsecured Claims

**Business Debt;**                ☐ Part 2: Creditors with Nonpriority Unsecured Claims
**Personal Liability**

Last 4 digits of account number    ___ ___ ___ ___

---

**LEN & LINDA ZAZETSKI**
Name
**532 JAYCE ROAD**
Number        Street



**CAMP HILL        PA    17011**
City                State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*    ☐ Part 1: Creditors with Priority Unsecured Claims

**Business Debt;**                ☐ Part 2: Creditors with Nonpriority Unsecured Claims
**Personal Liability**

Last 4 digits of account number    ___ ___ ___ ___

| Part 3: | List Others to Be Notified About a Debt That You Already Listed -- Continuation Page |
|---|---|

**LESHER MARBLE & GRANITE**
Name
**2400 SWATARA CREEK ROAD**
Number    Street

**MIDDLETOWN**    **PA**    **17057**
City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
**Business Debt;**
☐ Part 2: Creditors with Nonpriority Unsecured Claims
**Personal Liability**

Last 4 digits of account number _____ _____ _____ _____

**LH BRUBAKERS APPLIANCES**
Name
**340 STARSBURG PIKE**
Number    Street

**LANCASTER**    **PA**    **17602**
City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
**Business Debt;**
☐ Part 2: Creditors with Nonpriority Unsecured Claims
**Personal Liability**

Last 4 digits of account number _____ _____ _____ _____

**M&Z CARPETS**
Name
**4747 JONESTOWN ROAD**
Number    Street

**HARRISBURG**    **PA**    **17109**
City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
**Business Debt;**
☐ Part 2: Creditors with Nonpriority Unsecured Claims
**Personal Liability**

Last 4 digits of account number _____ _____ _____ _____

**MATTHEW AYERS**
Name
**542 POPLAR CHURCH ROAD**
Number    Street

**CAMP HILL**    **PA**    **17011**
City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
**Business Debt;**
☐ Part 2: Creditors with Nonpriority Unsecured Claims
**Personal Liability**

Last 4 digits of account number _____ _____ _____ _____

**MICHAEL REED**
Name
**201 CALDWELL AVENUE**
Number    Street

**WILMERDING**    **PA**    **15148**
City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
**Business Debt;**
☐ Part 2: Creditors with Nonpriority Unsecured Claims
**Personal Liability**

Last 4 digits of account number _____ _____ _____ _____

**MID PENN BANK**
Name
**349 UNION STREET**
Number    Street

**MILLERSBURG**    **PA**    **17061**
City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
**Business Debt;**
☐ Part 2: Creditors with Nonpriority Unsecured Claims
**Personal Liability**

Last 4 digits of account number _____ _____ _____ _____

| Part 3: | List Others to Be Notified About a Debt That You Already Listed -- Continuation Page |
| --- | --- |

**MIDDLE DEPT INSPECTION AGENCY**
Name
**PO BOX 2654**
Number    Street

**WEST CHESTER**    **PA**    **19380**
City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line ___ of (Check one):    ☐ Part 1: Creditors with Priority Unsecured Claims
**Business Debt;**    ☐ Part 2: Creditors with Nonpriority Unsecured Claims
**Personal Liability**

Last 4 digits of account number ___ ___ ___ ___

---

**MT INSULATION LLC**
Name
**621 LAUDERMILCH ROAD**
Number    Street

**HUMMELSTOWN**    **PA**    **17036**
City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line ___ of (Check one):    ☐ Part 1: Creditors with Priority Unsecured Claims
**Business Debt;**    ☐ Part 2: Creditors with Nonpriority Unsecured Claims
**Personal Liability**

Last 4 digits of account number ___ ___ ___ ___

---

**MULBERN & KULP**
Name
**300 BROOKSIDE AVE, BLDG 4**
Number    Street

**AMBLER**    **PA**    **19002**
City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line ___ of (Check one):    ☐ Part 1: Creditors with Priority Unsecured Claims
**Business Debt;**    ☐ Part 2: Creditors with Nonpriority Unsecured Claims
**Personal Liability**

Last 4 digits of account number ___ ___ ___ ___

---

**NATHAN BEHLING**
Name
**917 PINE HILL ROAD**
Number    Street

**LITITZ**    **PA**    **17543**
City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line ___ of (Check one):    ☐ Part 1: Creditors with Priority Unsecured Claims
**Business Debt;**    ☐ Part 2: Creditors with Nonpriority Unsecured Claims
**Personal Liability**

