# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| CRAIG BRADLEY DEIMLER | : | |
| WILLIAM OLIVER FISHER-DEIMLER | : | CASE NO. 1:20-bk-00841 |
| aka William Oliver Fisher Deimler; fka | : | |
| William Oliver Fisher, | : | |
|     Debtors | : | |
| | : | |
| CRAIG BRADLEY DEIMLER | : | |
| WILLIAM OLIVER FISHER-DEIMLER | : | |
| aka William Oliver Fisher Deimler; fka | : | OBJECTION TO CLAIM # 10 |
| William Oliver Fisher, | : | |
|     Movants | | |
| v. | | |
| DL HEIGES ELECTRICAL SERVICES INC, | | |
|     Respondent/Claimant | | |

## OBJECTION TO PROOF OF CLAIM #10

COME NOW the Debtors, by and through attorney Dorothy L. Mott, Esquire and make this Objection to Creditor's claim filed in the above–captioned bankruptcy proceeding, stating in support there of as follows:

1. The Debtors filed a Chapter 13 bankruptcy proceeding on 3/4/2020.

2. The Respondent, DL HEIGES ELECTRICAL SERVICES INC, filed an unsecured claim on or about March 25, 2020 in the amount of $1,685.17.

3. The invoices attached to the proof of claim demonstrate that the obligation is owed by GCD Construction, Inc., dba Deimler Family Construction.

4. The Debtors have not personally guaranteed the obligation.

5. The Debtors are not personally liable for the corporate debt.

6. The claim should be disallowed because it is not a debt owed by the Debtors..

WHEREFORE, the Debtors hereby request that this Honorable Court enter an order

1. Disallowing and dismissing the claim; and

2. Granting such other relief as this Court deems just.

Respectfully submitted,

/s/ Dorothy L. Mott

_____
Dorothy L. Mott, Esquire
125 State Street
Harrisburg, PA 17101
717.232.6650 Tel
717.232.0477 Fax
doriemott@aol.com

LOCAL BANKRUPTCY FORM 3007-1
IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| CRAIG BRADLEY DEIMLER | : | |
| WILLIAM OLIVER FISHER-DEIMLER | : | CASE NO. 1:20-bk-00841 |
| aka William Oliver Fisher Deimler; fka | : | |
| William Oliver Fisher, | : | |
|     Debtors | : | |
| | : | OBJECTION TO CLAIM # 10 |
| CRAIG BRADLEY DEIMLER | : | |
| WILLIAM OLIVER FISHER-DEIMLER | : | |
| aka William Oliver Fisher Deimler; fka | : | |
| William Oliver Fisher, | : | |
|     Objectors | : | |
| | : | |
| DL HEIGES ELECTRICAL SERVICES INC, | | |
|     Respondent/Claimant | | |

**************************************************************************
**TO:DL HEIGES ELECTRICAL SERVICES INC ("Claimant")**

**NOTICE OF OBJECTION TO CLAIM AND DEADLINE TO REQUEST HEARING DATE**
Craig Bradley Deimler and  has filed an objection to the proof of claim you filed in this bankruptcy case.

**NOTICE: Your claim may be reduced, modified, or eliminated.** You should read this notice and the objection carefully and discuss them with your attorney, if you have one.

If you do not want to the court to enter an order affecting your claim, then on or before  April 25, 2020, (30 days from the date of service), you or your lawyer must file a request for hearing or a written response to the objection explaining your position.

Those not permitted to file electronically must deliver any request for hearing or response by U.S. mail, courier, overnight/express mail, or in person at: (select the appropriate address)

Ronald Reagan Federal Building
228 Walnut Street Rm 320
Harrisburg, PA 17101

If you mail your request for hearing or response to the court, you must mail it early enough so the court will receive on or before the date stated above.

You must also send a copy of your request for hearing or response to:
Dorothy L. Mott, Esquire
Mott & Gendron Law
125 State Street
Harrisburg, PA 17101
717. 232.6650 Tel
717.232.0476 Fax
doriemott@aol.com

**If you or your attorney do not take these steps, the court may decide that you do not oppose an order affecting your claim. Attorney for Objector**

                                        /s/ Dorothy L. Mott
                                        Dorothy L. Mott Law Office, LLC
                                        PA ID: 43568
                                        125 State Street, Harrisburg PA 17101
                                        717. 232.6650 Tel
                                        717.232.0476 Fax
                                        doriemott@aol.com

Date of Notice: March 26, 2020

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| CRAIG BRADLEY DEIMLER | : | |
| WILLIAM OLIVER FISHER-DEIMLER | : | CASE NO. 1:20-bk-00841 |
| aka William Oliver Fisher Deimler; fka | : | |
| William Oliver Fisher, | : | |
| Debtors | : | |
| | : | |
| CRAIG BRADLEY DEIMLER | : | |
| WILLIAM OLIVER FISHER-DEIMLER | : | |
| aka William Oliver Fisher Deimler; fka | : | OBJECTION TO CLAIM # 10 |
| William Oliver Fisher, | : | |
| Movants | | |
| v. | | |
| DL HEIGES ELECTRICAL SERVICES INC, | | |
| Respondent/Claimant | | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on <u>March 26, 2020</u>, I served a copy of the foregoing document(s) electronically or by placing the same in the United States Mail, First Class, postage pre-paid, addressed as follows on the following parties:

| Name and Address | Mode of Service |
|---|---|
| CHARLES J DEHART, III ESQUIRE<br>8125 ADAMS DRIVE SUITE A<br>HUMMELSTOWN PA 17036<br>dehartstaff@pamd13trustee.com | Electronically |
| DL HEIGES ELECTRICAL SERVICES INC<br>5 MONTASERE COURT<br>DILLSBURG, PA 17019 | First Class Mail, Postage Prepaid |

I certify under penalty of perjury that the foregoing is true and correct.
Date: 03/26/2020

/s/Dorothy L Mott
_____
Dorothy L Mott, Esquire
Atty ID #43568
Dorothy L. Mott Law Office, LLC
125 State Street
Harrisburg, PA 17101
(717) 232–6650 TEL
(717) 232-0477 FAX
doriemott@aol.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| CRAIG BRADLEY DEIMLER | : | |
| WILLIAM OLIVER FISHER-DEIMLER | : | CASE NO. 1:20-bk-00841 |
| aka William Oliver Fisher Deimler; fka | : | |
| William Oliver Fisher, | : | |
|     Debtors | : | |
| | : | |
| CRAIG BRADLEY DEIMLER | : | |
| WILLIAM OLIVER FISHER-DEIMLER | : | |
| aka William Oliver Fisher Deimler; fka | : | OBJECTION TO CLAIM # 10 |
| William Oliver Fisher, | : | |
|     Movants | : | |
| v. | : | |
| DL HEIGES ELECTRICAL SERVICES | : | |
| INC, | : | |
|     Respondent/Claimant | | |

**O R D E R**

UPON CONSIDERATION of the Objection to Proof of Claim filed by the Debtors, it is hereby

ORDERED that the claim of the Respondent is disallowed and dismissed