In re:  Case No. 20-00841-HWV
Craig Bradley Deimler  Chapter 13
William Oliver Fisher-Deimler
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1  User: AutoDocke  Page 1 of 1  Date Rcvd: Apr 28, 2020
                      Form ID: pdf010  Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 30, 2020.
5315032       +R.F. Fager Company,   c/o Peter M. Good,   Caldwell & Kearns, P.C.,   3631 N. Front Street,
                Harrisburg, PA 17110-1500

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                  TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 30, 2020                                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 28, 2020 at the address(es) listed below:
        Bret P Shaffer   on behalf of Creditor   Mid Penn Bank bshaffer@ssbc-law.com, KShirk@ssbc-law.com
        Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
        Dorothy L Mott   on behalf of Debtor 1 Craig Bradley Deimler DorieMott@aol.com,
         KaraGendronECF@gmail.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com
        Dorothy L Mott   on behalf of Debtor 2 William Oliver Fisher-Deimler DorieMott@aol.com,
         KaraGendronECF@gmail.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com
        James Warmbrodt   on behalf of Creditor   M&T Bank bkgroup@kmllawgroup.com
        Steven J. Schiffman   on behalf of Creditor   Mid Penn Bank sschiffman@ssbc-law.com
        United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                                                           TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| CRAIG BRADLEY DEIMLER | : | |
| WILLIAM OLIVER FISHER-DEIMLER | : | CASE NO. 1:20-bk-00841 |
| aka William Oliver Fisher Deimler; fka | : | |
| William Oliver Fisher, | : | |
|     Debtors | : | |
| | : | |
| CRAIG BRADLEY DEIMLER | : | |
| WILLIAM OLIVER FISHER-DEIMLER | : | |
| aka William Oliver Fisher Deimler; fka | : | OBJECTION TO CLAIM # 7 |
| William Oliver Fisher, | : | |
|     Movants | : | |
| v. | : | |
| R.F. FAGER COMPANY, | : | |
|     Respondent/Claimant | : | |

## O R D E R

    UPON CONSIDERATION of the Objection to Proof of Claim filed by the Debtors, it is hereby

    ORDERED that the claim of the Respondent is disallowed and dismissed.

Dated: April 28, 2020

By the Court,

_Henry W. Van Eck_
Henry W. Van Eck, Chief Bankruptcy Judge (JH)