```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                                Case No. 20-00841-HWV
Craig Bradley Deimler                                                 Chapter 13
William Oliver Fisher-Deimler
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1           User: AutoDocke           Page 1 of 1           Date Rcvd: Apr 30, 2020
                               Form ID: pdf010           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 02, 2020.
5314905        +Hershocks,Inc.,    3501 North 6th Street,    Harrisburg PA 17110-1425

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 02, 2020                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 30, 2020 at the address(es) listed below:
              Bret P Shaffer    on behalf of Creditor    Mid Penn Bank bshaffer@ssbc-law.com,  KShirk@ssbc-law.com
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              Dorothy L Mott    on behalf of Debtor 1 Craig Bradley Deimler DorieMott@aol.com,
               KaraGendronECF@gmail.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com
              Dorothy L Mott    on behalf of Debtor 2 William Oliver Fisher-Deimler DorieMott@aol.com,
               KaraGendronECF@gmail.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com
              James  Warmbrodt    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com
              Steven J. Schiffman    on behalf of Creditor    Mid Penn Bank sschiffman@ssbc-law.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | CHAPTER 13 |
| CRAIG BRADLEY DEIMLER : | |
| WILLIAM OLIVER FISHER-DEIMLER : | CASE NO. 1:20-bk-00841 |
| aka William Oliver Fisher Deimler; fka : | |
| William Oliver Fisher, : | |
|     Debtors : | |
| : | |
| CRAIG BRADLEY DEIMLER : | |
| WILLIAM OLIVER FISHER-DEIMLER : | |
| aka William Oliver Fisher Deimler; fka : | OBJECTION TO AMENDED CLAIM # 4 |
| William Oliver Fisher, : | |
|     Movants : | |
| v. : | |
| HERSHOCKS INC, : | |
|     Respondent/Claimant : | |

## O R D E R

UPON CONSIDERATION of the Objection to Amended Proof of Claim filed by the Debtors, it is hereby

ORDERED that the claim of the Respondent is disallowed and dismissed.

Dated: April 30, 2020

By the Court,

*Henry W. Van Eck*
Henry W. Van Eck, Chief Bankruptcy Judge (LS)