UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>CRAIG BRADLEY DEIMLER<br>WILLIAM OLIVER FISHER-DEIMLER<br>AKA WILLIAM OLIVER FISHER DEIMLER; FKA WILLIAM<br>OLIVER FISHER<br>Debtors | CHAPTER 13<br><br>CASE NO. 1:20-bk-00841 |

## AMENDMENT TO SCHEDULE F

Please amend Schedule F of the Voluntary Petition filed in the above captioned case to include the following creditor(s):

| Name | Basis | Amount |
|---|---|---|
| Matthew Ayers<br>542 Poplar Church Road<br>Camp Hill, PA 17011 | Corporate debt, disputed as to personal liability | $7826.19 |
| Nathan Behling<br>917 Pine Hill Road<br>Lititz, PA 17543 | Corporate debt, disputed as to personal liability | $3922.03 |
| David Devanie<br>1263 Boiling Springs Road<br>Boiling Springs, PA 17007 | Corporate debt, disputed as to personal liability | $3,878.32 |
| Amy Kessinger<br>170 Oak Drive<br>Dover, PA 17315 | Corporate debt, disputed as to personal liability | $187.59 |
| Kevin Kiester<br>880 W Main Street<br>Hummelstown, PA 17036 | Corporate debt, disputed as to personal liability | $10,272.24 |

| | |
|---|---|
| Charles McGarvey<br>801 Walker Hill Road<br>Newport, PA 17074 | Corporate debt, disputed as to personal liability<br>$3,634.39 |
| Nicholas Sheaffer<br>905 N College St<br>Carlisle, PA 17013 | Corporate debt, disputed as to personal liability<br>$1269.60 |
| Steven Zeigler<br>375 Stonegate Circle South<br>Chambersburg, PA 17201 | Corporate debt, disputed as to personal liability<br>$2,471.50 |

I (we) declare under penalty of perjury that the information contained in the foregoing amendment to Schedule F is true and correct to the best of my (our) knowledge and belief.

_____
CRAIG BRADLEY DEIMLER

_____
WILLIAM OLIVER FISHER-DEIMLER