```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                                Case No. 20-00841-HWV
Craig Bradley Deimler                                                 Chapter 13
William Oliver Fisher-Deimler
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1           User: AutoDocke           Page 1 of 1           Date Rcvd: May 14, 2020
                               Form ID: ntcltrdb         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 16, 2020.
5327904        +KEVIN KIESTER,    880 W MAIN STREET,    HUMMELSTOWN, PA 17036-1212

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2020                                        Signature:  /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 14, 2020 at the address(es) listed below:
          Bret P Shaffer    on behalf of Creditor    Mid Penn Bank bshaffer@ssbc-law.com, KShirk@ssbc-law.com
          Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
          Dorothy L Mott    on behalf of Debtor 1 Craig Bradley Deimler DorieMott@aol.com,
           KaraGendronECF@gmail.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com
          Dorothy L Mott    on behalf of Debtor 2 William Oliver Fisher-Deimler DorieMott@aol.com,
           KaraGendronECF@gmail.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com
          James Warmbrodt    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com
          Sara A. Austin    on behalf of Creditor Cynthia & John  Simpkins saa2@austinlawllc.com
          Steven J. Schiffman    on behalf of Creditor    Mid Penn Bank sschiffman@ssbc-law.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                               TOTAL: 8

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: <br><br> Craig Bradley Deimler, <br><br> **Debtor 1** <br><br> William Oliver Fisher–Deimler, <br> aka William Oliver Fisher Deimler, fka William Oliver Fisher, <br><br> **Debtor 2** | Chapter 13 <br><br> Case No. 1:20–bk–00841–HWV |

## Notice

NOTICE is hereby given that:

Pursuant to F.R.B.P. 3004, a proof of claim (#43) has been filed by the Debtor on behalf of Kevin Kiester in the amount of $10272.24.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:** <br> Ronald Reagan Federal Building <br> 228 Walnut St, Rm 320 <br> Harrisburg, PA 17101–1737 <br> (717) 901–2800 | **For the Court:** <br> Terrence S. Miller <br> Clerk of the Bankruptcy Court: <br> By: RyanEshelman, Deputy Clerk |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: May 14, 2020 |

ntcltrdb 05/18