UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
CRAIG BRADLEY DEIMLER

NO. 1-20-00841 HWV
CHAPTER 13

## ENTRY OF APPEARANCE FOR FORD MOTOR CREDIT COMPANY, LLC AND REQUEST FOR NOTICES

TO THE CLERK:

Please enter our appearance for Ford Motor Credit Company, LLC and provide notices as required by Bankruptcy Rule 2002.

May 30, 2020

GERSHMAN LAW OFFICES, PC

By: _____
Howard Gershman
610 York Road, Suite 200
Jenkintown, PA 19046
Tel: 215.886.1120
Fax: 215.886.1118

Copies served upon:

Charles DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Dorothy L. Mott, Esquire
Mott & Gendron
125 State Street
Harrisburg, PA 17101