```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                                    Case No. 20-00841-HWV
Craig Bradley Deimler                                                     Chapter 13
William Oliver Fisher-Deimler
        Debtors                       CERTIFICATE OF NOTICE
District/off: 0314-1          User: AutoDocke            Page 1 of 4          Date Rcvd: Aug 04, 2020
                              Form ID: ntcnfhrg          Total Noticed: 180


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 06, 2020.
db/jdb         +Craig Bradley Deimler,    William Oliver Fisher-Deimler,    2100 Bellevue Road,
                 Harrisburg, PA 17104-1327
cr             +Mid Penn Bank,    2407 Park Drive,    Harrisburg, PA 17110-9303
5310883        +AFLAC,    1932 WYNNTON ROAD,    COLUMBUS, GA 31999-0002
5310885         ALLEGRO CREDIT,    PO BOX 748966,    LOS ANGELES, CA 90074-8966
5310884        +ALLEGRO CREDIT,    1350 OLD BAYSHORE HWY, STE 200,    BURLINGAME, CA 94010-1811
5310887        +ALPS,    40 ABERDEEN ROAD,    EMIGSVILLE, PA 17318-2001
5310888        +AMERICAN FUNDS SERVICE COMPANY,    5300 ROBIN HOOD ROAD,    NORFOLK, VA 23513-2470
5310889        +AMEX,    PO BOX 297871,    FORT LAUDERDALE, FL 33329-7871
5327901         AMY KESSINGER,    170 0AK DRIVE,    DOVER, PA 17315
5310890        +ARCADIA RECOVERY BUREAU,    PO BOX 6768,    WYOMISSING, PA 19610-0768
5317357         Allegro Credit,    c/o Becket and Lee LLP,    PO Box 3002,    Malvern PA 19355-0702
5319414         American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern  PA 19355-0701
5327841        +Amy Kessinger,    170 Oak Drive,    Dover, PA 17315-1640
5310891        +BARCLAY'S BANK DE,    125 S WEST ST,    WILMINGTON, DE 19801-5014
5310892        +BB&T CORPORATE HEADQUARTERS,    200 WEST SECOND STREET,    WINSTON SALEM, NC 27101-4019
5310893        +BEN & KATE CARPENTER,    3401 GREEN STREET,    HARRISBURG, PA 17110-1442
5310894        +BEST LINE EQUIPMENT,    2582 GATEWAY DRIVE,    STATE COLLEGE, PA 16801-3019
5310895        +BLAIN ROOFING,    412 ECHO LANE,    BLAIN, PA 17006-6133
5310896        +BUDDING COMPANY,    308 S 18TH STREET,    CAMP HILL, PA 17011-5521
5310897         BUREAU OF ACCOUNT MGMT,    3607 ROSEMONT AVE STE 502,    PO BOX 8875,    CAMP HILL, PA 17001-8875
5324143        +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
5310899        +CAPITAL REGION WATER,    100 PINE DRIVE,    HARRISBURG, PA 17103-1260
5310900        +CHARLES & DEBORAH MACKIN,    318 N 28TH STREET,    CAMP HILL, PA 17011-2801
5327902        +CHARLES MCGARVEY,    801 WALKER HILL ROAD,    NEWPORT, PA 17074-7829
5310902        +CITI,    PO BOX 6241,    SIOUX FALLS, SD 57117-6241
5310903        +CITI ADVANTAGE CARD,    PO BOX 9001037,    LOUISVILLE, KY 40290-1037
5310904        +CITY OF HARRISBURG,    DEPT OF PUBLIC WORKS,    1820 PAXTON STREET,    HARRISBURG, PA 17104-2826
5310905        +CLEVE J FREDRICKSON LIBRARY,    100 N 19TH STREET,    CAMP HILL, PA 17011-3900
5310906        +CLOUSE SERVICES, INC,    615 DOUBLING GAP ROAD,    NEWVILLE, PA 17241-9012
5310909         COMMONWEALTH OF PA,    DEPARTMENT OF REVENUE,    BUREAU OF INDIVIDUAL TAXES,    DEPT 280432,
                 HARRISBURG, PA 17128-0432
5310911        +CROPF BROS INC,    1590 W STATE STREET,    CAMP HILL, PA 17011-5540
