UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
In Re:                                          :
                                                    Case No. 20-00841-HWV
CRAIG BRADLEY DEIMLER AND.,      :
WILLIAM OLIVER FISHER-DEIMLER,      Chapter 13
                                                :
        Debtors.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter the appearance of the undersigned as counsel for the Secretary of Labor in

the above-captioned case. Thank you for your consideration of this matter.

                                        Respectfully Submitted,

                                        Kate S. O'Scannlain
Solicitor of Labor

Oscar L. Hampton III
Regional Solicitor

/s/ *Jodeen M. Hobbs*
Jodeen M. Hobbs
Regional Counsel for ERISA

/s/ *John M. Strawn*
John M. Strawn
Attorney

Office of the Solicitor
The Curtis Center, Suite 630E
170 S. Independence Mall West
Philadelphia, PA 19106-3306
Phone: 215.861.5143/45
Fax: 215.861.5162
hobbs.jodeen@dol.gov
strawn.john@dol.gov

U.S. DEPARTMENT OF LABOR

Attorneys for Secretary of Labor

September 1, 2020

# CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of the foregoing Secretary of Labor's Notice of Appearance and Request for Notices were served by the Court's CM/ECF system this 1st day of September, 2020 on each of the following:

Charles J. DeHart, III
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Dorothy Mott, Esquire
Counsel for Debtors
125 State Street
Harrisburg, PA 17101

/s/ John M. Strawn
John M. Strawn
Attorney