# MOTT & GENDRON LAW

## *Attorneys and Counselors at Law*
Board Certified in Consumer Bankruptcy Law - American Board of Certification
125 STATE STREET, HARRISBURG, PENNSYLVANIA 17101
Website: http://www.mottgendronlaw.com

| | |
|---|---|
| Dorothy L. Mott, Esquire | Telephone: (717) 232-6650 |
| Kara K. Gendron, Esquire | Fax: (717) 232-0477 |

September 10, 2020

MIDDLE DISTRICT OF PENNSYLVANIA
US BANKRUPTCY COURT
228 WALNUT STREET, RM 320
HARRISBURG, PA 17101

Re:  Craig Bradley Deimler & William Oliver Fisher-Deimler
      BANKRUPTCY CASE NO:1:20-bk-00841

TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT:

Please change the address of the creditor listed below for the above-referenced client from:

SBA - PHILADELPHIA DISTRICT OFFICE
1150 FIRST AVE STE 1001
KING OF PRUSSIA,, PA 19406

to:

SBA - PHILADELPHIA DISTRICT OFFICE
660 AMERICAN AVE, STE 301
KING OF PRUSSIA, PA 19406


Please remove old address from the mailing matrix.

Thank you for your attention to this matter.

Sincerely,

/s/ Elizabeth Snyder

Elizabeth Snyder, Paralegal to
Dorothy L. Mott, Attorney at Law
Kara K. Gendron, Attorney at Law