# MOTT & GENDRON LAW

## *Attorneys and Counselors at Law*
Board Certified in Consumer Bankruptcy Law - American Board of Certification
125 STATE STREET, HARRISBURG, PENNSYLVANIA 17101
Website: http://www.mottgendronlaw.com

| | |
|---|---|
| Dorothy L. Mott, Esquire | Telephone: (717) 232-6650 |
| Kara K. Gendron, Esquire | Fax: (717) 232-0477 |

October 2, 2020

MIDDLE DISTRICT OF PENNSYLVANIA
US BANKRUPTCY COURT
228 WALNUT STREET, RM 320
HARRISBURG, PA 17101

Re: Craig Bradley Deimler & William Oliver Fisher-Deimler
BANKRUPTCY CASE NO:1:20-bk-00841

TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT:

Please change the address of the creditor listed below for the above-referenced client from:

RANDALL DUBBS
370 LAMBETH WALK
YORK, PA 17403

to:

RANDALL DUBBS
18301 W DESERT LANE
SURPRISE, AZ 85388


Please remove old address from the mailing matrix.


Thank you for your attention to this matter.

Sincerely,


/ s/ Joselynn Higa
Joselynn Higa Administrative Assistant
Dorothy L. Mott, Attorney at Law
Kara K. Gendron, Attorney at Law