LOCAL BANKRUPTCY FORM 9013-3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| CRAIG BRADLEY DEIMLER | : | |
| WILLIAM OLIVER FISHER-DEIMLER | : | CASE NO. 1:20-bk-00841 |
| aka William Oliver Fisher Deimler; fka | : | |
| William Oliver Fisher | : | |
|     Debtors, | : | |
| | : | Nature of Proceeding Motion for Relief |
| MID PENN BANK, | : | |
|     Movant | : | |
| | : | Document #: 103 |
| | : | |
| CRAIG BRADLEY DEIMLER | : | |
| WILLIAM OLIVER FISHER-DEIMLER | : | |
| aka William Oliver Fisher Deimler; fka | : | |
| William Oliver Fisher, | : | |
| and BFCD PROPERTIES LLC and | : | |
| CHARLES J. DEHART, III, Esq | : | |
|     Respondents | : | |

### REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE [1]

    This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the Court. Submitting a request is not an automatic continuance.

    The undersigned hereby requests a continuance with the concurrence of the opposing party (parties). This is a first request for a continuance[2].

    Reason for the continuance. The parties are attempting to resolve the motion for relief.

    Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: November 6, 2020                    Dorothy L. Mott
                                                    Attorney for Debtors
                                                    Name: Dorothy L. Mott
                                                    Phone Number: (717) 232-6650

_____

[1] No alterations or interlineations of this document are permitted.
[2] If this is not a first request for a continuance, then a Motion to Continue must be filed.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | CHAPTER 13 |
| CRAIG BRADLEY DEIMLER : | |
| WILLIAM OLIVER FISHER-DEIMLER : | CASE NO. 1:20-bk-00841 |
| aka William Oliver Fisher Deimler; fka : | |
| William Oliver Fisher : | |
|     Debtors, : | |
| : | Nature of Proceeding Motion for Relief |
| MID PENN BANK, : | |
|     Movant : | |
| : | Document #: <u>103</u> |
| : | |
| CRAIG BRADLEY DEIMLER : | |
| WILLIAM OLIVER FISHER-DEIMLER : | |
| aka William Oliver Fisher Deimler; fka : | |
| William Oliver Fisher, : | |
| and BFCD PROPERTIES LLC and : | |
| CHARLES J. DEHART, III, Esq : | |
|     Respondents : | |

### CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on November 6, 2020 I served a copy of the Request to Continue on the following parties:

| **Name and Address** | **Mode of Service** |
|---|---|
| BRET P SHAFFER, ESQUIRE<br>STEVEN J SCHIFFMAN, ESQUIRE SCHIFFMAN SHERIDAN & BROWN PC<br>2080 LINGLESTOWN ROAD, STE 201<br>HARRISBURG, PA 17110 | Electronically |
| CHARLES J DEHART, III ESQUIRE<br>8125 ADAMS DRIVE SUITE A<br>HUMMELSTOWN PA 17036 | Electronically |

I certify under penalty of perjury that the foregoing is true and correct.
Date: 11/06/2020     Name: /s/ Dorothy L. Mott
                            Printed Name of Attorney:     Dorothy L. Mott
                                    Address:     125 State Street
                                                        Harrisburg PA 17101