UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

CRAIG BRADLEY DEIMLER and
WILLIAM OLIVER FISHER-DEIMLER

: BANKRUPTCY NO. 1-20-00841-HWV

      Debtor

: CHAPTER 13

PENNSYLVANIA HOUSING FINANCE AGENCY

      Movant
vs.

CRIAG BRADLEY DEIMLER, WILLIAM
OLIVER FISHER-DEIMLER and
CHARLES J. DEHART, III, Trustee
      Respondents

## MOTION TO OBTAIN RELIEF FROM STAY

**TO THE HONORABLE HENRY W. VAN ECK, II, U. S. BANKRUPTCY JUDGE:**

AND NOW comes Pennsylvania Housing Finance Agency, by its attorneys, Purcell, Krug & Haller, and files this Motion to obtain relief from the automatic stay pursuant to Section 362(d) of the Bankruptcy Code as follows:

1. That this is a contested matter under Rule 9014 brought pursuant to 11 USC Section 362(d).

2. Movant, Pennsylvania Housing Finance Agency, is a corporation with an office located at 211 North Front Street, Harrisburg, Pennsylvania 17101.

3. Respondents, Craig Bradley Deimler and William Oliver Fisher-Deimler, are adult individuals whose last known address is 2100 Bellevue Road, Harrisburg, Pennsylvania 17104.

4. Respondent, Charles J. DeHart, III, is the Trustee duly appointed in the above case with a place of business at Suite A, 1825 Adams Drive, Hummelstown, Pennsylvania 17036.

5. PHFA holds the first mortgage against property located at 2428 Mercer Street, Harrisburg, Pennsylvania 17104.

6. The balance owed Movant is approximately $59,000.

7. Other liens against the property are:

    Dauphin County Commissioners - $5,000.00
    (per Debtors' Schedules)

    City of Harrisburg - $497.90 (per Debtors' Schedules)

8. The value of the real estate is approximately $53,000.00 (per Debtors' Schedules).

9. No equity exists in said property for the benefit of the unsecured creditors.

10. Status of Foreclosure Action: None.

11. Debtors had filed their First Amended Plan whereby post-petition payments due through September 2020 were included in the Plan. Payments should have resumed again in October 2020. Accordingly, Debtors have failed to make two (2) post-petition mortgage payments to Movant (2 payments at $702.29).

12. Movant is entitled to relief for cause.

WHEREFORE, Movant prays for the entry of an Order terminating the automatic stay and granting Movant leave to exercise its State Court foreclosure remedies and that such further relief be granted as your Honorable Court deems fair and equitable.

    PURCELL, KRUG & HALLER

    /s/ Leon P. Haller
    Leon P. Haller
    Attorney for Movant
    1719 North Front Street
    Harrisburg, PA 17102-2392
    (717)234-4178
    Attorney ID #15700
    Attorney for Movant
Dated: November 24, 2020    lhaller@pkh.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

CRAIG BRADLEY DEIMLER and
WILLIAM OLIVER FISHER-DEIMLER

       Debtor

PENNSYLVANIA HOUSING FINANCE AGENCY

       Movant

  vs.

CRIAG BRADLEY DEIMLER, WILLIAM
OLIVER FISHER-DEIMLER and
CHARLES J. DEHART, III, Trustee
       Respondents

BANKRUPTCY NO. 1-20-00841-HWV

CHAPTER 13

## CERTIFICATE OF NONCONCURRENCE

Debtors and Trustee have not concurred with the request for relief in this Motion.

/s/Leon P. Haller
Leon P. Haller

Dated: November 24, 2020

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

CRAIG BRADLEY DEIMLER and
WILLIAM OLIVER FISHER-DEIMLER

    Debtor

PENNSYLVANIA HOUSING FINANCE AGENCY

    Movant

vs.

CRIAG BRADLEY DEIMLER, WILLIAM
OLIVER FISHER-DEIMLER and
CHARLES J. DEHART, III, Trustee
    Respondents

BANKRUPTCY NO. 1-20-00841-HWV

CHAPTER 13

## POST-PETITION PAYMENT HISTORY

**Property Address:**
**2428 MERCER STREET, HARRISBURG, PA 17104**

**Mortgage Servicer:**
**PENNSYLVANIA HOUSING FINANCE AGENCY**

**Post-Petition mailing address for Debtor(s) to send payment:**
**211 NORTH FRONT STREET, HARRISBURG, PA 17101**

**Mortgagor(s)/Debtor(s):**
**CRAIG BRADLEY DEIMLER AND WILLIAM OLIVER FISHER-DEIMLER**

**Payments are contractually due:**

Monthly __X__   Semi-Monthly _____   Bi-Weekly _____   Other _____

Each Monthly Payment is comprised of:
Principal and Interest. . . . . . . .$433.66
R.E. Taxes and insurance . . . . . $268.63
Late Charge. . . . . . . . . . . . . _____
Other. . . . . . . . . . . . . . . . _____ (Specify: _____)
TOTAL. . . . . . . . . . . . . . . . $702.29

POST-PETITION PAYMENTS (Petition was filed on 3/4/2020)

| PAYMENT AMOUNT DUE | DATE PAYMENT WAS DUE | DATE PAYMENT WAS RECEIVED | AMOUNT RECEIVED | CHECK NUMBER | HOW PAYMENT WAS APPLIED (MO.YR.) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

***None. Debtor filed an Amended Plan placing post-petition payments in the plan. Post-petition payments were to commence October 01, 2020. No payments have been received for October 2020 or November 2020.

