LOCAL BANKRUPTCY FORM 9019-1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
Craig Bradley Deimler
William Oliver Fisher-Deimler

CHAPTER 13

CASE NO. 1 - 20 -bk- 00841-HWV

**Debtor(s)**
Pennsylvania Housing Finance Agency

ADVERSARY NO. __-__-ap-_____
(if applicable)

**Plaintiff(s)/Movant(s)**
vs.
Craig Bradley Deimler, William Oliver Fisher-Deimler and Charles J. DeHart, III, Trustee

Nature of Proceeding: Relief Motion

Pleading: Motion to Obtain Relief From Stay

**Defendant(s)/Respondent(s)**

Document #: 113

## REQUEST TO REMOVE FROM THE HEARING/TRIAL LIST*

CHECK ONE:

☐ The undersigned hereby withdraws the above identified pleading with the consent of the opposition, if any.

☑ The undersigned counsel certifies as follows:

(1) A settlement has been reached which will be reduced to writing, executed and filed within (please check only one).
☑ Thirty (30) days.
☐ Forty-five (45) days.
☐ Sixty (60) days.

(2) If a stipulation is not filed or a hearing requested within the above-stated time frame, the Court may dismiss the matter without further notice.

(3) Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: 12/21/2020        /s/ Leon P. Haller
                        Attorney for Movant

*No alterations or interlineations of this document are permitted. This request must be filed twenty-four (24) hours prior to the hearing.

Case 1:20-bk-00841-HWV    Doc 121    Filed 12/21/20    Entered 12/21/20 10:39:12    Desc
Main Document    Page 1 of 1