United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Craig Bradley Deimler  
William Oliver Fisher-Deimler  
    Debtor(s)

Case No. 20-00841-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 2  
Date Rcvd: Dec 28, 2020     Form ID: pdf010     Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 30, 2020:**

**Recip ID    Recipient Name and Address**  
+ Melissa L. Deimler, 3205 Elmwood Drive, Harrisburg, PA 17110-9650

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 30, 2020     Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 28, 2020 at the address(es) listed below:

**Name    Email Address**

Bret P Shaffer  
    on behalf of Creditor Mid Penn Bank bshaffer@ssbc-law.com

Bruce J Warshawsky  
    on behalf of Creditor Tradesman Business Group Inc. bjw@cclawpc.com, aharkins@cclawpc.com;jbartley@cclawpc.com;jlaughman@cclawpc.com

Charles J DeHart, III (Trustee)  
    TWecf@pamd13trustee.com

Clinton J. Webb  
    on behalf of Creditor Capital Region Water cwebb@salzmannhughes.com

D Brian Simpson  
    on behalf of Creditor IRS d.brian.simpson@usdoj.gov Bethany.a.haase@usdoj.gov

Dorothy L Mott
   on behalf of Debtor 2 William Oliver Fisher-Deimler DorieMott@aol.com
   KaraGendronECF@gmail.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com

Dorothy L Mott
   on behalf of Debtor 1 Craig Bradley Deimler DorieMott@aol.com
   KaraGendronECF@gmail.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com

Howard Gershman
   on behalf of Creditor Ford Motor Credit Company LLC hg229ecf@gmail.com 229ecf@glpoc.comcastbiz.net

James Warmbrodt
   on behalf of Creditor M&T Bank bkgroup@kmllawgroup.com

Jodeen Marie Hobbs
   on behalf of Creditor U.S. Department of Labor strawn.john@dol.gov

Kara Katherine Gendron
   on behalf of Debtor 2 William Oliver Fisher-Deimler karagendronecf@gmail.com
   doriemott@aol.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com

Kara Katherine Gendron
   on behalf of Debtor 1 Craig Bradley Deimler karagendronecf@gmail.com
   doriemott@aol.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com

Leon P Haller
   on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY lhaller@pkh.com
   dmaurer@pkh.com;mgutshall@pkh.com

Rebecca Ann Solarz
   on behalf of Creditor M&T Bank bkgroup@kmllawgroup.com

Sara A. Austin
   on behalf of Creditor Cynthia & John Simpkins saa2@austinlawllc.com

Steven J. Schiffman
   on behalf of Creditor Mid Penn Bank sschiffman@ssbc-law.com

United States Trustee
   ustpregion03.ha.ecf@usdoj.gov

TOTAL: 17

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Craig Bradley Deimler<br>William Oliver Fisher-Deimler aka William Oliver Fisher Deimler fka William Oliver Fisher<br>　　　　　　　Debtor(s) | CHAPTER 13<br><br>NO. 20-00841 HWV |
| M&T Bank<br>　　　　　　　Movant<br>vs.<br><br>Craig Bradley Deimler<br>William Oliver Fisher-Deimler aka William Oliver Fisher Deimler fka William Oliver Fisher<br>　　　　　　　Debtor(s)<br><br>Charles J. DeHart, III Esq.<br>　　　　　　　Trustee | 11 U.S.C. Section 362 |

### ORDER

Upon consideration of the foregoing stipulation, it is hereby ORDERED that the Stipulation is approved by the Court. However, this court retains discretion regarding entry of any further order.

Dated: December 28, 2020

By the Court,

_/s/ Henry W. Van Eck_
Henry W. Van Eck, Chief Bankruptcy Judge (CD)