LOCAL BANKRUPTCY FORM 9019-1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| CRAIG BRADLEY DEIMLER | : | BANKRUPTCY NO. 1:20-bk-00841 |
| WILLIAM OLIVER FISHER-DEIMLER | : | |
| | : | ADVERSARY NO. |
| Debtor(s) | : | (if applicable) |
| | : | |
| MID PENN BANK | : | Nature of Proceeding: **Motion for Relief** |
| Plaintiff(s)/Movant(s) | : | |
| | : | Pleading: |
| v. | : | |
| | : | Document #: |
| CRAIG BRADLEY DEIMLER | : | |
| WILLIAM OLIVER FISHER-DEIMLER | | |
| | | |
| Defendant(s)/Respondent(s) | | |

## REQUEST TO REMOVE FROM THE HEARING/TRIAL LIST*

CHECK ONE:

☐  The undersigned hereby withdraws the above identified pleading with the consent of the opposition, if any.

☑  The undersigned counsel certifies as follows:

(1) A settlement has been reached which will be reduced to writing, executed and filed within (please check only one).

       ☑ Thirty (30) days.
       ☐ Forty-five (45) days.
       ☐ Sixty (60) days.

(2) If a stipulation is not filed or a hearing requested within the above-stated time frame, the Court may dismiss the matter without further notice.

(3) Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: January 8, 2021   /s/ Kara K. Gendron
Kara K. Gendron, Esquire
Attorney ID 87577
Mott & Gendron Law
125 State Street
Harrisburg, PA 17101
(717) 232–6650 TEL
(717) 232-0477 FAX
karagendron@gmail.com

*No alterations or interlineations of this document are permitted.
Revised 12/19/05

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF : CHAPTER: 13
CRAIG BRADLEY DEIMLER :
WILLIAM OLIVER FISHER-DEIMLER :
: CASE NUMBER:1:20-bk-00841
**Debtor(s)** :

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on January 7, 2021 I served a copy of the Request to Continue on the following parties:

| Name and Address | Mode of Service |
|---|---|
| MID PENN BANK<br>349 UNION STREET<br>MILLERSBURG, PA 17061 | First Class Mail, Postage Prepaid |
| CHARLES J DEHART, III ESQUIRE<br>8125 ADAMS DRIVE SUITE A<br>HUMMELSTOWN PA 17036 | Electronically |
| CRAIG BRADLEY DEIMLER<br>WILLIAM OLIVER FISHER-DEIMLER<br>2100 BELLEVUE ROAD<br>HARRISBURG, PA 17104 | First Class Mail, Postage Prepaid |

I certify under penalty of perjury that the foregoing is true and correct.
Date: 01/07/2021

/s/ Kara K. Gendron
Kara K. Gendron, Esquire
Attorney ID 87577
Mott & Gendron Law
125 State Street
Harrisburg, PA 17101
(717) 232–6650 TEL
(717) 232-0477 FAX
karagendron@gmail.com