UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Craig Bradley Deimler | : CHAPTER 13 |
| William Oliver Fisher-Deimler aka | : |
| William Oliver Fisher Deimler fka | : CASE NO. 1:20-bk-00841-HWV |
| William Oliver Fisher | : |
| Debtors | : |
| | : |
| Mid Penn Bank | : |
| Movant | : |
| | : |
| v. | : MOTION FOR RELIEF |
| | : 11 U.S.C. § 362 |
| Craig Bradley Deimler | : 11 U.S.C. § 1301 |
| William Oliver Fisher-Deimler aka | : Fed. R. Bankr. P. 4001 |
| William Oliver Fisher Deimler fka | : |
| William Oliver Fisher, | : |
| Respondents/Debtors | : |
| | : |
| and | : |
| | : |
| BFCD Properties LLC | : |
| Respondent | : |
| | : |
| and | : |
| | : |
| Charles J. DeHart, III, Esq., | : |
| Respondent/Trustee | : |

## STIPULATION

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. Movant, Mid Penn Bank ("Mid Penn"), filed a Motion for Comfort Order Regarding Automatic and Co-Debtor Stay as to BFCD Properties, LLC and 2100 Bellevue Road, Harrisburg ("Motion," Doc. 103) on October 23, 2020.

2. The Motion was served on Debtors ("Deimlers"), Respondent BFCD Properties, LLC ("BFCD"), and the Chapter 13 Trustee.

3. BFCD did not appear for the initial hearing called on December 15, 2020, and is not a party to this Stipulation.

4. In resolution of the Motion, the parties hereto agree that (1) to the extent the stay and/or co-debtor stay applies to the property located at 2100 Bellevue Road, the parties agree that it shall be terminated, (2) the co-debtor stay shall be terminated as to the entity BFCD, and (3) the 14-day period in FED R. BANKR. P. 4001(a)(3) shall not be applicable.

5. The parties agree that Mid Penn may commence foreclosure proceedings by making service of those notices required under Pennsylvania Acts 6 and 91; however, Mid Penn shall not commence any action in court until after January 31, 2021.

6. In the event that BFCD files its own bankruptcy, the terms of this stipulation shall have no bearing on the effect of 11 U.S.C. § 362 in that bankruptcy.

7. The undersigned seek court approval of this stipulation.

8. The parties agree that digital and/or facsimile signatures shall be considered original signatures for purposes of executing this stipulation.

Date: January 6, 2021	**/s/Bret P. Shaffer, Esquire**
	Bret P. Shaffer, Esquire
	Attorney for Mid Penn Bank

Date: 1/7/2021	_____
	Kara Katherine Gendron, Esquire
	Attorney for Debtors

Date: 1/8/21	_____
	for	Chapter 13 Trustee
	Charles J. DeHart, III, Esquire