UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Craig Bradley Deimler | : CHAPTER 13 |
| William Oliver Fisher-Deimler aka | : |
| William Oliver Fisher Deimler fka | : CASE NO. 1:20-bk-00841-HWV |
| William Oliver Fisher | : |
| Debtors | : |
| | : |
| Mid Penn Bank | : |
| Movant | : |
| | : |
| v. | : MOTION FOR RELIEF |
| | : 11 U.S.C. § 362 |
| Craig Bradley Deimler | : 11 U.S.C. § 1301 |
| William Oliver Fisher-Deimler aka | : Fed. R. Bankr. P. 4001 |
| William Oliver Fisher Deimler fka | : |
| William Oliver Fisher, | : |
| Respondents/Debtors | : |
| | : |
| and | : |
| | : |
| BFCD Properties LLC | : |
| Respondent | : |
| | : |
| and | : |
| | : |
| Charles J. DeHart, III, Esq., | : |
| Respondent/Trustee | : |

## ORDER OF COURT

Upon consideration of the foregoing Stipulation, it is hereby ORDERED that the Stipulation is approved by the Court.

By the Court,

Case 1:20-bk-00841-HWV   Doc 133   Filed 01/11/21   Entered 01/11/21 13:42:15   Desc
Main Document    Page 1 of 1