United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-00841-HWV |
| Craig Bradley Deimler | Chapter 13 |
| William Oliver Fisher-Deimler | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Jan 12, 2021 | Form ID: pdf010 | Total Noticed: 5 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 14, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| + | BFCD Properties, LLC, 2100 Bellevue Road, Harrisburg PA 17104-1327 |
| + | BFCD Properties, LLC, 624 North Front Street, Wormleysburg PA 17043-1022 |
| + | City of Harrisburg, Dept of Public Works, 1820 Paxton Street, Harrisburg PA 17104-2826 |
| + | Clinton J. Webb, Esquire, Salzmann Hughes, P.C., 79 St. Paul Drive, Chambersburg PA 17201-1020 |
| + | Dauphin County Tax Claim Bureau, PO Box 1295, 2 South Second Street, Harrisburg PA 17101-2047 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: Jan 14, 2021 | Signature: | /s/Joseph Speetjens |

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 12, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bret P Shaffer | on behalf of Creditor Mid Penn Bank bshaffer@ssbc-law.com |
| Bruce J Warshawsky | on behalf of Creditor Tradesman Business Group Inc. bjw@cclawpc.com, aharkins@cclawpc.com;jbartley@cclawpc.com;jlaughman@cclawpc.com |
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |

Clinton J. Webb
    on behalf of Creditor Capital Region Water cwebb@salzmannhughes.com

D Brian Simpson
    on behalf of Creditor IRS d.brian.simpson@usdoj.gov Bethany.a.haase@usdoj.gov

Dorothy L Mott
    on behalf of Debtor 1 Craig Bradley Deimler DorieMott@aol.com
    KaraGendronECF@gmail.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com

Dorothy L Mott
    on behalf of Debtor 2 William Oliver Fisher-Deimler DorieMott@aol.com
    KaraGendronECF@gmail.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com

Howard Gershman
    on behalf of Creditor Ford Motor Credit Company LLC hg229ecf@gmail.com 229ecf@glpoc.comcastbiz.net

James Warmbrodt
    on behalf of Creditor M&T Bank bkgroup@kmllawgroup.com

Jodeen Marie Hobbs
    on behalf of Creditor U.S. Department of Labor strawn.john@dol.gov

Kara Katherine Gendron
    on behalf of Debtor 1 Craig Bradley Deimler karagendronecf@gmail.com
    doriemott@aol.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com

Kara Katherine Gendron
    on behalf of Debtor 2 William Oliver Fisher-Deimler karagendronecf@gmail.com
    doriemott@aol.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com

Leon P Haller
    on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY lhaller@pkh.com
    dmaurer@pkh.com;mgutshall@pkh.com

Rebecca Ann Solarz
    on behalf of Creditor M&T Bank bkgroup@kmllawgroup.com

Sara A. Austin
    on behalf of Creditor Cynthia & John Simpkins saa2@austinlawllc.com

Steven J. Schiffman
    on behalf of Creditor Mid Penn Bank sschiffman@ssbc-law.com

United States Trustee
    ustpregion03.ha.ecf@usdoj.gov

TOTAL: 17

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Craig Bradley Deimler<br>William Oliver Fisher-Deimler aka<br>William Oliver Fisher Deimler fka<br>William Oliver Fisher<br>　　　　Debtors | : CHAPTER 13<br>:<br>: CASE NO. 1:20-bk-00841-HWV<br>:<br>:<br>: |
| Mid Penn Bank<br>　　　　Movant | :<br>:<br>: |
| v.<br><br>Craig Bradley Deimler<br>William Oliver Fisher-Deimler aka<br>William Oliver Fisher Deimler fka<br>William Oliver Fisher,<br>　　　　Respondents/Debtors | : MOTION FOR RELIEF<br>: 11 U.S.C. § 362<br>: 11 U.S.C. § 1301<br>: FED. R. BANKR. P. 4001<br>:<br>:<br>: |
| and<br><br>BFCD Properties LLC<br>　　　　Respondent | :<br>:<br>:<br>: |
| and<br><br>Charles J. DeHart, III, Esq.,<br>　　　　Respondent/Trustee | :<br>:<br>:<br>: |

## ORDER OF COURT

Upon consideration of the foregoing Stipulation, it is hereby ORDERED that the Stipulation is approved by the Court.

Dated: January 12, 2021　　　　By the Court,

　　　　　　　　　　　　　　　　_Henry W. Van Eck_
　　　　　　　　　　　　　　　　Henry W. Van Eck, Chief Bankruptcy Judge (CD)