UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
| CRAIG BRADLEY DEIMLER and | : |
| WILLIAM OLIVER FISHER-DEIMLER, | : CASE NO. 1:20-bk-00841-HWV |
|     Debtors | : |
| | : |
| MID PENN BANK | : |
|     Movant | : |
| | : |
| vs. | : |
| | : |
| CRAIG BRADLEY DEIMLER and | : |
| WILLIAM OLIVER FISHER-DEIMLER | : |
|     Respondents | : |
| | : |
| and | : |
| | : |
| CHARLES J. DEHART, III, Esq., | : |
|     Trustee | : |

# OBJECTION OF MID PENN BANK
# TO SECOND AMENDED CHAPTER 13 PLAN

COMES NOW, the Movant, Mid Penn Bank ("Mid Penn"), by and through its attorneys, Schiffman, Sheridan & Brown, P.C., and objects to the confirmation of the above-referenced Debtors' plan for the following reason(s):

1. Debtors personally guaranteed two loans made with Mid Penn:

   A. a loan made to BFCD Properties, LLC ("BFCD"), on August 28, 2014 (*see* Claim No. 39);

B. a loan made to GCD Construction, Inc. ("GCD"), on October 30, 2017 (*see* Claim No. 40).

2. As to Debtors personally, Mid Penn's claims arise from guarantees and are unsecured; Debtors cannot use their Plan to reclassify Mid Penn's claims as secured. *See* 11 U.S.C. § 502.

3. To the extent Mid Penn cannot recover from BFCD and/or GCD, Mid Penn is entitled to recover the same as any other unsecured creditor filing a valid proof of claim (*see* 11 U.S.C. § 1325(b)(1)(B)); it is therefore improper to designate that payment will not be made through the Plan but by a third party (BFCD).

WHEREFORE, Mid Penn Bank respectfully requests this Honorable Court sustain its objection and deny Debtors' Second Amended Chapter 13 Plan.

Respectfully submitted,

SCHIFFMAN, SHERIDAN & BROWN, P.C.

Date: February 18, 2021    By: /s/ Bret P. Shaffer
　　　　　　　　　　　　　　　　Bret P. Shaffer, Esquire
　　　　　　　　　　　　　　　　2080 Linglestown Road, Suite 201
　　　　　　　　　　　　　　　　Harrisburg, PA 17110
　　　　　　　　　　　　　　　　(717) 540-9170 Telephone
　　　　　　　　　　　　　　　　(717) 540-5481 Facsimile
　　　　　　　　　　　　　　　　bshaffer@ssbc-law.com

　　　　　　　　　　　　　　　　Attorneys for Mid Penn Bank

# CERTIFICATE OF SERVICE

I hereby certify that I have this day served the within Objection by electronically notifying the following parties:

Dorothy Mott, Esquire
Kara Gendron, Esquire
125 State Street
Harrisburg PA 17101

Charles J. DeHart, III, Esquire
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown PA 17036

                                      SCHIFFMAN, SHERIDAN & BROWN, P.C.

Date: February 18, 2021        By: /s/ Bret P. Shaffer
                                            Attorneys for Mid Penn Bank