UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Case No. 20-00841-HWV |
| CRAIG BRADLEY DEIMLER and WILLIAM OLIVER FISHER-DEIMLER, | : | Chapter 13 |
| Debtors. | : | |
| SECRETARY OF LABOR, | : | Case No. 20-00841-HWV |
| Movant, | : | Chapter 13 |
| v. | : | |
| CRAIG BRADLEY DEIMLER and WILLIAM OLIVER FISHER-DEIMLER, | : | |
| Respondents. | : | |

## ORDER

The parties, Debtors, Craig Bradley Deimler and William Oliver Fisher-Deimler ("Debtors"), and the Secretary of Labor, United States Department of Labor ("Secretary"), have agreed to a stipulation as to the Secretary's claim, to which the Trustee does not object. Based on the averments in the stipulation, the parties' stipulation is APPROVED.