United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                  Case No. 20-00841-HWV

Craig Bradley Deimler                                                   Chapter 13

William Oliver Fisher-Deimler

    Debtors

# CERTIFICATE OF NOTICE

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 12, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| | | Office of the Solicitor, 1835 Market Street, 22nd Floor, Philadelphia, PA 19103-2968 |
| 5311017 | + | US DEPARTMENT OF LABOR EBSO, THE CURTIS CENTER STE 870 WEST, 170 S INDEPENDENCE MALL WEST, PHILADELPHIA, PA 19106-3323 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 12, 2021           Signature:       /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 10, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Bret P Shaffer | on behalf of Creditor Mid Penn Bank bshaffer@ssbc-law.com |
| Bruce J Warshawsky | on behalf of Creditor Tradesman Business Group Inc. bjw@cclawpc.com, aharkins@cclawpc.com;jbartley@cclawpc.com;jlaughman@cclawpc.com |
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| Clinton J. Webb | on behalf of Creditor Capital Region Water cwebb@salzmannhughes.com |

D Brian Simpson
on behalf of Creditor IRS d.brian.simpson@usdoj.gov  Bethany.a.haase@usdoj.gov

Dorothy L Mott
on behalf of Debtor 2 William Oliver Fisher-Deimler DorieMott@aol.com
KaraGendronECF@gmail.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com

Dorothy L Mott
on behalf of Debtor 1 Craig Bradley Deimler DorieMott@aol.com
KaraGendronECF@gmail.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com

Howard Gershman
on behalf of Creditor Ford Motor Credit Company LLC hg229ecf@gmail.com  229ecf@glpoc.comcastbiz.net

James Warmbrodt
on behalf of Creditor M&T Bank bkgroup@kmllawgroup.com

John M Strawn
on behalf of Creditor U.S. Department of Labor strawn.john@dol.gov

Kara Katherine Gendron
on behalf of Debtor 2 William Oliver Fisher-Deimler karagendronecf@gmail.com
doriemott@aol.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com

Kara Katherine Gendron
on behalf of Debtor 1 Craig Bradley Deimler karagendronecf@gmail.com
doriemott@aol.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com

Leon P Haller
on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY lhaller@pkh.com
dmaurer@pkh.com;mgutshall@pkh.com

Rebecca Ann Solarz
on behalf of Creditor M&T Bank bkgroup@kmllawgroup.com

Sara A. Austin
on behalf of Creditor Cynthia & John Simpkins saa2@austinlawllc.com

Steven J. Schiffman
on behalf of Creditor Mid Penn Bank sschiffman@ssbc-law.com

United States Trustee
ustpregion03.ha.ecf@usdoj.gov

TOTAL: 17

## UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

In Re:                                                :
                                                          Case No. 20-00841-HWV
CRAIG BRADLEY DEIMLER and              :
WILLIAM OLIVER FISHER-DEIMLER,         Chapter 13
                                                    :
                  Debtors.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

SECRETARY OF LABOR,                      :
                                                          Case No. 20-00841-HWV
                  Movant,                       :
                                                          Chapter 13
         v.                                        :

CRAIG BRADLEY DEIMLER and              :
WILLIAM OLIVER FISHER-DEIMLER,
                                                    :
                  Respondents.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### ORDER

The parties, Debtors, Craig Bradley Deimler and William Oliver Fisher-Deimler

("Debtors"), and the Secretary of Labor, United States Department of Labor ("Secretary"), have

agreed to a stipulation as to the Secretary's claim, to which the Trustee does not object.  Based

on the averments in the stipulation, the parties' stipulation is APPROVED.

Dated:  March 9, 2021                    By the Court,

                                                _____
                                                Henry W. Van Eck, Chief Bankruptcy Judge (CD)