IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| CRAIG BRADLEY DEIMLER | : | |
| WILLIAM OLIVER FISHER-DEIMLER | : | CASE NO. 1:20-bk-00841 |
| aka William Oliver Fisher Deimler; fka | : | |
| William Oliver Fisher | : | |
|     Debtors | : | |

TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT:

Please withdraw proofs of claim #41, 42, 43, 44, 45, and 46 filed by Debtor's counsel on May 14, 2020.

    Respectfully submitted,

    /s/ Dorothy L. Mott

    _____
    Dorothy L. Mott, Attorney At Law
    ID 43568
    125 State Street
    Harrisburg PA  17101
    (717) 232-6650 TEL
    (717) 232-0477 FAX