April 9, 2021


U.S Bankruptcy Court for the Middle
District of PA

Tracy G. Bostian
PO Box 251
Stewartstown, PA  17363

RE: CASE NO: 1:20-bk-00841

Dear Sir/Madam,

We would like to notify the court that we have filed claim #37 in the name of the debtor, Craig Deimler. We are letting you know that we want to have the claim withdrawn from the case, as it was filed in error, as we do not want any funds disbursed to Mr. Deimler. If you have any questions, please do not hesitate to contact us at Tracy.bostian@us.habasit.com. Thank you for your assistance with this matter.


Respectfully,

*Tracy Grant Bostian*