IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| CRAIG BRADLEY DEIMLER | : | |
| WILLIAM OLIVER FISHER-DEIMLER | : | BANKRUPTCY CASE NO. 1:20-bk-00841 |
| aka William Oliver Fisher Deimler; fka | : | |
| William Oliver Fisher | : | DISTRICT COURT CASE NO. 1:21-cv-00618 |
|     Debtors | : | |
| | : | |
| JOHN AND CINDY SIMPKINS | : | |
|     Appellants | : | |
| | : | |
| vs. | : | |
| | : | |
| CRAIG BRADLEY DEIMLER | : | |
| WILLIAM OLIVER FISHER-DEIMLER | : | |
| aka William Oliver Fisher Deimler; fka | : | |
| William Oliver Fisher | : | |
|     Appellees | : | |
| | : | |

## APPELLEE'S DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD

COME NOW the Appellees, by and through Kara K. Gendron, Esquire of Mott & Gendron Law, and pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure, hereby designate the following additional items to be included in the record on appeal:

## DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD

In Re: Craig Bradley Deimler William Oliver Fisher-Deimler , Bankruptcy Case No. 1:20-bk-00841

| Filing Date | Docket Number | Docket Entry |
|---|---|---|
| 2/3/2021 | 141 | Second Amended Chapter 13 Plan |
| 3/24/2021 | 171 | Order Confirming Second Amended Plan |

Respectfully submitted,

/s/ Kara K. Gendron

_____
Kara K. Gendron, Esquire
Attorney ID 87577
Mott & Gendron Law
125 State Street
Harrisburg, PA 17101
karagendron@gmail.com
(717) 232–6650 TEL
(717) 232-0477 FAX

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | CHAPTER 13 |
| CRAIG BRADLEY DEIMLER : | |
| WILLIAM OLIVER FISHER-DEIMLER : | BANKRUPTCY CASE NO. 1:20-bk-00841 |
| aka William Oliver Fisher Deimler; fka : | |
| William Oliver Fisher : | DISTRICT COURT CASE NO. 1:21-cv-00618 |
| Debtors : | |
| : | |
| JOHN AND CINDY SIMPKINS : | |
| Appellants : | |
| : | |
| vs. : | |
| : | |
| CRAIG BRADLEY DEIMLER : | |
| WILLIAM OLIVER FISHER-DEIMLER : | |
| aka William Oliver Fisher Deimler; fka : | |
| William Oliver Fisher : | |
| Appellees : | |
| : | |

**CERTIFICATE OF SERVICE**

The undersigned attorney in the office of:

MOTT & GENDRON LAW, 125 STATE STREET, HARRISBURG, PA 17101

hereby certifies that a copy of the foregoing document was sent today to all parties listed below either electronically of by regular first class mail:

Sara A. Austin on behalf of Creditor Cynthia & John Simpkins saa2@austinlawllc.com


Dated: 04/13/2021

/s/ Kara K. Gendron
_____

Kara K. Gendron, Esquire
Mott & Gendron Law
125 State Street
Harrisburg, PA 17101
(717) 232–6650 TEL
(717) 232-0477 FAX
Karagendron@gmail.com