UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 1-20-00841 |
| | : | |
| CRAIG B. DEIMLER, | : | |
| WILLIAM OLIVER FISHER-DEIMLER, | : | |
| Debtors | : | Chapter 13 |

| | | |
|---|---|---|
| CRAIG B. DEIMLER, | : | |
| WILLIAM OLIVER FISHER-DEIMLER, | : | |
| Movants/Objectors, | : | OBJECTION TO CLAIM #34 |
| v. | : | |
| | : | |
| JOHN AND CINDY SIMPKINS, | : | |
| Respondents/claimants | : | |

## CERTIFICATE OF NO TRANSCRIPT ORDERED BY APPELLANTS

John and Cindy Simkins, Respondents/Claimants, hereby certify that they have not ordered any transcript in connection with their appeal (nor is there one to be ordered).

Respectfully submitted,

AUSTIN LAW FIRM LLC

By: /s/ *Sara A. Austin*
Sara A. Austin, Esquire
Supreme Court I.D. No. 59052
226 East Market Street
York, PA 17403
(717) 846-2246
Counsel for Respondents/Appellants