IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| CRAIG BRADLEY DEIMLER | : | |
| WILLIAM OLIVER FISHER-DEIMLER | : | CASE NO. 1:20-bk-00841 |
| aka William Oliver Fisher Deimler; fka | : | |
| William Oliver Fisher | : | |
|     Debtors | : | |

## ENTRY OF APPEARANCE AND WITHDRAWAL OF PRIOR COUNSEL

     PLEASE TAKE NOTICE that John M. Hyams, Esquire enters his appearance in the above–captioned Chapter 13 bankruptcy proceeding as counsel for the Debtors, and pursuant to Bankruptcy Rules 2002 and 9007, respectfully requests that all notices given or required to be given in this case by the Court, the United States Trustee, all Creditors, and/or any other party in interest in this case be given at the address and to the persons and telephone number set forth below.  This request includes, without limitation, all orders, notices, hearing dates,  applications, motions, petitions, pleadings, requests, complaints, demands, replies, answers, statement of affairs, operating reports, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, delivery service, telephone, telegraph, telex or otherwise:


/s/ John M. Hyams_____
John M. Hyams , Esquire
jmh@johnhyamslaw.com
Law Offices of John M. Hyams
2023 N 2nd Street
Harrisburg, PA 17102
(717) 520-0300



Withdrawal of Appearance of prior counsel:


_____        _____
Kara K. Gendron, Esquire                         Dorothy L. Mott, Esquire
karagendron@gmail.com                           doriemott@aol.com
Mott & Gendron Law                                 Mott & Gendron Law
125 State Street                                          125 State Street
Harrisburg PA  17101                              Harrisburg PA  17101
(717)232-6650                                              (717)232-6650