IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| | : Case No.: 20-841 |
| **Craig Bradley Deimler** | : Chapter 13 |
| **William Oliver Fisher-Deimler** | : Judge Henry W. Van Eck |
| | : * * * * * * * * * * * * * * * * * * * |
| **Debtor(s)** | |
| | : |
| **Disney Vacation Club Management, LLC.** | : Related Document # |
| **Movant,** | : |
| vs | : |
| | : |
| **Craig Bradley Deimler** | : |
| **William Oliver Fisher-Deimler** | : |
| | : |
| **Jack N Zaharopoulos (Trustee)** | |
| **Respondents.** | |

## NOTICE OF CHANGE OF ADDRESS

Manley Deas Kochalski LLC gives notice to the Court and all parties that the **notice and payment address** for **Disney Vacation Development, Inc.** ("Creditor") has changed. All notices, pleadings, and other papers required, or permitted to be served or filed, and all payments to Creditor by Trustee, Debtor, or both, should be sent to:

    Disney Vacation Club
    1851 Community Drive
    Lake Buena Vista, FL 32830

    Respectfully submitted,

    /s/ Adam B. Hall
    Adam B. Hall
    Manley Deas Kochalski LLC
    P.O. Box 165028
    Columbus, OH 43216-5028
    Telephone: 614-220-5611
    Fax: 614-627-8181
    Authorized Agent for Creditor
    Contact email is amps@manleydeas.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | Case No.: 20-841 |
| **Craig Bradley Deimler** | Chapter 13 |
| **William Oliver Fisher-Deimler** | Judge Henry W. Van Eck |
| | \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* |
| **Debtor(s)** | |
| **Disney Vacation Club Management, LLC.** | Related Document # |
| **Movant,** | |
| vs | |
| **Craig Bradley Deimler** | |
| **William Oliver Fisher-Deimler** | |
| **Jack N Zaharopoulos (Trustee)** | |
| **Respondents.** | |

## CERTIFICATE OF SERVICE

I certify that on the date of filing, a copy of the foregoing Notice of Change of Address was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Jack N Zaharopoulos (Trustee), Chapter 13 Trustee, info@pamd13trustee.com

John Matthew Hyams, Attorney for Craig Bradley Deimler and William Oliver Fisher-Deimler, jmh@johnhyamslaw.com

I certify that on the date of filing, a copy of the foregoing document was sent by U.S. Mail to the following:

Craig Bradley Deimler and William Oliver Fisher-Deimler, 2100 Bellevue Road, Harrisburg, PA 17104

/s/ Adam B. Hall