UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:   CRAIG BRADLEY DEIMLER

        WILLIAM OLIVER FISHER-DEIMLER
        AKA: FKA WILLIAM OLIVER FISHER,
        WILLIAM OLIVER FISHER DEIMLER
            Debtor(s)

                                                          CHAPTER 13

        JACK N. ZAHAROPOULOS
        CHAPTER 13 TRUSTEE
            Movant                                          CASE NO: 1-20-00841-HWV

vs.

        CRAIG BRADLEY DEIMLER
         WILLIAM OLIVER FISHER-DEIMLER
        AKA: FKA WILLIAM OLIVER FISHER,
        WILLIAM OLIVER FISHER DEIMLER
            Respondent(s)

**TRUSTEE'S MOTION TO DISMISS CASE**

COMES NOW, on August 12, 2021, Jack N. Zaharopoulos, Esquire, Standing Chapter 13 Trustee, through his attorney James K. Jones, Esquire moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case in accordance with 11 U.S.C. Section 1307(c), due to material default by the debtor(s) with respect to the terms of the plan.

Notice of hearing and other instructions are included with this Motion.

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captioned case in accordance with 11 U.S.C. Section 1307(c).

Dated:   August 12, 2021                                  Respectfully submitted,

                                                              /s/   James K. Jones, Esquire
                                                              ID:  39031
                                                              Attorney for Movant
                                                              Jack N. Zaharopoulos
                                                              Standing Chapter 13 Trustee
                                                              8125 Adams Drive, Suite A
                                                              Hummelstown, PA 17036
                                                              Phone:  (717) 566-6097
                                                              Fax:  (717) 566-8313
                                                              eMail:  jjones@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: CRAIG BRADLEY DEIMLER<br>WILLIAM OLIVER FISHER-DEIMLER<br>AKA: FKA WILLIAM OLIVER FISHER,<br>WILLIAM OLIVER FISHER DEIMLER<br><br>Debtor(s)<br><br>JACK N. ZAHAROPOULOS<br>CHAPTER 13 TRUSTEE<br>Movant | CHAPTER 13<br><br><br><br>CASE NO: 1-20-00841-HWV |

**NOTICE**

NOTICE IS HEREBY GIVEN THAT Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to make timely payments pursuant to your Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a HEARING with the Court has been scheduled on this motion. Any matters not resolved shall be heard at the dismissal hearing.

> September 8, 2021 at 09:35 AM
> Bankruptcy Courtroom
> Ronald Reagan Federal Bldg
> 3rd Floor, 228 Walnut Street
> Harrisburg, PA 17101

YOU ARE FURTHER NOTICED that you MUST attend the dismissal hearing unless one of the following takes place.

1. You have paid the following and have confirmed payment with Trustee Zaharopoulos's office.

**AMOUNT DELINQUENT AS OF LAST MONTH: $ 3000.00**
**AMOUNT DUE FOR THIS MONTH: $1500.00**
**TOTAL AMOUNT DUE BEFORE HEARING DATE: $4500.00**

**NOTE:**
  **ALL payments must be made by CERTIFIED CHECK, MONEY ORDER or through TFSBILLPAY.COM. NO PERSONAL CHECKS OR CASH WILL BE ACCEPTED!**

  **DO NOT** send your payments REGISTERED, CERTIFIED, FEDERAL EXPRESS, UPS, or by any other special delivery service. Doing so will delay processing of your payment and **may result in dismissal of your case.**

  If **submitting payment by U.S. First Class Mail** mail to**:**
   **JACK N. ZAHAROPOULOS, PO BOX 6008, MEMPHIS, TN 38101-6008**

   If **submitting payment using TFSBILLPAY.COM** please **allow 5 business days** for payment to be applied.

2.  You have entered into a valid stipulation with Trustee Zaharopoulos and that stipulation has been filed with the Court, or

3.  You have filed a voluntary conversion or a voluntary case dismissal with the U.S. Bankruptcy Court and have served a copy of that motion upon Trustee Zaharopoulos.

**FAILURE TO COMPLY WITH THE ABOVE WILL RESULT IN YOUR CHAPTER 13 CASE BEING CALLED FOR DISMISSAL HEARING WITH THE COURT ON THE DATE AND TIME AS SPECIFIED IN THIS NOTICE.  THIS MAY RESULT IN DISMISSAL OF YOUR CASE**.

Jack N. Zaharopoulos, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA  17036
Phone:  (717) 566-6097
eMail:  info@pamd13trustee.com

Dated:  August 12, 2021

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: CRAIG BRADLEY DEIMLER

WILLIAM OLIVER FISHER-DEIMLER
AKA: FKA WILLIAM OLIVER FISHER, WILLIAM OLIVER FISHER DEIMLER

CHAPTER 13

Debtor(s)

CASE NO: 1-20-00841-HWV

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
Movant

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on August 12, 2021, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties.

Served Electronically

JOHN M HYAMS ESQUIRE
2023 N 2ND STREET, SUITE 203
HARRISBURG, PA 17102-

UNITED STATES TRUSTEE
SUITE 1190
228 WALNUT STREET
HARRISBURG, PA 17101

Served by First Class Mail

CRAIG BRADLEY DEIMLER
WILLIAM OLIVER FISHER-DEIMLER
2100 BELLEVUE ROAD
HARRISBURG, PA 17104

I certify under penalty of perjury that the foregoing is true and correct.

Date: August 12, 2021

Bobbie Weigel
for Jack N. Zaharopoulos, Trustee
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
eMail: info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: CRAIG BRADLEY DEIMLER
WILLIAM OLIVER FISHER-DEIMLER
AKA: FKA WILLIAM OLIVER
FISHER, WILLIAM OLIVER FISHER
DEIMLER

CHAPTER 13

Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
    Movant

CASE NO: 1-20-00841-HWV

vs.

CRAIG BRADLEY DEIMLER
WILLIAM OLIVER FISHER-DEIMLER
AKA: FKA WILLIAM OLIVER
FISHER, WILLIAM OLIVER FISHER
DEIMLER

MOTION TO DISMISS

### ORDER DISMSSING CASE

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed.