LexisNexis/FIRSt  
PO Box 11563  
Milwaukee, WI 53211-0563

**LexisNexis is not the Insurance Company.**

- LexisNexis is not the Insurance Company.
- For any and all policy changes you must contact the Insurance Company, Carrier, or Producer listed in the detail below.
- For all cancellation, non-renewal, expiration, and lapse notices - all coverage will cease at 12:01AM local time at the premises, unless otherwise shown in the item detail provided.
- If you want to receive future notifications electronically, email firstsupport@lexisnexisrisk.com.
- This Insurance notice is sent to you as the Loss Payee/Mortgagee/Additional Interested Party on behalf of the carrier listed.

**IMPORTANT:**
**INSURANCE COVERAGE NOTIFICATION(S)**



1928112-15774619-1-A    02665   11   S1   11

MIDDLE DISTRICT OF PA  
228 WALNUT ST STE 320  
HARRISBURG PA  17101-1737



```
FILED           Wilkes-Barre, PA.
               August 10, 2021
          Clerk, U.S. Bankruptcy Court
```

**Total Vehicle Notifications with this Document: 4**   August 05, 2021   Notifications may print on back of page and on subsequent pages.

---

**Policy:** 33G01116407000    **REASON:** New Business  
**Insured:** FISHER DEIMLER WILLIAM -2100 BELLEVUE RD-HARRISBURG-PA-17104  
**Insurance:** Bristol West-900 S Pine Island Road-Plantation-FL-33314  
**Add.Ins.:** MIDDLE DISTRICT OF PA -228 WALNUT ST ROOM 320-HARRISBURG-PA-17101  
**Vehicle:** 2017 FORD MUSTANG 1FATP8EM5H5308840  
**Producer:** Calugar Gabriela-135 S MAIN ST-SPRING GROVE-PA-17362 717.739.4125  
FIRSt Id: 19658-I21-15774619-673961269

**Carrier:** Bristol West Insurance Company  
**State Reg:**

**PropDmg:** 100,000 **SLL** 250,000 / 500,000  
**Deducts: Comp:** 500 **Coll:** 1,000  
**Eff. Dte:** 07/14/2021 **Created:** 08/04/2021  
**Pol. From:** 07/14/2021 **Pol. To:** 01/14/2022

---

**Policy:** 33G01116407000    **REASON:** New Business  
**Insured:** FISHER DEIMLER WILLIAM -2100 BELLEVUE RD-HARRISBURG-PA-17104  
**Insurance:** Bristol West-900 S Pine Island Road-Plantation-FL-33314  
**Add.Ins.:** MIDDLE DISTRICT OF PA -228 WALNUT ST ROOM 320-HARRISBURG-PA-17101  
**Vehicle:** 2017 FORD ESCAPE SE 1FMCU9GD4HUC71478  
**Producer:** Calugar Gabriela-135 S MAIN ST-SPRING GROVE-PA-17362 717.739.4125  
FIRSt Id: 19658-I21-15774619-673961271

**Carrier:** Bristol West Insurance Company  
**State Reg:**

**PropDmg:** 100,000 **SLL** 250,000 / 500,000  
**Deducts: Comp:** 500 **Coll:** 1,000  
**Eff. Dte:** 07/14/2021 **Created:** 08/04/2021  
**Pol. From:** 07/14/2021 **Pol. To:** 01/14/2022

---

**Policy:** 33G01116407000    **REASON:** New Business  
**Insured:** FISHER DEIMLER WILLIAM -2100 BELLEVUE RD-HARRISBURG-PA-17104  
**Insurance:** Bristol West-900 S Pine Island Road-Plantation-FL-33314  
**Add.Ins.:** MIDDLE DISTRICT OF PA -228 WALNUT ST ROOM 320-HARRISBURG-PA-17101  
**Vehicle:** 2019 FORD EXPEDITION 1FMJU2AT5KEA78370  
**Producer:** Calugar Gabriela-135 S MAIN ST-SPRING GROVE-PA-17362 717.739.4125  
FIRSt Id: 19658-I21-15774619-673961273

**Carrier:** Bristol West Insurance Company  
**State Reg:**

**PropDmg:** 100,000 **SLL** 250,000 / 500,000  
**Deducts: Comp:** 500 **Coll:** 1,000  
**Eff. Dte:** 07/14/2021 **Created:** 08/04/2021  
**Pol. From:** 07/14/2021 **Pol. To:** 01/14/2022

---

**Policy:** 33G01116407000    **REASON:** New Business  
**Insured:** FISHER DEIMLER WILLIAM -2100 BELLEVUE RD-HARRISBURG-PA-17104  
**Insurance:** Bristol West-900 S Pine Island Road-Plantation-FL-33314  
**Add.Ins.:** MIDDLE DISTRICT OF PA -228 WALNUT ST ROOM 320-HARRISBURG-PA-17101  
**Vehicle:** 2016 VOLK JETTA SE 3VWD67AJ4GM295463  
**Producer:** Calugar Gabriela-135 S MAIN ST-SPRING GROVE-PA-17362 717.739.4125  
FIRSt Id: 19658-I21-15774619-673961275

**Carrier:** Bristol West Insurance Company  
**State Reg:**

**PropDmg:** 100,000 **SLL** 250,000 / 500,000  
**Deducts: Comp:** 500 **Coll:** 1,000  
**Eff. Dte:** 07/14/2021 **Created:** 08/04/2021  
**Pol. From:** 07/14/2021 **Pol. To:** 01/14/2022

---

20-841

**RECEIVED**  
**Harrisburg, PA**

**AUG 1 0 2021**

**Clerk,**  
**US Bankruptcy Court**