United States Bankruptcy Court
Middle District of Pennsylvania

In re:                                                                                                 Case No. 20-00841-HWV
Craig Bradley Deimler                                                                 Chapter 13
William Oliver Fisher-Deimler
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1                           User: AutoDocke                                     Page 1 of 2
Date Rcvd: Sep 29, 2021                   Form ID: pdf010                                Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**        **Definition**
+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 01, 2021:**

**Recip ID**           **Recipient Name and Address**
               +  Melissa L. Deimler, 3205 Elmwood Drive, Harrisburg, PA 17110-9650

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 01, 2021                                   Signature:         /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 29, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam Bradley Hall | on behalf of Creditor Disney Vacation Club Management LLC amps@manleydeas.com |
| Bret P Shaffer | on behalf of Creditor Mid Penn Bank bshaffer@ssbc-law.com |
| Bruce J Warshawsky | on behalf of Creditor Tradesman Business Group Inc. bjw@cclawpc.com, aharkins@cclawpc.com;jbartley@cclawpc.com;jlaughman@cclawpc.com;jhr@cclawpc.com |
| Clinton J. Webb | on behalf of Creditor Capital Region Water cwebb@salzmannhughes.com |
| D Brian Simpson | on behalf of Creditor IRS d.brian.simpson@usdoj.gov Bethany.a.haase@usdoj.gov |

| | |
|---|---|
| Howard Gershman | on behalf of Creditor Ford Motor Credit Company LLC hg229ecf@gmail.com 229ecf@glpoc.comcastbiz.net |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor M&T Bank bkgroup@kmllawgroup.com |
| John M Strawn | on behalf of Creditor U.S. Department of Labor strawn.john@dol.gov |
| John Matthew Hyams | on behalf of Debtor 2 William Oliver Fisher-Deimler jmh@johnhyamslaw.com acb@johnhyamslaw.com;hyamsjr90415@notify.bestcase.com |
| John Matthew Hyams | on behalf of Debtor 1 Craig Bradley Deimler jmh@johnhyamslaw.com acb@johnhyamslaw.com;hyamsjr90415@notify.bestcase.com |
| Leon P Haller | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com |
| Rebecca Ann Solarz | on behalf of Creditor M&T Bank bkgroup@kmllawgroup.com |
| Sara A. Austin | on behalf of Creditor Cynthia & John Simpkins saa2@austinlawllc.com |
| Steven J. Schiffman | on behalf of Creditor Mid Penn Bank sschiffman@ssbc-law.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 16

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Craig Bradley Deimler<br>William Oliver Fisher-Deimler aka William Oliver Fisher Deimler fka William Oliver Fisher<br><div align="center">Debtor(s)</div><br>M&T Bank<br><div align="center">Movant</div><br><div align="center">vs.</div><br>Craig Bradley Deimler<br>William Oliver Fisher-Deimler aka William Oliver Fisher Deimler fka William Oliver Fisher<br><div align="center">Debtor(s)</div><br>Jack N. Zaharopoulos<br><div align="center">Trustee</div> | CHAPTER 13<br><br>NO. 20-00841 HWV |

## ORDER

Upon consideration of the foregoing stipulation, it is hereby ORDERED that the Stipulation is approved by the Court.

Dated: September 29, 2021

By the Court,

_Henry W. Van Eck_
Henry W. Van Eck, Chief Bankruptcy Judge (CD)