IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN SIMPKINS AND CINDY SIMPKINS,<br>　　Appellants<br><br>v.<br><br>CRAIG DEIMLER AND WILLIAM OLIVER FISHER-DEIMLER,<br>　　Appellees | No. 1:21-cv-00618<br><br>(Judge Kane) |

# ORDER

**AND NOW**, on this 5th day of October 2021, upon consideration of Appellants' appeal of the bankruptcy court order and in accordance with the accompanying Memorandum, **IT IS ORDERED THAT** the decision of the bankruptcy court (Doc. Nos. 3-10, 3-11) is **AFFIRMED**, and the Clerk of Court is directed to **CLOSE** this case.

S/ Yvette Kane
Yvette Kane, Chief Judge
United States District Court
Middle District of Pennsylvania
