# M&T Bank

December 2, 2021

To whom it may concern:

Please withdraw the Notice of Mortgage Payment Changes filed on August 16, 2021 under case number 20-00841, claim number 21. The documents were found to be inaccurately filed.

Please call me at the number below if you have any other questions or concerns. Thank you for your assistance.

Sincerely,

*Austin Landis*

Austin Landis
Bankruptcy Supervisor | M&T Bank
Customer Asset Management
475 Crosspoint Pkwy., Getzville, NY 14068
(P) 800-837-7694 ext. 8407
alandis@mtb.com