# Farmers
## Economy Fire & Casualty Company
### Homeowners Insurance Declarations Page

**FARMERS INSURANCE**

RCVD '22 MAR 9 PM3:09
CLERK, US COURT, PAMB

**Policy Number:** H7995253880

| | | |
|---|---|---|
| **Named Insured:** | WILLIAM FISHER DEIMLER<br>CRAIG DEIMLER | **Mailing Address:** 2100 BELLEVUE RD<br>HARRISBURG, PA 17104-1327 |
| **Additional Insured:** | Middle District of Pennsylvania | **Mailing Address:** 228 WALNUT ST STE 320<br>HARRISBURG, PA 17101-1737 |
| **Policy Period:** | January 14, 2022 through January 14, 2023 at 12:01 a.m. standard time | **Change Effective Date:** March 1, 2022 |

*1-20-00841*

### Residence Premises

2100 Bellevue Rd
Harrisburg, PA 17104-1327

### Basic Policy Coverages

|  | Amount of Insurance |  |
|---|---|---|
| **Section I** | | |
| Coverage A - Dwelling | $ 1,176,040 | |
| Coverage B - Private Structures | $ 117,604 | |
| Coverage C - Personal Property | $ 588,020 | |
| Coverage D - Loss of Use | $ 470,416 | |
| **Section II** | | |
| Coverage E - Personal Liability | $ 300,000 | each occurrence |
| Coverage F - Medical Payments to Others | $ 5,000 | each person |

### Causes of Property Loss and Property Loss Settlements

| Causes of Property Loss | |
|---|---|
| Dwelling and Private Structures | Comprehensive Perils |
| Personal Property | Comprehensive Perils |

| | |
|---|---|
| **Building Property Loss Settlement** | Guaranteed Rebuild Cost on Dwelling |
| **Personal Property Loss Settlement** | Replacement Cost on Contents |

### Deductibles

$ 1,000 (0.1%) Windstorm or Hail      $ 1,000 All Other Perils



MPC-1103-000-0118
Page 1 of 2
03/02/2022
HD2000 0118

Case 1:20-bk-00841-HWV   Doc 225   Filed 03/09/22   Entered 03/09/22 15:42:20   Desc
Main Document   Page 1 of 3

Farmers
Economy Fire & Casualty Company



## Additional Insured
Please review for important updates to your policy.

1. Under **Home General Definitions**, the definition of you in this policy includes the person or organization named in the declarations as an additional insured or whose name is on file with us but only with respect to.
   A. **Section I Coverages, Coverage A - Dwelling** and **Coverage B - Private Structures** and
   B. **Section II Coverage E - Personal Liability** and **Coverage F - Medical Payments to Others**, but only with respect to the **Residence premises**.
2. Under **Section II - Losses We Do Not Cover. Coverage E - Personal Liability and Coverage F - Medical Payments to Others**. The following item is added.

   **Employees.** We do not cover **bodily injury** to an employee of the person or organization arising out of or in the course of that employment.

All other policy terms and conditions apply.



Farmers®            00024
9797 Springboro Pike, Suite 300
Dayton OH 45448-0002

ADDRESS SERVICE REQUESTED

#BWNLBXP
#WCPPSDSHJJQ///A72#
MIDDLE DISTRICT OF PENNSYLVANIA
228 WALNUT ST STE 320
HARRISBURG, PA 17101-1737

YOU ARE RECEIVING THIS MAILING AS THE THIRD PARTY DESIGNEE ON AN INSURANCE POLICY. IF YOU DECIDE YOU NO LONGER WISH TO BE APPOINTED AS THE DESIGNEE, YOU MUST INFORM THE POLICYHOLDER AND FARMERS.

