IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| CRAIG BRADLEY DEIMLER<br>WILLIAM OLIVER FISHER-DEIMLER<br>Debtors | CHAPTER 13<br>NO. 1:20-BK-00841 HWV |

---

| | |
|---|---|
| CAB EAST, LLC/FORD MOTOR CREDIT COMPANY, LLC<br>vs.<br>CRAIG BRADLEY DEIMLER<br>WILLIAM OLIVER FISHER-DEIMLER<br>**Debtors**<br>JACK N. ZAHAROPOULOS, Trustee | STIPULATION<br>DOC. 60/61 |

PRAECIPE TO WITHDRAW CERTIFICATION OF DEFAULT

TO THE CLERK:

Please mark the Certification of Default [Doc. 230] as withdrawn without prejudice.

Date: May 9, 2022

GERSHMAN LAW OFFICES, PC

_____
Howard Gershman, Esquire
610 York Road, Ste. 200
Jenkintown, PA 19046
(215) 886 1120