UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE: | CRAIG BRADLEY DEIMLER and | : | CHAPTER 13 |
| | WILLIAM OLIVER FISHER-DEIMLER | : | |
| | Debtors | : | |
| | | : | |
| | JACK N. ZAHAROPOULOS | : | |
| | STANDING CHAPTER 13 TRUSTEE | : | |
| | Movant | : | |
| | | : | |
| | vs. | : | |
| | | : | |
| | CRAIG BRADLEY DEIMLER and | : | |
| | WILLIAM OLIVER FISHER-DEIMLER | : | |
| | Respondents | : | CASE NO.   1-20-bk-00841 |

## WITHDRAWAL OF TRUSTEE'S OBJECTION TO AMENDED CHAPTER 13 PLAN

AND NOW, this   7th   day of November, 2022, comes Jack N. Zaharopoulos,

Standing Chapter 13 Trustee, and requests that the Trustee's Objection to Chapter 13 Plan filed

on or about October 12, 2022 be withdrawn as all issues have been resolved.

Respectfully submitted:

/s/Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

## CERTIFICATE OF SERVICE

AND NOW, this   7th   day of November, 2022, I hereby certify that I have
served the within Motion by electronically notifying parties or by depositing a true and correct
copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first
class mail, addressed to the following:

John Hyams, Esquire
2023 N. 2nd Street, Suite 203
Harrisburg, PA   17102

/s/Deborah A. Behney
Office of Jack N. Zaharopoulos
Standing Chapter 13 Trustee