

Farmers
# Economy Fire & Casualty Company
Homeowners Insurance Declarations Page

**Policy Number:** ▓▓▓▓▓▓3880

| | |
|---|---|
| Named Insured: WILLIAM FISHER DEIMLER<br>CRAIG DEIMLER | Mailing Address: 2100 BELLEVUE RD<br>HARRISBURG, PA 17104-1327 |
| Additional Insured: Middle District of Pennsylvania | Mailing Address: 228 WALNUT ST STE 320<br>HARRISBURG, PA 17101-1737 |
| Policy Period: January 14, 2023 through January 14, 2024 at 12:01 a.m. standard time | Cancellation Effective Date: January 14, 2023 |

## Residence Premises

2100 Bellevue Rd
Harrisburg, PA 17104-1327

## Cancellation Information

Your policy has been cancelled effective: 01/14/2023

## Messages

THIS DECLARATIONS IS INTENDED FOR USE BY THE DESIGNATED ADDITIONAL INSURED LISTED ABOVE.

1-20-00841



Farmers
Economy Fire & Casualty Company



## Additional Insured
Please review for important updates to your policy.

1. Under **Home General Definitions**, the definition of you in this policy includes the person or organization named in the declarations as an additional insured or whose name is on file with us but only with respect to.
   A. **Section I Coverages, Coverage A - Dwelling** and **Coverage B - Private Structures** and
   B. **Section II Coverage E - Personal Liability** and **Coverage F - Medical Payments to Others**, but only with respect to the **Residence premises**.
2. Under **Section II - Losses We Do Not Cover. Coverage E - Personal Liability and Coverage F - Medical Payments to Others**. The following item is added.

   **Employees.** We do not cover **bodily injury** to an employee of the person or organization arising out of or in the course of that employment.

All other policy terms and conditions apply.



Farmers®     00155
9797 Springboro Pike, Suite 300
Dayton OH 45448-0002

KBCNA221227 001668

MIDDLE DISTRICT OF PENNSYLVANIA
228 WALNUT ST STE 320
HARRISBURG, PA 17101-1737

YOU ARE RECEIVING THIS MAILING AS THE THIRD PARTY DESIGNEE ON AN INSURANCE POLICY. IF YOU DECIDE YOU NO LONGER WISH TO BE APPOINTED AS THE DESIGNEE, YOU MUST INFORM THE POLICYHOLDER AND FARMERS.

