

475 Crosspoint Pkwy.
Getzville NY 14068

February 24 2023

To whom it may concern:

Please withdraw the Notice of Mortgage Payment Change filed on 1/18/2022 under case number 20-00841, claim number 21. The document was found to be inaccurately filed.

Please contact me at the via the information below if you have any other questions or concerns. Thank you for your assistance.


Sarah Sepulveda Rios
M&T Bank
Customer Asset Management | Business Banking & Consumer Support Specialist II
475 Crosspoint Pkwy, Getzville, NY 14068
716-529-2442
ssepulvedarios@mtb.com | www.mtb.com