United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-00841-HWV |
| Craig Bradley Deimler | Chapter 13 |
| William Oliver Fisher-Deimler | |
|     Debtors | |

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 2
Date Rcvd: Feb 28, 2023      Form ID: ntfp      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 02, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| | + | Sarah Sepulveda Rios, M&T Bank Customer Asset Management, Business Banking & Consumer Support, 475 Crosspoint Pkwy., Getzville, NY 14068-1609 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 02, 2023      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 28, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Adam Bradley Hall | on behalf of Creditor Disney Vacation Club Management LLC amps@manleydeas.com |
| Bret P Shaffer | on behalf of Creditor Mid Penn Bank bshaffer@ssbc-law.com |
| Brian C Nicholas | on behalf of Creditor M&T Bank bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| Bruce J Warshawsky | on behalf of Creditor Tradesman Business Group Inc. bjw@cclawpc.com, aharkins@cclawpc.com;jbartley@cclawpc.com;jlaughman@cclawpc.com;jhr@cclawpc.com |
| Clinton J. Webb | on behalf of Creditor Capital Region Water cwebb@salzmannhughes.com |

| Name | Details |
|---|---|
| D Brian Simpson | on behalf of Creditor IRS d.brian.simpson@usdoj.gov Bethany.a.haase@usdoj.gov |
| Howard Gershman | on behalf of Creditor Ford Motor Credit Company LLC hg229ecf@gmail.com 229ecf@glpoc.comcastbiz.net |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor M&T Bank bkgroup@kmllawgroup.com |
| John M Strawn | on behalf of Creditor U.S. Department of Labor strawn.john@dol.gov |
| John Matthew Hyams | on behalf of Debtor 1 Craig Bradley Deimler jmh@johnhyamslaw.com acb@johnhyamslaw.com;sew@johnhyamslaw.com |
| John Matthew Hyams | on behalf of Debtor 2 William Oliver Fisher-Deimler jmh@johnhyamslaw.com acb@johnhyamslaw.com;sew@johnhyamslaw.com |
| Leon P Haller | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com |
| Sara A. Austin | on behalf of Creditor Cynthia & John Simpkins saa2@austinlawllc.com |
| Steven J. Schiffman | on behalf of Creditor Mid Penn Bank sschiffman@ssbc-law.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| William E. Craig | on behalf of Creditor Truist ecfmail@mortoncraig.com mortoncraigecf@gmail.com |

TOTAL: 17

ntfp(02/23)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Craig Bradley Deimler | Chapter 13 |
| William Oliver Fisher−Deimler<br>aka William Oliver Fisher Deimler, fka William Oliver Fisher | Case number 1:20−bk−00841−HWV |
| **Debtor(s)** | |

## Notice To Filing Party

**Please take notice that:**

There was a discrepancy noted between the data entered in CM/ECF and what is shown on the pdf image attached to docket entry **#278** . **The Withdrawal of Notice of Mortgage Payment Change at Doc. 278 is filed in incorrect case**. Failure to refile or amend your document may result in a delay in processing this matter.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101−1737<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: PamelaRadginski, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: February 28, 2023 |

Case 1:20-bk-00841-HWV    Doc 298    Filed 03/02/23    Entered 03/03/23 00:27:09    Desc
Imaged Certificate of Notice    Page 3 of 3