United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                                    Case No. 20-00841-HWV

Craig Bradley Deimler                                                           Chapter 13

William Oliver Fisher-Deimler

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0314-1 | User: AutoDocke | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Feb 28, 2023 | Form ID: ntfp | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**        **Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 02, 2023:**

**Recip ID**            **Recipient Name and Address**
         +   Sarah Sepulveda Rios, M&T Bank Customer Asset Management, Business Banking & Consumer Support, 475 Crosspoint Pkwy., Getzville, NY 14068-1609

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 02, 2023           Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 28, 2023 at the address(es) listed below:**

**Name**            **Email Address**

Adam Bradley Hall
       on behalf of Creditor Disney Vacation Club Management  LLC amps@manleydeas.com

Bret P Shaffer
       on behalf of Creditor Mid Penn Bank bshaffer@ssbc-law.com

Brian C Nicholas
       on behalf of Creditor M&T Bank bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com

Bruce J Warshawsky
       on behalf of Creditor Tradesman Business Group  Inc. bjw@cclawpc.com,
       aharkins@cclawpc.com;jbartley@cclawpc.com;jlaughman@cclawpc.com;jhr@cclawpc.com

Clinton J. Webb
       on behalf of Creditor Capital Region Water cwebb@salzmannhughes.com

D Brian Simpson
on behalf of Creditor IRS d.brian.simpson@usdoj.gov  Bethany.a.haase@usdoj.gov

Howard Gershman
on behalf of Creditor Ford Motor Credit Company LLC hg229ecf@gmail.com  229ecf@glpoc.comcastbiz.net

Jack N Zaharopoulos
TWecf@pamd13trustee.com

James Warmbrodt
on behalf of Creditor M&T Bank bkgroup@kmllawgroup.com

John M Strawn
on behalf of Creditor U.S. Department of Labor strawn.john@dol.gov

John Matthew Hyams
on behalf of Debtor 1 Craig Bradley Deimler jmh@johnhyamslaw.com  acb@johnhyamslaw.com;sew@johnhyamslaw.com

John Matthew Hyams
on behalf of Debtor 2 William Oliver Fisher-Deimler jmh@johnhyamslaw.com
acb@johnhyamslaw.com;sew@johnhyamslaw.com

Leon P Haller
on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY lhaller@pkh.com
dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com

Sara A. Austin
on behalf of Creditor Cynthia & John Simpkins saa2@austinlawllc.com

Steven J. Schiffman
on behalf of Creditor Mid Penn Bank sschiffman@ssbc-law.com

United States Trustee
ustpregion03.ha.ecf@usdoj.gov

William E. Craig
on behalf of Creditor Truist ecfmail@mortoncraig.com  mortoncraigecf@gmail.com


TOTAL: 17

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Craig Bradley Deimler                                    Chapter 13

William Oliver Fisher−Deimler                            Case number 1:20−bk−00841−HWV
aka William Oliver Fisher Deimler, fka William Oliver
Fisher

**Debtor(s)**

## Notice To Filing Party

**Please take notice that:**

There was a discrepancy noted between the data entered in CM/ECF and what is shown on the pdf image attached to docket entry **#281** . **The Withdrawal of Notice of Mortgage Payment Change at Doc. 281 is filed in incorrect case.**. Failure to refile or amend your document may result in a delay in processing this matter.

| **Address of the Bankruptcy Clerk's Office:**<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101−1737<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: PamelaRadginski, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: February 28, 2023 |