# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: :

**CRAIG BRADLEY DEIMLER** : **CASE NO. 1:20-bk-00841-HWV**

**WILLIAM OLIVER FISHER-DEIMLER:**

Debtors : **CHAPTER 13**

## WITHDRAWAL AND ENTRY OF APPEARANCE

### WITHDRAWAL OF APPEARANCE

Please withdraw the appearance of John M. Hyams, Esquire on behalf of Craig Bradley Deimler and William Oliver Fisher-Deimler in the above-captioned matter.

Respectfully submitted,

John M. Hyams, Esquire
Law Officess of John M. Hyams
2023 N. 2ⁿᵈ Street, Harrisburg, PA 17102

Dated: May 1, 2023

### ENTRY OF APPEARANCE

Please enter the appearance of Imblum Law Offices, P.C. and Gary J. Imblum, Esquire, in the above-captioned matter.

Gary J. Imblum, Esquire
Imblum Law Offices, P.C.
Attorney I.D. No. 42606
4615 Derry Street, Harrisburg, PA 17111
(717) 238-5250; Fax No. (717) 558-8990
Gary.Imblum@imblumlaw.com

Dated: 5/2/23