United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-00841-HWV |
| Craig Bradley Deimler | Chapter 13 |
| William Oliver Fisher-Deimler | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: May 02, 2023 | Form ID: pdf010 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 04, 2023:**

**Recip ID    Recipient Name and Address**
+   Melissa L. Deimler, 3205 Elmwood Drive, Harrisburg, PA 17110-9650

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 04, 2023        Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 2, 2023 at the address(es) listed below:

**Name    Email Address**

Adam Bradley Hall
    on behalf of Creditor Disney Vacation Club Management LLC amps@manleydeas.com

Bret P Shaffer
    on behalf of Creditor Mid Penn Bank bshaffer@ssbc-law.com

Brian Nicholas
    on behalf of Creditor M&T Bank bnicholas@kmllawgroup.com

Brian C Nicholas
    on behalf of Creditor M&T Bank bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com

Bruce J Warshawsky
    on behalf of Creditor Tradesman Business Group Inc. bjw@cclawpc.com, aharkins@cclawpc.com;jbartley@cclawpc.com;jlaughman@cclawpc.com;jhr@cclawpc.com

Clinton J. Webb

on behalf of Creditor Capital Region Water cwebb@salzmannhughes.com

D Brian Simpson
    on behalf of Creditor IRS d.brian.simpson@usdoj.gov Bethany.a.haase@usdoj.gov

Howard Gershman
    on behalf of Creditor Ford Motor Credit Company LLC hg229ecf@gmail.com 229ecf@glpoc.comcastbiz.net

Jack N Zaharopoulos
    TWecf@pamd13trustee.com

James Warmbrodt
    on behalf of Creditor M&T Bank bkgroup@kmllawgroup.com

John M Strawn
    on behalf of Creditor U.S. Department of Labor strawn.john@dol.gov

John Matthew Hyams
    on behalf of Debtor 1 Craig Bradley Deimler jmh@johnhyamslaw.com
    acb@johnhyamslaw.com;fep@johnhyamslaw.com;dlh@johnhyamslaw.com

John Matthew Hyams
    on behalf of Debtor 2 William Oliver Fisher-Deimler jmh@johnhyamslaw.com
    acb@johnhyamslaw.com;fep@johnhyamslaw.com;dlh@johnhyamslaw.com

Leon P Haller
    on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY lhaller@pkh.com
    dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com

Michael Patrick Farrington
    on behalf of Creditor M&T Bank mfarrington@kmllawgroup.com

Sara A. Austin
    on behalf of Creditor Cynthia & John Simpkins saa2@austinlawllc.com

Steven J. Schiffman
    on behalf of Creditor Mid Penn Bank sschiffman@ssbc-law.com

United States Trustee
    ustpregion03.ha.ecf@usdoj.gov

William E. Craig
    on behalf of Creditor Truist ecfmail@mortoncraig.com mortoncraigecf@gmail.com

TOTAL: 19

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Craig Bradley Deimler<br>William Oliver Fisher-Deimler aka William Oliver Fisher Deimler fka William Oliver Fisher<br>      Debtors | Chapter 13 |
| M&T Bank<br>      Movant<br>vs. | NO. 20-00841 HWV |
| Craig Bradley Deimler<br>William Oliver Fisher-Deimler aka William Oliver Fisher Deimler fka William Oliver Fisher<br>      Debtors | U.S.C. Sections 362 and 1301 |
| Melissa L. Deimler<br>      Co-Debtor | |
| and Jack N. Zaharopoulos<br>      Trustee | |

## ORDER

Upon Consideration of the Certification of Default filed by the Movant in accordance with the Stipulation of the parties approved on May 12, 2021, it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362 and the Co-Debtor Stay under Section 1301 of the Bankruptcy Code (if applicable), is modified with respect to the subject premises located at 3205 Elmwood Drive, Harrisburg, PA 17110 ("Property), so as to allow Movant, and its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

By the Court,

_Henry W. Van Eck_
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: May 2, 2023