IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: :
    Craig Bradley Deimler : Case No.: 1:20-bk-00841
    William Oliver Fisher Deimler :
                          Debtors : Chapter 13

## AMENDMENT TO SCHEDULE E

Please add the following creditor to Schedule E:

| Creditor | Amount |
|---|---|
| Harrisburg School District<br>Harrisburg City<br>c/o Keystone Collections Group<br>PO Box 499<br>Irwin, PA 15642 | $4,266.60 |

Dated: 5/19/23

_____
Craig Bradley Deimler, Debtor

Dated: 5/19/23

_____
William Oliver Fisher Deimler, Debtor

Doc ID: e6d6f74b20bd216f08944d18dcdac76d80011778