## LOCAL BANKRUPTCY FORM 9013-4

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
CRAIG BRADLEY DEIMLER
WILLIAM OLIVER FISHER-DEIMLER
aka WILLIAM OLIVER FISHER DEIMLER
fka WILLIAM OLIVER FISHER

Debtor(s)
CRAIG BRADLEY DEIMLER
WILLIAM OLIVER FISHER-DEIMLER
aka WILLIAM OLIVER FISHER DEIMLER
fka WILLIAM OLIVER FISHER

Plaintiff(s)/Movant(s)
vs.
M&T BANK

Defendant(s)/Respondent(s)

CHAPTER  13

CASE NO. 1 - 20 -bk- 00841-HWV

ADVERSARY NO. __-__ ap-_____
(if applicable)

Nature of Proceeding: Motion to Reconsider Order

Document #: 313, 314

### REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE[1]

This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the Court. Submitting a request is not an automatic continuance.

The undersigned hereby requests a continuance with the concurrence of the opposing party (parties). This is a first request for a continuance.[2]

Reason for the continuance.

Debtors' counsel and counsel for M&T Bank are negotiating to resolve the issue. The parties request a 30-day continuance.

Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: 6/05/2023

_____
Attorney for Debtors/Plaintiffs
Name: Gary J. Imblum, Esquire
Phone Number: (717) 238-5250

---

[1] No alterations or interlineations of this document are permitted.

[2] If this is not a first request for a continuance, then a Motion to Continue must be filed.