# IMBLUM LAW OFFICES, P.C.

**4615 DERRY STREET**
**HARRISBURG, PA 17111**

Gary J. Imblum
Jeffrey L. Troutman (of counsel)

email: gary.imblum@imblumlaw.com

Telephone
717.238.5250
Facsimile
717.558-8990

July 25, 2023

<u>**Via ECF Only**</u>

TO: US BANKRUPTCY COURT - CLERK

RE: Craig Deimler & William Fisher-Deimler
Chapter 13 - Bankruptcy Case No. 1:20-bk-00841

Dear Clerk:

Please be advised that the address for the following Creditor has changed. The <u>new</u> address is:

SWATARA TWP AUTHORITY
599 EISENHOWER BOULEVARD
HARRISBURG PA 17111-2304

The Creditor's <u>previous</u> address was as follows:

SWATARA TWP AUTHORITY
PO BOX 4920
HARRISBURG PA 17111-0920

Very truly yours,

IMBLUM LAW OFFICES, P.C.

Gary J. Imblum

GJI/srm