# IMBLUM LAW OFFICES, P.C.

**4615 DERRY STREET**
**HARRISBURG, PA 17111**

**Gary J. Imblum**
**Jeffrey L. Troutman (of counsel)**

**email: gary.imblum@imblumlaw.com**

**Telephone**
**717.238.5250**
**Facsimile**
**717.558-8990**

July 25, 2023

## Via ECF Only

TO:  US BANKRUPTCY COURT - CLERK

      RE:    Craig Deimler & William Fisher-Deimler
             Chapter 13 - Bankruptcy Case No.  1:20-bk-00841

Dear Clerk:

      Please be advised that the address for debtors has changed to the following:

           2772 Monticello Lane
           Harrisburg PA 17112

      The Debtor's previous address was as follows:

           2100 Bellevue Road
           Harrisburg PA 17104

           Very truly yours,

           IMBLUM LAW OFFICES,  P.C.

           Gary J. Imblum

GJI/srm

cc:    Jack N. Zaharopoulos (Trustee)
       Via E-Service