**IMBLUM LAW OFFICES, P.C.**

**4615 DERRY STREET**
**HARRISBURG, PA 17111**

**Gary J. Imblum**
**Jeffrey L. Troutman (of counsel)**

email: gary.imblum@imblumlaw.com

**Telephone**
717.238.5250
**Facsimile**
717.558-8990

July 25, 2023

<u>**Via ECF Only**</u>

TO: US BANKRUPTCY COURT - CLERK

RE: Craig Deimler & William Fisher-Deimler
Chapter 13 - Bankruptcy Case No. 1:20-bk-00841

Dear Clerk:

Please be advised that the address for the following Creditor has changed. The <u>new</u> address is:

ALLY
4515 N SANTA FE AVENUE
OKLAHOMA CITY OK 73118-7901

The Creditor's <u>previous</u> address was as follows:

ALLY
PO BOX 130424
ROSEVILLE MN 55113-0004

Very truly yours,

IMBLUM LAW OFFICES, P.C.

Gary J. Imblum

GJI/srm