IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| CRAIG BRADLEY DEIMLER | : | CASE NO. 1:20-bk-00841-HWV |
| WILLIAM OLIVER FISHER-DEIMLER | : | |
| a/k/a WILLIAM OLIVER FISHER DEIMLER | : | CHAPTER 13 |
| f/k/a WILLIAM OLIVER FISHER | : | |
| Debtors | : | |

## NOTICE OF MOTION, RESPONSE DEADLINE AND SCHEDULED HEARING DATE

Gary J. Imblum, Esquire, attorney for Craig Bradley Deimler and William Oliver Fisher-Deimler, 2772 Monticello Lane, Harrisburg, PA, has filed a Motion to Sell Real Estate located at 3205 Elmwood Drive, Harrisburg, Dauphin County, PA Free and Clear of Liens to Karen Peiffer, a non-relative and non-insider, in the amount of $291,900.00. Settlement shall occur on or about October 4, 2023 at a location not yet determined.

**YOUR RIGHTS MAY BE AFFECTED.** YOU SHOULD READ THESE PAPERS CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY, IF YOU HAVE ONE IN THIS BANKRUPTCY CASE. (If you do not have an attorney, you may wish to consult an attorney.)

1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before   October 5  , 2023, you or your attorney must do **all** of the following:

   (a) File an answer on or before   October 5  , 2023 explaining your position at

   OFFICE OF THE CLERK
   UNITED STATES BANKRUPTCY COURT
   SYLVIA H. RAMBO U.S. COURTHOUSE
   1501 N. 6TH STREET, 3RD FLOOR
   HARRISBURG, PA 17102

   If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before 5:00 p.m.  October 5  , 2023; and

   (b) Mail a copy to the Movant's Attorney:

   IMBLUM LAW OFFICES, P.C.
   Gary J. Imblum
   4615 Derry Street
   Harrisburg, PA 17111
   (717)238-5250; FAX (717)558-8990
   Electronic Mail: gary.imblum@ imblumlaw.com

2.      The property to be sold may be examined at  3205 Elmwood Drive, Harrisburg, PA  at any time prior to the sale.

3.      Arrangement to view the property may be made by calling   Gary J. Imblum   at   717-238-5250  .

4.      The terms and conditions of the sale are as follows:

   a.     Pending offers:   $175,500.00   ;
   b.     Minimum bid requirements:   $175,500.00 

5.      The sale of real estate located at   114 Lincoln Avenue, North Versailles, PA   is **not** subject to higher offers.

6.      Advertisement of the sale shall be as follows:   N/A   .

7.      Inquiries regarding the sale shall be directed to the following:   **Gary J. Imblum, Esquire**  

8.      If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

9.      A scheduled hearing on the motion will be held before the Honorable Henry W. Van Eck, on   October 17  , 2023 at  9:30  a.m. in the Bankruptcy Courtroom No. 8 (4th Floor), the Sylvia H. Rambo U.S. Courthouse, 1501 North 6th Street, Harrisburg, Pennsylvania 17102. Unless the court orders otherwise, the hearing on this matter will be an evidentiary hearing at which witnesses may testify with respect to disputed material factual issues in the manner directed by Fed.R.Bankr.P. 9014(d).

10.     If you do not file a response or objection within twenty one (21) days after the date of this notice, the hearing will not be held and an order will be entered granting the Motion for Sale.

11.     If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

12.     You may contact the Bankruptcy Clerk's Office at 717-901-2800 or 570-826-6450 to find out whether the hearing has been canceled because no one filed an answer.

**Dated: 09/14/2023**                                              Gary J. Imblum, Esquire
                                                                                      4615 Derry Street
                                                                                      Harrisburg, PA 17111