IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Craig Bradley Deimler<br>William Oliver Fisher-Deimler aka<br>William Oliver Fisher Deimler fka<br>William Oliver Fisher<br>                        Debtor(s)<br><br>**M&T Bank**<br>                        Movant<br>    vs.<br><br>**Craig Bradley Deimler**<br>**William Oliver Fisher-Deimler aka William**<br>**Oliver Fisher Deimler fka William Oliver Fisher**<br>                        Debtor(s)<br><br>**Jack N. Zaharopoulos**,<br>                        Trustee | BK NO. 20-00841 HWV<br><br>Chapter 13<br><br>Related to Document No. 339<br><br>Hearing Date: 10/17/2023 |

### RESPONSE TO MOTION TO SELL REAL ESTATE FREE AND CLEAR OF LIENS RE: ELMWOOD DRIVE PROEPRTY

    M&T Bank enters its response to the Debtor's Motion to Sell Real Estate Free and Clear of Liens Re: Elmwood Drive Property.

    1.    Creditor's loan is secured by a mortgage on Debtor's property at 3205 Elmwood Drive, Harrisburg, PA 17110.

    2.    Creditor would not object to the sale so long as the Order entered is clear that the sale is not free and clear of secured creditors lien and same shall remain on the property until such time that it is paid in full.

    WHEREFORE, the Movant, M&T Bank, prays that the Court enters an Order requiring the Secured Creditor to be paid in full.

                                                          Respectfully submitted,

Date: September 22, 2023                    */s/ Brian C. Nicholas*
                                                     Brian C. Nicholas, Esquire
                                                     bnicholas@kmllawgroup.com
                                                     Attorney I.D. No. 317240
                                                     KML Law Group, P.C.
                                                     701 Market Street, Suite 5000
                                                     Philadelphia, PA 19106
                                                     Phone: 201-549-5366

| | |
|---|---|
| IN RE: Craig Bradley Deimler<br>William Oliver Fisher-Deimler<br>aka William Oliver Fisher<br>Deimler fka William Oliver Fisher<br>         Debtor(s) | BK NO. 20-00841 HWV<br><br>Chapter 13<br><br>Related to Doc 339 |
| **M&T Bank**<br>         Movant<br>   vs.<br><br>**Craig Bradley Deimler**<br>**William Oliver Fisher-Deimler aka**<br>**William Oliver Fisher Deimler fka**<br>**William Oliver Fisher**<br>         Debtor(s)<br><br>**Jack N. Zaharopoulos**,<br>         Trustee | |

## CERTIFICATE OF SERVICE
### RESPONSE TO MOTION TO SELL REAL ESTATE FREE AND CLEAR OF LIENS RE: ELMWOOD DRIVE PROEPRTY

I, Brian C. Nicholas of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>September 22, 2023</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below:

<u>Debtor(s)</u>
Craig Bradley Deimler
2772 Monticello Lane
Harrisburg, PA 17112

William Oliver Fisher-Deimler aka William
Oliver Fisher Deimler fka William Oliver
Fisher
2772 Monticello Lane
Harrisburg, PA 17112

<u>Attorney for Debtor(s) (via ECF)</u>
John Matthew Hyams
Law Offices of John M. Hyams
2023 N 2nd Street
Harrisburg, PA 17102

<u>Trustee (via ECF)</u>
Jack N. Zaharopoulos
Standing Chapter 13 (Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Method of Service: electronic means or first-class mail.

Dated: <u>September 22, 2023</u>

                                             */s/ Brian C. Nicholas*
                                             Brian C. Nicholas Esquire
                                             Attorney I.D. 317240
                                             KML Law Group, P.C.
                                             BNY Mellon Independence Center
                                             701 Market Street, Suite 5000
                                             Philadelphia, PA 19106
                                             201-549-5366
                                             bnicholas@kmllawgroup.com