Last 4 digits of account number ___ ___ ___ ___

---

**NITTANY LINK, INC**
Name
**500 N FRONT STREET**
Number    Street

**WORMLEYSBURG**    **PA**    **17043**
City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line ___ of (Check one):    ☐ Part 1: Creditors with Priority Unsecured Claims
**Business Debt;**    ☐ Part 2: Creditors with Nonpriority Unsecured Claims
**Personal Liability**

Last 4 digits of account number ___ ___ ___ ___

---

**NORTH AMERICAN BENEFITS CO**
Name
**20 VALLEY STREAM PKWY**
Number    Street

**MALVERN**    **PA**    **19355**
City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line ___ of (Check one):    ☐ Part 1: Creditors with Priority Unsecured Claims
**Business Debt;**    ☐ Part 2: Creditors with Nonpriority Unsecured Claims
**Personal Liability**

Last 4 digits of account number ___ ___ ___ ___

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed -- Continuation Page** |

**PAUL & DUSTY MCMILLEN**
Name
**300 BLACKLATCH LANE**
Number       Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of  *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims

**Business Debt;**
**Personal Liability**
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**CAMP HILL**          **PA**   **17011**
City                State    ZIP Code

Last 4 digits of account number  ___ ___ ___ ___

---

**PAYCO BLDG SUPPLIES**
Name
**3146 FULLING MILL RD**
Number       Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of  *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims

**Business Debt;**
**Personal Liability**
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**MIDDLETOWN**          **PA**   **17057**
City                State    ZIP Code

Last 4 digits of account number  ___ ___ ___ ___

---

**PPL ELECTRIC UTILITIES**
Name
**ATTN:  BANKRUPTCY DEPT**
Number       Street
**827 HAUSMAN ROAD**

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of  *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims

**Business Debt;**
**Personal Liability**
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**ALLENTOWN**          **PA**   **18104-9392**
City                State    ZIP Code

Last 4 digits of account number  ___ ___ ___ ___

---

**PRECISION TILE WORKS INC**
Name
**66 W MAIN STREET**
Number       Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of  *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims

**Business Debt;**
**Personal Liability**
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**NEWVILLE**          **PA**   **17241**
City                State    ZIP Code

Last 4 digits of account number  ___ ___ ___ ___

---

**PRINT-O-STAT**
Name
**PO BOX 15055**
Number       Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of  *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims

**Business Debt;**
**Personal Liability**
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**YORK**          **PA**   **17405**
City                State    ZIP Code

Last 4 digits of account number  ___ ___ ___ ___

---

**RANDALL DUBBS**
Name
**370 LAMBETH WALK**
Number       Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of  *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims

**Business Debt;**
**Personal Liability**
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**YORK**          **PA**   **17403**
City                State    ZIP Code

Last 4 digits of account number  ___ ___ ___ ___

Case 1:20-bk-00841-HWV   Doc 20   Filed 03/12/20   Entered 03/12/20 11:08:04   Desc
Main Document      Page 52 of 71

**Part 3:  List Others to Be Notified About a Debt That You Already Listed -- Continuation Page**

**REAGER & ADLER, PC**
Name
**2331 MARKET STREET**
Number     Street

**CAMP HILL**          **PA**     **17011**
City                   State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
**Business Debt;**
**Personal Liability**
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  ___ ___ ___ ___

---

**REBECCA PHATEON**
Name
**110 FOREST AVENUE**
Number     Street

**HERSHEY**          **PA**     **17033**
City                  State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
**Business Debt;**
**Personal Liability**
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  ___ ___ ___ ___

---

**RENE AMICO**
Name
**1344 VALLEY ROAD**
Number     Street

**MARYSVILLE**          **PA**     **17053**
City                     State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
**Business Debt;**
**Personal Liability**
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  ___ ___ ___ ___

---

**REPUBLIC WASTE SERVICES**
Name
**3730 SANDHURST DRIVE**
Number     Street

**YORK**          **PA**     **17406**
City              State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
**Business Debt;**
**Personal Liability**
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  ___ ___ ___ ___

---

**RF FAGER CO**
Name
**2058 STATE ROAD**
Number     Street

**CAMP HILL**          **PA**     **17011**
City                   State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
**Business Debt;**
**Personal Liability**
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  ___ ___ ___ ___

---

**RICK NISSLY WOOD FLOORS**
Name
**3100 GREEN STREET**
Number     Street

**HARRISBURG**          **PA**     **17110**
City                    State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
**Business Debt;**
**Personal Liability**
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  ___ ___ ___ ___