5327755        +Craig Bradley Deimler,    19 S. Main Street, PO Box 251,    Stewartstown, PA 17363-0251
5310912        +DARRELL & LINDA ROBISON,    232 PEACH AVENUE,    HERSHEY, PA 17033-2029
5310913        +DAUPHIN COUNTY COMMISSIONERS,    PO BOX 1295,    HARRISBURG, PA 17108-1295
5310914        +DAUPHIN COUNTY TAX CLAIM,    2 SOUTH 2ND STREET,    HARRISBURG, PA 17101-2047
5310915        +DAVID HORAN SERVICES,    946 N FAIRVILLE AVENUE,    HARRISBURG, PA 17112-9463
5310916        +DEBRA SMITH,    1678 DOUGLAS DRIVE,    CARLISLE, PA 17013-1078
5310917        +DEIMLER RENTALS,    1510 STONEY CREEK ROAD,    DAUPHIN, PA 17018-9329
5310918        +DISNEY VACATION CLUB,    MEMBER SERVICES,    1390 CELEBRATION BLVD,    CELEBRATION, FL 34747-5166
5310919        +DIVI RESORTS, INC,    6320 QUADRANGLE DRIVE,    STE 210,    CHAPEL HILL, NC 27517-7890
5310920        +DL HEIGES ELECTRICAL SERVICES INC,    5 MONTASERE COURT,    DILLSBURG, PA 17019-9106
5327840        +David Devanie,    1263 Boiling Springs Road,    Boiling Springs, PA 17007-9672
5310921        +ENOS J ZOOK JR,    2617 STUMPTOWN ROAD,    BIRD IN HAND, PA 17505-9779
5310922        +FORD MOTOR CREDIT CO,    NATIONAL BANKRUPTCY SVC CTR,    ONE AMERICAN ROAD,
                 DEARBORN, MI 48126-2701
5315559       ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
                (address filed with court: Ford Motor Credit Company LLC,    Dept. 55953,    PO Box 55000,
                 Detroit, MI 48255-0953)
5310923        +FRANCIS SAAD JR,    535 CARLSON ROAD,    HUMMELSTOWN, PA 17036-7309
5310924        +FRANK & ELLEN JACKSON,    1460 RAVEN HILL ROAD,    MECHANICSBURG, PA 17055-6773
5310925        +GARY T DEIMLER,    1510 STONEY CREEK ROAD,    DAUPHIN, PA 17018-9329
5310926        +GD LIQUIDATION CORPORATION,    1510 STONEY CREEK ROAD,    DAUPHIN, PA 17018-9329
5310927        +GF BOWMAN,    201 W PENN AVE,    CLEONA, PA 17042-3230
5310928        +H2 LLC,    1336 LOOP ROAD,    LANCASTER, PA 17601-3108
5310929        +HBA OF METRO HBG,    2416 PARK DRIVE,    HARRISBURG, PA 17110-9303
5310930        +HERC RENTALS,    470 PENHAR DRIVE,    HARRISBURG, PA 17111-2501
5310931        +HERSHOCKS INC,    PO BOX 5800,    HARRISBURG PA 17110-0800
5310932        +HIGHMARK BLUE SHIELD,    CORRESPONDENCE,    PO BOX 1068,    PITTSBURGH, PA 15230-1068
5310933        +HL BOWMAN INC,    PO BOX 35,    LEMOYNE, PA 17043-0035
5310934        +HUBSPOT,    PO BOX 674722,    DETROIT, MI 48267-4722
5338127        +Harrisburg City School District,    c/o Keystone Collections Group,    546 Wendel Road,
                 Irwin, PA 15642-7539
5314905        +Hershocks,Inc.,    3501 North 6th Street,    Harrisburg PA 17110-1425
5310935        +IMPROVEBUILD LLC,    PO BOX 887,    ASHBURN, VA 20146-0887
5310936        +INSTALLED BLDG PRODUCTS LLC,    PO BOX 163669,    COLUMBUS, OH 43216-3669
5310938        +IRA MAST PTR SHANK DOOR CO,    PO BOX 338,    MYERSTOWN, PA 17067-0338
5310939        +JACKIE EVANGELISTA,    4613 CUSTER DRIVE,    HARRISBURG, PA 17110-3209
5310940        +JACOB NULTER,    1518 W TRINDLE ROAD,    CARLISLE, PA 17015-9759
5310941        +JAMES & MARILYN DOAN,    6451 OPAKVIEW DRIVE,    HARRISBURG, PA 17112-1887
```

```
5310942        +JNG SERVICES INC,    DBA CERTRAPRO PAINTERS,    1051 COUNTRY CLUB ROAD,
                 CAMP HILL, PA 17011-1049