TOTAL NUMBER OF POST-PETITION PAYMENT PAST DUE: 2 as of 11/24/2020

TOTAL AMOUNT OF POST-PETITION ARREARS: $1,439.28 as of 11/24/2020   (2 payments at $702.29 and 2 late charges at $17.35)

Dated:   11/24/2020              /s/Leon P. Haller
                                 Counsel

                                 Pennsylvania Housing Finance Agency
                                 Mortgage Company

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (names(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

**Craig Bradley Deimler and**
**William Oliver Fisher-Deimler**
        **Debtors**

**Pennsylvania Housing Finance Agency,**

        **Movant**

**Craig Bradley Deimler and**
**William Oliver Fisher-Deimler**
**and Charles J. DeHart, III,**

Chapter: 13

Case number: 1-20-00841-HWV

Matter: Motion to Obtain Relief From Stay

Notice is hereby given that:

The debtor(s) filed a Chapter 13 Bankruptcy Petition on July 12, 2019.

## Notice

A hearing on the above reference matter has been scheduled for:

| United States Bankruptcy Court<br>Ronald Reagan Federal Building<br>228 Walnut Street Rm 320<br>Harrisburg, PA 17101<br>Bankruptcy Courtroom (3rd Floor) | Date: **DECEMBER 22, 2020**<br><br>Time: **9:30 A.M.** |
|---|---|

Any objection/response to the above referenced matter must be filed and served on or before **December 8, 2020.**

If service was properly made and Respondent(s) fail to file an objection/response by the above specified date, the Court **may** determine after review of the Motion that no hearing is required and grant the relief requested.

If a default order has not been signed and entered, the parties or their counsel are required to appear in Court at the hearing on the above date and time.

| Date: November 24, 2020 | Movant's Name, Address, Phone Number:<br>Leon P. Haller, Esquire<br>1719 North Front Street<br>Harrisburg, PA 17102-2392<br>(717)234-4178        lhaller@pkh.com |
|---|---|

**FORM C**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN THE MATTER OF:
CRAIG BRADLEY DEIMLER and )
WILLIAM OLIVER FISHER-DEIMLER )   Chapter: 13
)
)   Case Number: 1-20-00841-HWV
)
DEBTOR(S) )

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on NOVEMBER 24, 2020, I served a copy of MOTION TO OBTAIN RELIEF FROM STAY on the following parties in this matter:

| Name and Address | Mode of Service |
|---|---|
| CRAIG BRADLEY DEIMLER<br>WILLIAM OLIVER FISHER-DEIMLER<br>2100 BELLEVUE ROAD<br>HARRISBURG, PA 17104 | Regular US Mail<br>First Class Service<br>Postage prepaid |
| KARA KATHERINE GENDRON | VIA ECF/CM |
| CHARLES J. DEHART, III, TRUSTEE | VIA ECF/CM |
| | |
| | |

I certify under penalty of perjury that the foregoing is true and correct.

Date: 11/24/2020

Name: s/ LEON P HALLER
*Printed Name of Attorney*
Address:

1719 N. Front Street, Harrisburg, PA 17102

Revised: 03/22/05

| | |
|---|---|
| IN RE: | : |
| CRAIG BRADLEY DEIMLER and<br>WILLIAM OLIVER FISHER-DEIMLER | :<br>:<br>: BANKRUPTCY NO. 1-20-00841-HWV |
| Debtor | :<br>: CHAPTER 13 |
| PENNSYLVANIA HOUSING FINANCE AGENCY | : |
| Movant | : |
| vs. | : |
| CRIAG BRADLEY DEIMLER, WILLIAM<br>OLIVER FISHER-DEIMLER and<br>CHARLES J. DEHART, III, Trustee<br>Respondents | :<br>:<br>:<br>: |

# **O R D E R**

**Upon consideration of the Motion of Pennsylvania Housing Finance Agency to Obtain Relief from Stay, it appearing to the Court that no Answer or Response has been timely filed, the Motion is hereby granted and the automatic stay is terminated as to the Movant relative to property situate at 2428 Mercer Street, Harrisburg, Pennsylvania 17104.**