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed -- Continuation Page** |

---

**RKL LLP**
Name
**3501 CONCORD RD, STE 250**
Number    Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims

**Business Debt;**
**Personal Liability**
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

**YORK**          **PA**    **17402**
City          State    ZIP Code

---

**SANDRA YAGIELA**
Name
**28166 BAYBERRY ROAD**
Number    Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims

**Business Debt;**
**Personal Liability**
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

**FARMINGTON**    **MI**    **48331**
City          State    ZIP Code

---

**SBA - PHILADELPHIA DISTRICT OFFICE**
Name
**1150 FIRST AVE STE 1001**
Number    Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims

**Business Debt;**
**Personal Liability**
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

**KING OF PRUSSIA**    **PA**    **19406**
City          State    ZIP Code

---

**SEIFERT WOODCRAFTS INC**
Name
**48 S BALTIMORE STREET**
Number    Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims

**Business Debt;**
**Personal Liability**
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

**DILLSBURG**    **PA**    **17019**
City          State    ZIP Code

---

**SELECTIVE INSURANCE CO**
Name
**40 WANTAGE AVENUE**
Number    Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims

**Business Debt;**
**Personal Liability**
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

**BRANCHVILLE**    **NJ**    **07890**
City          State    ZIP Code

---

**SHERWIN WILLIAMS CO**
Name
**4200 DERRY STREET**
Number    Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims

**Business Debt;**
**Personal Liability**
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

**HARRISBURG**    **PA**    **17111**
City          State    ZIP Code

---

| Part 3: | List Others to Be Notified About a Debt That You Already Listed -- Continuation Page |
|---|---|

---

**STAPLES CREDIT PLAN**
Name
**PO BOX 9001036**
Number        Street

**LOUISVILLE          KY      40290**
City                State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims

**Business Debt;**
**Personal Liability**
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    ___ ___ ___ ___

---

**STEPHEN OFAK**
Name
**1740 MILLER ROAD**
Number        Street

**DAUPHIN          PA      17018**
City                State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims

**Business Debt;**
**Personal Liability**
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    ___ ___ ___ ___

---

**STEVEN J SCHIFFMAN, ESQUIRE**
Name
**SERRATELLI, SCHIFFMAN & BROWN PC**
Number        Street
**2080 LINGLESTOWN ROAD, STE 201**

**HARRISBURG          PA      17110**
City                State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims

☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    ___ ___ ___ ___

---

**SUEZ WATER PENNSYLVANIA**
Name
**CUSTOMER SERVICE CENTER**
Number        Street
**8189 ADAMS DRIVE**

**HUMMELSTOWN          PA      17036**
City                State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims

**Business Debt;**
**Personal Liability**
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    ___ ___ ___ ___

---

**SUSQUEHANNA CONFERENCE**
Name
**303 MULBERRY DRIVE**
Number        Street

**MECHANICSBURG          PA      17050**
City                State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims

**Business Debt;**
**Personal Liability**
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    ___ ___ ___ ___

---

**SWATARA TWP AUTHORITY**
Name
**PO BOX 4920**
Number        Street

**HARRISBURG          PA      17111-0920**
City                State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims

**Business Debt;**
**Personal Liability**
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    ___ ___ ___ ___

| Part 3: | List Others to Be Notified About a Debt That You Already Listed -- Continuation Page |
|---|---|

**SYLVESTER'S SERVICES INC**
Name
**35 LOWER BAILEY ROAD**
Number        Street

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of (Check one):    ☐ Part 1: Creditors with Priority Unsecured Claims

**Business Debt;**    ☐ Part 2: Creditors with Nonpriority Unsecured Claims
**Personal Liability**

Last 4 digits of account number    ___ ___ ___ ___

**DUNCANNON        PA    17020**
City                State    ZIP Code

---

**TEDD WOOD LLC**
Name
**2838 GRANDVIEW DRIVE**
Number        Street

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of (Check one):    ☐ Part 1: Creditors with Priority Unsecured Claims

**Business Debt;**    ☐ Part 2: Creditors with Nonpriority Unsecured Claims
**Personal Liability**

Last 4 digits of account number    ___ ___ ___ ___

**SIMPSONVILLE        SC    29680**
City                State    ZIP Code

---

**THE KOPPER KONNECTION LLC**
Name
**1470 SWARTZ ROAD**
Number        Street

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of (Check one):    ☐ Part 1: Creditors with Priority Unsecured Claims