5310943        +JOHN & CINDY SIMPKINS,    2784 FAIRFIELD ROAD,    GETTYSBURG, PA 17325-7276
5310945        +JOSEPH GORKA,    1712 SYCAMORE STREET,    HARRISBURG, PA 17104-2654
5320202        +JPMorgan Chase Bank, N.A.,    s/b/m/t Chase Bank USA, N.A.,
                 c/o Robertson, Anschutz & Schneid, P.L.,    6409 Congress Avenue, Suite 100,
                 Boca Raton, FL 33487-2853
5317104        +JPMorgan Chase Bank, N.A.,    s/b/m/t Chase Bank USA, N.A.,
                 c/o National Bankruptcy Services, LLC,    P.O. Box 9013,    Addison, Texas 75001-9013
5310947        +JT THOMAS PLUMBING,    PO BOX 267,    LEWISBERRY, PA 17339-0267
5324112        +James Doan,    Marilyn Doan,    6451 Oakview Drive,    Harrisburg, PA 17112-1887
5327452         Joshua J. Bovender, Esquire,    P.O. Box 999,    Harrisburg, PA 17108-0999
5310948        +KASUAL COMPUTING INC,    2051 STATE ROAD,    CAMP HILL, PA 17011-5950
5310949        +KATHY CRIPPS,    6231 ELAINE AVENUE,    HARRISBURG, PA 17112-1767
5310950        +KEVIN & AMY KEHNER,    659 ST JOHNS DRIVE,    CAMP HILL, PA 17011-1339
5327535         KEVIN J. & AMY J. KEHNER,    659 SAINT JOHNS DRIVE,    CAMP HILL, PA 17011-1339
5327904        +KEVIN KIESTER,    880 W MAIN STREET,    HUMMELSTOWN, PA 17036-1212
5310951        +KEYSTONE COLLECTIONS GROUP,    546 WENDEL ROAD,    IRWIN, PA 15642-7539
5310952        +KNIGHT SECURITY SYSTEMS INC,    5879 AVIS LANE,    HARRISBURG, PA 17112-1606
5318933        +Kenneth J Buggy,    5300 Derry Street,    Harrisburg, PA 17111-3576
5310953        +LACKAWANNA AMERICAN INSURANCE,    46 PUBLIC SQUARE STE 501,    WILKES BARRE, PA 18701-2609
5310954        +LEN & LINDA ZAZETSKI,    532 JAYCE ROAD,    CAMP HILL, PA 17011-2042
5310955        +LESHER MARBLE & GRANITE,    2400 SWATARA CREEK ROAD,    MIDDLETOWN, PA 17057-3576
5310956        +LH BRUBAKERS APPLIANCES,    340 STARSBURG PIKE,    LANCASTER, PA 17602-1398
5319097        +Lesher, Inc.,    2400 Swatara Creek Road,    Middletown, PA 17057-3576
5310957        +M&T BANK MORTGAGE,    LENDING SERVICES CORRESPONDENCE ADDRESS,    PO BOX 1288,
                 BUFFALO, NY 14240-1288
5310958        +M&Z CARPETS,    4747 JONESTOWN ROAD,    HARRISBURG, PA 17109-6271
5310959        +MATTHEW AYERS,    542 POPLAR CHURCH ROAD,    CAMP HILL, PA 17011-1832
5310960        +MELISSA IRENE DEIMLER,    3205 ELWOOD DRIVE,    HARRISBURG, PA 17110-9650
5310961        +MICHAEL REED,    201 CALDWELL AVENUE,    WILMERDING, PA 15148-1105
5310963        +MIDDLE DEPT INSPECTION AGENCY,    PO BOX 2654,    WEST CHESTER, PA 19380-0904
5310964        +MT INSULATION LLC,    621 LAUDERMILCH ROAD,    HUMMELSTOWN, PA 17036-7664
5310965        +MULBERN & KULP,    300 BROOKSIDE AVE, BLDG 4,    AMBLER, PA 19002-3436
5327905         NICHOLAS SHEAFFER,    905 N COLLEGE STREET,    CARLISLE, PA 17013-1307
5310967        +NITTANY LINK, INC,    500 N FRONT STREET,    WORMLEYSBURG, PA 17043-1016
5310968        +NORTH AMERICAN BENEFITS CO,    20 VALLEY STREAM PKWY,    MALVERN, PA 19355-1458
5331643        +Nathan Behling,    1401 blair mill road,    apt 318,    silver spring, MD 20910-4816
5310969        +PAUL & DUSTY MCMILLEN,    300 BLACKLATCH LANE,    CAMP HILL, PA 17011-8412
5310970        +PAYCO BLDG SUPPLIES,    3146 FULLING MILL RD,    MIDDLETOWN, PA 17057-3196