**Business Debt;**    ☐ Part 2: Creditors with Nonpriority Unsecured Claims
**Personal Liability**

Last 4 digits of account number    ___ ___ ___ ___

**LEWISBURG        PA    17837**
City                State    ZIP Code

---

**TILLET INC**
Name
**245 N LINCOLN STREET**
Number        Street

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of (Check one):    ☐ Part 1: Creditors with Priority Unsecured Claims

**Business Debt;**    ☐ Part 2: Creditors with Nonpriority Unsecured Claims
**Personal Liability**

Last 4 digits of account number    ___ ___ ___ ___

**PALMYRA        PA    17078**
City                State    ZIP Code

---

**TIME SUITE SOFTWARE**
Name
**1745 SHEA CENTER DRIVE, STE 400**
Number        Street

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of (Check one):    ☐ Part 1: Creditors with Priority Unsecured Claims

**Business Debt;**    ☐ Part 2: Creditors with Nonpriority Unsecured Claims
**Personal Liability**

Last 4 digits of account number    ___ ___ ___ ___

**LITTLETON        CO    80129**
City                State    ZIP Code

---

**TOM & CINDY POLESHUK**
Name
**8840 DEVONSHIRE HEIGHTS RD**
Number        Street

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of (Check one):    ☐ Part 1: Creditors with Priority Unsecured Claims

**Business Debt;**    ☐ Part 2: Creditors with Nonpriority Unsecured Claims
**Personal Liability**

Last 4 digits of account number    ___ ___ ___ ___

**HUMMELSTOWN        PA    17036**
City                State    ZIP Code

| Part 3: | List Others to Be Notified About a Debt That You Already Listed -- Continuation Page |
|---|---|

**TOUCH OF COLOR FLOORING INC**
Name
**5303 ALLENTOWN BLVD**
Number       Street

**HARRISBURG**        **PA**     **17112**
City                    State      ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of  (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
**Business Debt;**             ☐ Part 2: Creditors with Nonpriority Unsecured Claims
**Personal Liability**

Last 4 digits of account number  ___ ___ ___ ___

---

**TRACY & KRISTINE BOSTIAN**
Name
**PO BOX 251**
Number       Street

**STEWARTSTOWN**       **PA**     **17363**
City                    State      ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of  (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
**Business Debt;**             ☐ Part 2: Creditors with Nonpriority Unsecured Claims
**Personal Liability**

Last 4 digits of account number  ___ ___ ___ ___

---

**TRADESMAN BLDG GROUP LLC**
Name
**4309 LINGLESTOWN RD, STE 115**
Number       Street

**HARRISBURG**        **PA**     **17112**
City                    State      ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of  (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
**Business Debt;**             ☐ Part 2: Creditors with Nonpriority Unsecured Claims
**Personal Liability**

Last 4 digits of account number  ___ ___ ___ ___

---

**TRADESMEN INTL HOLDING LLC**
Name
**PO BOX 932858**
Number       Street

**CLEVELAND**         **OH**     **44193**
City                    State      ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of  (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
**Business Debt;**             ☐ Part 2: Creditors with Nonpriority Unsecured Claims
**Personal Liability**

Last 4 digits of account number  ___ ___ ___ ___

---

**TROTTERS EXTERIOR INSULATION LLC**
Name
**3 SOUTH THISTLEDOWN DR**
Number       Street

**PALMYRA**           **PA**     **17078**
City                    State      ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of  (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
**Business Debt;**             ☐ Part 2: Creditors with Nonpriority Unsecured Claims
**Personal Liability**

Last 4 digits of account number  ___ ___ ___ ___

---

**TROUT FOUNDATION SPRAYING**
Name
**PO BOX 289**
Number       Street

**LEWISBERRY**        **PA**     **17339**
City                    State      ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of  (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
**Business Debt;**             ☐ Part 2: Creditors with Nonpriority Unsecured Claims
**Personal Liability**

Last 4 digits of account number  ___ ___ ___ ___

Debtor 1    **Craig Bradley Deimler**
Debtor 2    **William Oliver Fisher-Deimler**
    Case number (if known)  **1:20-bk-00841**

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed -- Continuation Page** |
|---|---|

**UGI UTILITIES INC**
Name
**225 MORGANTOWN RD**
Number    Street


**READING**    **PA**    **19611**
City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*
- ☐ Part 1: Creditors with Priority Unsecured Claims
**Business Debt;**
- ☐ Part 2: Creditors with Nonpriority Unsecured Claims
**Personal Liability**