5310971         PENN STATE HEALTH HMC,    ATTN: PATIENT FINANCIAL SERVICES,    MC A410 PO BOX 853,
                 HERSHEY, PA 17033
5310973         PPL ELECTRIC UTILITIES,    ATTN: BANKRUPTCY DEPT,    827 HAUSMAN ROAD,    ALLENTOWN PA 18104-9392
5310974        +PRECISION TILE WORKS INC,    66 W MAIN STREET,    NEWVILLE, PA 17241-1011
5310975        +PRINT-O-STAT,    PO BOX 15055,    YORK, PA 17405-7055
5327453         Paul McMillen and Dusty McMillen,    Joshua J. Bovender, Esquire,    P.O. Box 999,
                 Harrisburg, PA 17108-0999
5315032        +R.F. Fager Company,    c/o Peter M. Good,    Caldwell & Kearns, P.C.,    3631 N. Front Street,
                 Harrisburg, PA 17110-1500
5310979        +REBECCA PHATEON,    110 FOREST AVENUE,    HERSHEY, PA 17033-2020
5310980        +RENE AMICO,    1344 VALLEY ROAD,    MARYSVILLE, PA 17053-9301
5310981        +REPUBLIC WASTE SERVICES,    3730 SANDHURST DRIVE,    YORK, PA 17406-7935
5310982        +RF FAGER CO,    2058 STATE ROAD,    CAMP HILL, PA 17011-5926
5310983        +RICK NISSLY WOOD FLOORS,    3100 GREEN STREET,    HARRISBURG, PA 17110-1312
5310984        +RKL LLP,    3501 CONCORD RD, STE 250,    YORK, PA 17402-8608
5310985        +SANDRA YAGIELA,    28166 BAYBERRY ROAD,    FARMINGTON, MI 48331-3314
5310986        +SBA - PHILADELPHIA DISTRICT OFFICE,    1150 FIRST AVE STE 1001,    KING OF PRUSSIA, PA 19406-1393
5310987        +SEIFERT WOODCRAFTS INC,    48 S BALTIMORE STREET,    DILLSBURG, PA 17019-1227
5310989        +SHERWIN WILLIAMS CO,    4200 DERRY STREET,    HARRISBURG, PA 17111-2693
5310990        +STAPLES CREDIT PLAN,    PO BOX 9001036,    LOUISVILLE, KY 40290-1036
5310991        +STEPHEN OFAK,    1740 MILLER ROAD,    DAUPHIN, PA 17018-9740
5310992        +STEVEN J SCHIFFMAN, ESQUIRE,    SERRATELLI, SCHIFFMAN & BROWN PC,
                 2080 LINGLESTOWN ROAD, STE 201,    HARRISBURG, PA 17110-9670
5327906        +STEVEN ZEIGLER,    375 STONEGATE CIRCLE SOUTH,    CHAMBERSBURG, PA 17201-4528
5310993        +SUEZ WATER PENNSYLVANIA,    CUSTOMER SERVICE CENTER,    8189 ADAMS DRIVE,
                 HUMMELSTOWN, PA 17036-8625
5310994        +SUSQUEHANNA CONFERENCE,    303 MULBERRY DRIVE,    MECHANICSBURG, PA 17050-3179
5310995         SWATARA TWP AUTHORITY,    PO BOX 4920,    HARRISBURG, PA 17111-0920
5310996        +SYLVESTER'S SERVICES INC,    35 LOWER BAILEY ROAD,    DUNCANNON, PA 17020-8910
5310999        +TEDD WOOD LLC,    2838 GRANDVIEW DRIVE,    SIMPSONVILLE, SC 29680-6217
5311000        +THE KOPPER KONNECTION LLC,    1470 SWARTZ ROAD,    LEWISBURG, PA 17837-7667
5311001        +TILLET INC,    245 N LINCOLN STREET,    PALMYRA, PA 17078-1322
5311002        +TIME SUITE SOFTWARE,    1745 SHEA CENTER DRIVE, STE 400,    LITTLETON, CO 80129-1540
5311003        +TOM & CINDY POLESHUK,    8840 DEVONSHIRE HEIGHTS RD,    HUMMELSTOWN, PA 17036-7516
5311004         TOUCH OF COLOR FLOORING INC,    5303 ALLENTOWN BLVD,    HARRISBURG, PA 17112
5311005        +TRACY & KRISTINE BOSTIAN,    PO BOX 251,    STEWARTSTOWN, PA 17363-0251
5311006       #+TRADESMAN BLDG GROUP LLC,    4309 LINGLESTOWN RD, STE 115,    HARRISBURG, PA 17112-8607
5311007        +TRADESMEN INTL HOLDING LLC,    PO BOX 932858,    CLEVELAND, OH 44193-0024
5311008        +TRAVEL ADVANTAGE NETWORK,    PMB #311,    672 OLD MILL ROAD,    MILLERSVILLE, MD 21108-1363