Last 4 digits of account number ___ ___ ___ ___

---

**US DEPARTMENT OF LABOR EBSO**
Name
**THE CURTIS CENTER STE 870 WEST**
Number    Street
**170 S INDEPENDENCE MALL WEST**


**PHILADELPHIA**    **PA**    **19106-3317**
City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

**US STANDARD PRODUCTS**
Name
**PO BOX 5509**
Number    Street


**ENGLEWOOD**    **NJ**    **07631**
City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*
- ☐ Part 1: Creditors with Priority Unsecured Claims
**Business Debt;**
- ☐ Part 2: Creditors with Nonpriority Unsecured Claims
**Personal Liability**

Last 4 digits of account number ___ ___ ___ ___

---

**VERIZON WIRELESS**
Name
**500 TECHNOLOGY DR, STE 550**
Number    Street


**SAINT CHARLES**    **MO**    **63304-2225**
City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*
- ☐ Part 1: Creditors with Priority Unsecured Claims
**Business Debt;**
- ☐ Part 2: Creditors with Nonpriority Unsecured Claims
**Personal Liability**

Last 4 digits of account number ___ ___ ___ ___

---

**WB MASON COMPANY INC**
Name
**PO BOX 981101**
Number    Street


**BOSTON**    **MA**    **02298**
City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*
- ☐ Part 1: Creditors with Priority Unsecured Claims
**Business Debt;**
- ☐ Part 2: Creditors with Nonpriority Unsecured Claims
**Personal Liability**

Last 4 digits of account number ___ ___ ___ ___

---

**WEX BANK**
Name
**PO BOX 6293**
Number    Street


**CAROL STREAM**    **IL**    **60197**
City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*
- ☐ Part 1: Creditors with Priority Unsecured Claims
**Business Debt;**
- ☐ Part 2: Creditors with Nonpriority Unsecured Claims
**Personal Liability**

Last 4 digits of account number ___ ___ ___ ___

Official Form 106E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**    page 29
Case 1:20-bk-00841-HWV   Doc 20   Filed 03/12/20   Entered 03/12/20 11:08:04   Desc
Main Document   Page 58 of 71

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed -- Continuation Page** |

---

**WINDY VALLEY EXTERIORS LLC**
Name
**207 CAMPBRIDGE ROAD**
Number        Street



**GAP**                    **PA**     **17527**
City                       State      ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of  *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
**Business Debt;**                ☐ Part 2: Creditors with Nonpriority Unsecured Claims
**Personal Liability**

Last 4 digits of account number   ___ ___ ___ ___

---

**WRIGHT'S EXCAVATION & CONCRETE CO INC**
Name
**407 N LOCKWILLOW AVENUE**
Number        Street



**HARRISBURG**             **PA**     **17112**
City                       State      ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of  *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
**Business Debt;**                ☐ Part 2: Creditors with Nonpriority Unsecured Claims
**Personal Liability**

Last 4 digits of account number   ___ ___ ___ ___

---

**X/S WASTE TRANSPORT**
Name
**5556 RIDGE ROAD**
Number        Street



**ELIZABETHTOWN**          **PA**     **17022**
City                       State      ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of  *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
**Business Debt;**                ☐ Part 2: Creditors with Nonpriority Unsecured Claims
**Personal Liability**

Last 4 digits of account number   ___ ___ ___ ___

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |
|---------|--------------------------------------------------|

6.  **Total the amounts of certain types of unsecured claims.  This information is for statistical reporting purposes only.
    28 U.S.C. § 159.  Add the amounts for each type of unsecured claim.**

|  |  |  | Total claim |
|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. $0.00 |
|  | 6b. | **Taxes and certain other debts you owe the government** | 6b. $0.00 |
|  | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. $0.00 |
|  | 6d. | **Other.**  Add all other priority unsecured claims.  Write that amount here. | 6d. + $0.00 |
|  | 6e. | **Total.**  Add lines 6a through 6d. | 6d. $0.00 |

|  |  |  | Total claim |
|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. $0.00 |
|  | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. $0.00 |
|  | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. $0.00 |
|  | 6i. | **Other.**  Add all other nonpriority unsecured claims.  Write that amount here. | 6i. + $123,504.16 |
|  | 6j. | **Total.**  Add lines 6f through 6i. | 6j. $123,504.16 |

| Debtor 1 | **Craig** | **Bradley** | **Deimler** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **William** | **Oliver** | **Fisher-Deimler** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **MIDDLE DIST. OF PENNSYLVANIA**

Case number (if known) **1:20-bk-00841**

☐ Check if this is an amended filing

Official Form 106G

## Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**

   ☑ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.

   ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

   **Person or company with whom you have the contract or lease**          **State what the contract or lease is for**

| | | | |
|---|---|---|---|
| Debtor 1 | **Craig** | **Bradley** | **Deimler** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **William** | **Oliver** | **Fisher-Deimler** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **MIDDLE DIST. OF PENNSYLVANIA**

Case number **1:20-bk-00841**
(if known)

☐ Check if this is an amended filing

Official Form 106H

# Schedule H: Your Codebtors

**12/15**

**Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.**

1. **Do you have any codebtors?**   (If you are filing a joint case, do not list either spouse as a codebtor.)
   ☒ No
   ☐ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?**  *(Community property states and territories include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)*
   ☒ No. Go to line 3.
   ☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?
     ☐ No
     ☐ Yes

3. **In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on** *Schedule D* **(Official Form 106D),** *Schedule E/F* **(Official Form 106E/F), or** *Schedule G* **(Official Form 106G). Use** *Schedule D, Schedule E/F, or Schedule G* **to fill out Column 2.**

*Column 1:*  **Your codebtor**

*Column 2:*  **The creditor to whom you owe the debt**

Check all schedules that apply:

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Craig** First Name | **Bradley** Middle Name | **Deimler** Last Name |
| Debtor 2 (Spouse, if filing) | **William** First Name | **Oliver** Middle Name | **Fisher-Deimler** Last Name |

United States Bankruptcy Court for the: **MIDDLE DIST. OF PENNSYLVANIA**

Case number (if known) **1:20-bk-00841**

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Employment

**1. Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ☑ Employed ☐ Not employed | ☑ Employed ☐ Not employed |
| **Occupation** | **Sales** | **Unemployed** |
| **Employer's name** | **Alco Products Company, Inc** | |
| **Employer's address** | **4921 Wyaconda Road** Number Street | Number Street |
| | **North Bethesda MD 20852** City State Zip Code | City State Zip Code |
| **How long employed there?** | **1/2020** | |

## Part 2: Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| **2.** | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. 2. | **$2,916.66** | **$0.00** |
| **3.** | Estimate and list monthly overtime pay. 3. + | **$0.00** | **$0.00** |
| **4.** | Calculate gross income. Add line 2 + line 3. 4. | **$2,916.66** | **$0.00** |

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | Copy line 4 here ................................................ ➔ | 4. | **$2,916.66** | **$0.00** |
| **5.** | **List all payroll deductions:** | | | |
| | **5a. Tax, Medicare, and Social Security deductions** | 5a. | **$223.12** | **$0.00** |
| | **5b. Mandatory contributions for retirement plans** | 5b. | **$0.00** | **$0.00** |
| | **5c. Voluntary contributions for retirement plans** | 5c. | **$0.00** | **$0.00** |
| | **5d. Required repayments of retirement fund loans** | 5d. | **$0.00** | **$0.00** |
| | **5e. Insurance** | 5e. | **$0.00** | **$0.00** |
| | **5f. Domestic support obligations** | 5f. | **$0.00** | **$0.00** |
| | **5g. Union dues** | 5g. | **$0.00** | **$0.00** |
| | **5h. Other deductions.**<br>Specify: **State** | 5h.+ | **$216.64** | **$0.00** |
| **6.** | **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e + 5f + 5g + 5h. | 6. | **$439.76** | **$0.00** |
| **7.** | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | **$2,476.90** | **$0.00** |
| **8.** | **List all other income regularly received:** | | | |
| | **8a. Net income from rental property and from operating a business, profession, or farm** | 8a. | **$0.00** | **$900.00** |
| | Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | | | |
| | **8b. Interest and dividends** | 8b. | **$0.00** | **$0.00** |
| | **8c. Family support payments that you, a non-filing spouse, or a dependent regularly receive** | 8c. | **$0.00** | **$0.00** |
| | Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | | | |
| | **8d. Unemployment compensation** | 8d. | **$0.00** | **$0.00** |
| | **8e. Social Security** | 8e. | **$0.00** | **$0.00** |
| | **8f. Other government assistance that you regularly receive**<br>Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.<br>Specify: | 8f. | **$0.00** | **$0.00** |
| | **8g. Pension or retirement income** | 8g. | **$0.00** | **$0.00** |
| | **8h. Other monthly income.**<br>Specify: **See continuation sheet** | 8h.+ | **$6,367.00** | **$1,581.00** |
| **9.** | **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h. | 9. | **$6,367.00** | **$2,481.00** |
| **10.** | **Calculate monthly income.** Add line 7 + line 9.<br>Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | **$8,843.90** + | **$2,481.00** = **$11,324.90** |
| **11.** | **State all other regular contributions to the expenses that you list in Schedule J.** Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.<br><br>Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.<br>Specify: | 11. + | | **$0.00** |
| **12.** | **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the Summary of Your Assets and Liabilities and Certain Statistical Information, if it applies. | 12. | | **$11,324.90**<br>**Combined monthly income** |