5311009        +TRAVEL ADVANTAGE NETWORK,    PO BOX 64220,    BALTIMORE, MD 21264-4220
```

```
5311010      +TROTTERS EXTERIOR INSULATION LLC,    3 SOUTH THISTLEDOWN DR,    PALMYRA, PA 17078-9020
5311011      +TROUT FOUNDATION SPRAYING,    PO BOX 289,    LEWISBERRY, PA 17339-0289
5323596      +Touch of Color Flooring, Inc.,    6303 Allentown Blvd,    Harrisburg, PA 17112-3302
5327756      +Tracy Grant Bostian,    19 S. Main Street, PO Box 251,    Stewartstown, PA 17363-0251
5311012     ++UGI UTILITIES INC,    ATTN CREDIT & COLLECTIONS,    P O BOX 13009,    READING PA 19612-3009
              (address filed with court:   UGI CORP,     225 MORGANTOWN RD,     READING, PA 19611)
5311016      +UPMC PINNACLE HEALTH HOSPITALS,    PO BOX 2353,    HARRISBURG, PA 17105-2353
5311017      +US DEPARTMENT OF LABOR EBSO,    THE CURTIS CENTER STE 870 WEST,    170 S INDEPENDENCE MALL WEST,
               PHILADELPHIA, PA 19106-3323
5311018      +US STANDARD PRODUCTS,    PO BOX 5509,    ENGLEWOOD, NJ 07631-5509
5311020       VW CREDIT INC (Notices Only),    PO BOX 829009,    DALLAS, TX 75382-9009
5311021      +WB MASON COMPANY INC,    PO BOX 981101,    BOSTON, MA 02298-1101
5311022      +WEX BANK,    PO BOX 6293,    CAROL STREAM, IL 60197-6293
5311024      +WINDY VALLEY EXTERIORS LLC,    207 CAMPBRIDGE ROAD,    GAP, PA 17527-9789
5311025     #+WRIGHT'S EXCAVATION & CONCRETE CO INC,    407 N LOCKWILLOW AVENUE,    HARRISBURG, PA 17112-2559
5311026      +X/S WASTE TRANSPORT,    5556 RIDGE ROAD,    ELIZABETHTOWN, PA 17022-9101

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr           +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 04 2020 20:34:41
               PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5310882      +E-mail/Text: phil@abmartin.net Aug 04 2020 20:30:36      AB MARTIN ROOFING SUPPLY,
               150 SLATE ROAD,    EPHRATA, PA 17522-9339
5310886      +E-mail/Text: ally@ebn.phinsolutions.com Aug 04 2020 20:29:22      ALLY,    PO BOX 130424,
               ROSEVILLE, MN 55113-0004
5314945      +E-mail/Text: bankruptcy@bbandt.com Aug 04 2020 20:29:39      BB&T now Truist, Bankruptcy Section,
               100-50-01-51,    P.O. Box 1847,    Wilson, NC 27894-1847
5310898       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 04 2020 20:33:58
               CAPITAL ONE (BANKRUPTCY NOTIFICATION) (p,    PO BOX 30285,    SALT LAKE CITY, UT 84130-0285
5310901      +E-mail/Text: dehartstaff@pamd13trustee.com Aug 04 2020 20:30:39      CHARLES J DEHART, III, ESQ.,
               8125 ADAMS DRIVE STE A,    HUMMELSTOWN PA 17036-8625
5310907      +E-mail/Text: documentfiling@lciinc.com Aug 04 2020 20:29:23      COMCAST (BK NOTICES),
               PO BOX 1931,    BURLINGAME, CA 94011-1931
5310908       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 04 2020 20:30:10      COMM OF PA DEPT OF REVENUE,
               BUREAU OF COMPLIANCE,    PO BOX 280946,    HARRISBURG, PA 17128-0946
5310910      +E-mail/Text: defaultspecialty.us@bbva.com Aug 04 2020 20:30:19      COMPASS BANK,    PO BOX 11830,
               BIRMINGHAM, AL 35202-1830
5311014       E-mail/Text: ra-li-occ-esbkpt-hbg@pa.gov Aug 04 2020 20:29:27
               UNEMP COMP OVERPAYMENT MATTERS,    DEPT OF L&I - OFFICE OF CHIEF COUNSEL,
               651 BOAS STREET 10TH FLOOR,    HARRISBURG, PA 17121