**13. Do you expect an increase or decrease within the year after you file this form?**

☐ No.

☑ Yes. Explain: **Debtor has just started employment that will be based on commissions. Income will increase as commissions accrue. Income is estimated.**

|  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|
| **8h. Other Monthly Income (details)** | | |
| Supply Musician | $167.00 | $134.00 |
| Anticipated net income when fully employ / Unemployment Con | $6,200.00 | $1,447.00 |
| Totals: | $6,367.00 | $1,581.00 |

**Fill in this information to identify your case:**

| Debtor 1 | Craig | Bradley | Deimler |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | William | Oliver | Fisher-Deimler |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: __MIDDLE DIST. OF PENNSYLVANIA__

Case number (if known): __1:20-bk-00841__

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____

MM / DD / YYYY

Official Form 106J

## Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Your Household

1. **Is this a joint case?**

   ☐ No. Go to line 2.

   ☑ Yes. **Does Debtor 2 live in a separate household?**

       ☑ No

       ☐ Yes. Debtor 2 must file Official Form 106J-2, Expenses for Separate Household of Debtor 2.

2. **Do you have dependents?**

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   ☐ No

   ☑ Yes. Fill out this information for each dependent.....................

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | Daughter | 22 | ☑ No ☐ Yes |
   | Daughter | 20 | ☑ No ☐ Yes |
   | Daughter | 13 | ☑ No ☐ Yes |
   | | | ☐ No ☐ Yes |
   | | | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☑ No

   ☐ Yes

### Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on Schedule I: Your Income (Official Form 106I.)

| | | | Your expenses |
|---|---|---|---|
| 4. | The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. | $1,152.14 |
| | If not included in line 4: | | |
| 4a. | Real estate taxes | 4a. | $833.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. | $266.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. | $100.00 |
| 4d. | Homeowner's association or condominium dues | 4d. | $10.00 |

**Your expenses**

| | | | |
|---|---|---|---|
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. | |
| 6. | **Utilities:** | | |
| | 6a. Electricity, heat, natural gas | 6a. | **$500.00** |
| | 6b. Water, sewer, garbage collection | 6b. | **$200.00** |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. | **$154.00** |
| | 6d. Other. Specify: **Cable & ISP** | 6d. | **$225.00** |
| 7. | **Food and housekeeping supplies** | 7. | **$750.00** |
| 8. | **Childcare and children's education costs** | 8. | |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | **$150.00** |
| 10. | **Personal care products and services** | 10. | **$100.00** |
| 11. | **Medical and dental expenses** | 11. | **$50.00** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | **$490.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | **$200.00** |
| 14. | **Charitable contributions and religious donations** | 14. | |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a. Life insurance | 15a. | **$50.00** |
| | 15b. Health insurance | 15b. | |
| | 15c. Vehicle insurance | 15c. | **$200.00** |
| | 15d. Other insurance. Specify: | 15d. | |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16. | |
| 17. | **Installment or lease payments:** | | |
| | 17a. Car payments for Vehicle 1 **2019 Ford Expedition** | 17a. | **$969.00** |
| | 17b. Car payments for Vehicle 2 **2017 Ford Mustang** | 17b. | **$558.77** |
| | 17c. Other. Specify: **Allegro piano payment** | 17c. | **$697.50** |
| | 17d. Other. Specify: **Disney Timeshare** | 17d. | |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I).** | 18. | |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | 19. | |

**20.** **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.**

| | | | |
|---|---|---|---|
| 20a. | Mortgages on other property | 20a. | **$3,470.00** |
| 20b. | Real estate taxes | 20b. | |
| 20c. | Property, homeowner's, or renter's insurance | 20c. | |
| 20d. | Maintenance, repair, and upkeep expenses | 20d. | |
| 20e. | Homeowner's association or condominium dues | 20e. | |