5310937       E-mail/Text: sbse.cio.bnc.mail@irs.gov Aug 04 2020 20:29:33      INTERNAL REVENUE SERVICE,
               DEPARTMENT OF TREASURY,    PO BOX 7346,    PHILADELPHIA, PA 19101-7346
5327293       E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 04 2020 20:30:31      Jefferson Capital Systems LLC,
               Po Box 7999,    Saint Cloud Mn 56302-9617
5310946       E-mail/PDF: ais.chase.ebn@americaninfosource.com Aug 04 2020 20:35:21      JPMCB CARD,
               PO BOX 15369,    WILMINGTON, DE 19850
5325251       E-mail/PDF: resurgentbknotifications@resurgent.com Aug 04 2020 20:35:31      LVNV Funding, LLC,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
5321431       E-mail/Text: camanagement@mtb.com Aug 04 2020 20:29:40      M&T Bank,    PO Box 840,
               Buffalo, NY 14240
5310962      +E-mail/Text: bonnie.berkoski@midpennbank.com Aug 04 2020 20:30:47      MID PENN BANK,
               349 UNION STREET,    MILLERSBURG, PA 17061-1654
5310972       E-mail/Text: blegal@phfa.org Aug 04 2020 20:30:19      PHFA,    BK NOTICES,    211 N FRONT STREET,
               PO BOX 15530,    HARRISBURG, PA 17105-5530
5323837       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 04 2020 20:34:00
               Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
5310976      +E-mail/Text: bankruptcynotices@psecu.com Aug 04 2020 20:30:42      PSECU,    PO BOX 67013,
               HARRISBURG, PA 17106-7013
5311038       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 04 2020 20:30:10
               Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
               Harrisburg, PA  17128-0946
5310978      +E-mail/Text: twilliams@reageradlerpc.com Aug 04 2020 20:29:32      REAGER & ADLER, PC,
               2331 MARKET STREET,    CAMP HILL, PA 17011-4640
5310988      +E-mail/Text: Bankruptcy@selective.com Aug 04 2020 20:29:39      SELECTIVE INSURANCE CO,
               40 WANTAGE AVENUE,    BRANCHVILLE, NJ 07890-0002
5310997      +E-mail/PDF: gecsedi@recoverycorp.com Aug 04 2020 20:34:30      SYNCB/GAPDC,    PO BOX 965005,
               ORLANDO, FL 32896-5005
5310998      +E-mail/PDF: gecsedi@recoverycorp.com Aug 04 2020 20:34:30      SYNCB/WOLFFR,    PO BOX 965036,
               ORLANDO, FL 32896-5036
5309377      +E-mail/PDF: gecsedi@recoverycorp.com Aug 04 2020 20:33:51      Synchrony Bank,
               c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5311013       E-mail/Text: bkrcy@ugi.com Aug 04 2020 20:30:44      UGI UTILITIES INC,    225 MORGANTOWN RD,
               READING, PA 19611
5316985       E-mail/Text: bkrcy@ugi.com Aug 04 2020 20:30:44      UGI Utilities, Inc.,    P.O. Box 13009,
               Reading, PA 19612
5311015      +E-mail/Text: ra-li-occ-esbkpt-hbg@pa.gov Aug 04 2020 20:29:27      UNEMPL COMP TAX MATTERS,
               HARRISBURG CASES L&I OFF CHIEF COUNSEL,    651 BOAS STREET 10TH FLOOR,
               HARRISBURG, PA 17121-0751
5311019       E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Aug 04 2020 20:29:13
               VERIZON WIRELESS,    500 TECHNOLOGY DR, STE 550,    SAINT CHARLES, MO 63304-2225
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
5311023           E-mail/Text: lconey@whiterosecu.com Aug 04 2020 20:30:53      WHITE ROSE CREDIT UNION,