**21.** **Other.** Specify: _____    21.    + _____

**22.** **Calculate your monthly expenses.**

| | | | |
|---|---|---|---|
| 22a. | Add lines 4 through 21. | 22a. | **$11,125.41** |
| 22b. | Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2. | 22b. | |
| 22c. | Add line 22a and 22b.  The result is your monthly expenses. | 22c. | **$11,125.41** |

**23.** **Calculate your monthly net income.**

| | | | |
|---|---|---|---|
| 23a. | Copy line 12 (your combined monthly income) from Schedule I. | 23a. | **$11,324.90** |
| 23b. | Copy your monthly expenses from line 22c above. | 23b. | − **$11,125.41** |
| 23c. | Subtract your monthly expenses from your monthly income. The result is your monthly net income. | 23c. | **$199.49** |

**24.** **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.
☐ Yes.    Explain here:
          **None.**

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Craig** | **Bradley** | **Deimler** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **William** | **Oliver** | **Fisher-Deimler** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **MIDDLE DIST. OF PENNSYLVANIA**

Case number **1:20-bk-00841**
(if known)

☐ Check if this is an amended filing

Official Form 106Sum

# Summary of Your Assets and Liabilities and Certain Statistical Information  12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new Summary and check the box at the top of this page.

## Part 1:  Summarize Your Assets

|  |  | Your assets<br>Value of what you own |
|---|---|---|
| 1. | *Schedule A/B: Property* (Official Form 106A/B) | |
| | 1a. Copy line 55, Total real estate, from Schedule A/B......................................................... | **$429,400.00** |
| | 1b. Copy line 62, Total personal property, from Schedule A/B.............................................. | **$118,696.53** |
| | 1c. Copy line 63, Total of all property on Schedule A/B........................................................ | **$548,096.53** |

## Part 2:  Summarize Your Liabilities

|  |  | Your liabilities<br>Amount you owe |
|---|---|---|
| 2. | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| | 2a. Copy the total you listed in Column A, Amount of claim, at the bottom of the last page of Part 1 of Schedule D..... | **$886,561.09** |
| 3. | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| | 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of Schedule E/F.................................. | **$0.00** |
| | 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of Schedule E/F............................ **+** | **$123,504.16** |
| | **Your total liabilities** | **$1,010,065.25** |

## Part 3:  Summarize Your Income and Expenses

|  |  |  |
|---|---|---|
| 4. | *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of Schedule I................................................................. | **$11,324.90** |
| 5. | *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of Schedule J.................................................................. | **$11,125.41** |

Case 1:20-bk-00841-HWV    Doc 20   Filed 03/12/20   Entered 03/12/20 11:08:04   Desc
Main Document      Page 69 of 71

| Part 4: | Answer These Questions for Administrative and Statistical Records |
|---|---|

**6.   Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐   No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

☑   Yes

**7.   What kind of debt do you have?**

☑   **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☐   **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

**8.   From the *Statement of Your Current Monthly Income:* Copy your total current monthly income from Official Form 122A-1 Line 11; OR, Form 122B Line 11; OR, Form 122C-1 Line 14.**

$6,767.58

**9.   Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F:***

Total claim

From Part 4 on *Schedule E/F,* copy the following:

9a.   Domestic support obligations. (Copy line 6a.)    $0.00

9b.   Taxes and certain other debts you owe the government. (Copy line 6b.)    $0.00

9c.   Claims for death or personal injury while you were intoxicated. (Copy line 6c.)    $0.00

9d.   Student loans. (Copy line 6f.)    $0.00

9e.   Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.)    $0.00

9f.   Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.)    +    $0.00

9g.   **Total.** Add lines 9a through 9f.    $0.00

Case 1:20-bk-00841-HWV    Doc 20    Filed 03/12/20    Entered 03/12/20 11:08:04    Desc
Main Document     Page 70 of 71

| Debtor 1 | **Craig** | **Bradley** | **Deimler** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | **William** | **Oliver** | **Fisher-Deimler** |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **MIDDLE DIST. OF PENNSYLVANIA**

Case number **1:20-bk-00841**
(if known)

☐ Check if this is an amended filing

Official Form 106Dec

## Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ Craig Bradley Deimler**
   Craig Bradley Deimler, Debtor 1

X **/s/ William Oliver Fisher-Deimler**
   William Oliver Fisher-Deimler, Debtor 2

Date _____
   MM / DD / YYYY

Date _____
   MM / DD / YYYY