                  3498 INDUSTRIAL DR,    YORK, PA 17402-9050
5311027           E-mail/Text: documentfiling@lciinc.com Aug 04 2020 20:29:18      XFINITY COMCAST,
                  676 ISLAND POND ROAD,    MANCHESTER, NH 03109-4840
                                                                                             TOTAL: 31

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5327903*         +DAVID DEVANIE,    1263 BOILING SPRINGS ROAD,    BOILING SPRINGS, PA 17007-9672
5327838*         +Matthew Ayers,    542 Poplar Church Road,    Camp Hill, PA 17011-1832
5327839*         +Nathan Behling,    917 Pine Hill Road,    Lititz, PA 17543-8994
5310944        ##+JOHN REIST,    DBA JM REIST ELECTRICAL LLC,    3720 SHARON STREET,    HARRISBURG, PA 17111-1905
5310966        ##+NATHAN BEHLING,    917 PINE HILL ROAD,    LITITZ, PA 17543-8994
5310977        ##+RANDALL DUBBS,    370 LAMBETH WALK,    YORK, PA 17403-4040
                                                                                   TOTALS: 0, * 3, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 06, 2020                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 4, 2020 at the address(es) listed below:
              Bret P Shaffer    on behalf of Creditor    Mid Penn Bank bshaffer@ssbc-law.com, KShirk@ssbc-law.com
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              Dorothy L Mott    on behalf of Debtor 1 Craig Bradley Deimler DorieMott@aol.com,
               KaraGendronECF@gmail.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com
              Dorothy L Mott    on behalf of Debtor 2 William Oliver Fisher-Deimler DorieMott@aol.com,
               KaraGendronECF@gmail.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com
              Howard Gershman    on behalf of Creditor    Ford Motor Credit Company LLC hg229ecf@gmail.com,
               229ecf@glpoc.comcastbiz.net
              James Warmbrodt    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com
              Sara A. Austin    on behalf of Creditor Cynthia & John  Simpkins saa2@austinlawllc.com
              Steven J. Schiffman    on behalf of Creditor    Mid Penn Bank sschiffman@ssbc-law.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 9
```

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| In re: | |
|---|---|
| Craig Bradley Deimler,<br>**Debtor 1**<br><br>William Oliver Fisher–Deimler,<br>aka William Oliver Fisher Deimler, fka William Oliver Fisher,<br>**Debtor 2** | Chapter 13<br><br>Case No. 1:20–bk–00841–HWV |

## Notice

The hearing on confirmation of the Plan of reorganization of both Debtors is scheduled for the date indicated below.

**September 2, 2020** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court<br>Ronald Reagan Federal Building,<br>Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets,<br>Harrisburg, PA 17101 | Date: September 9, 2020<br><br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

**FACE MASKS AND APPROPRIATE SOCIAL DISTANCING WILL BE REQUIRED IN THE COURTROOM.**

Initial requests for a continuance of hearing *( L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101–1737<br>(717) 901–2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: CourtneyWojtowicz, Deputy Clerk |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: August 4, 2020 |

ntcnfhrg (03/18)