**FORM D**

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF:

)
)    Chapter:
)
)    Case Number:
)
DEBTOR(S)    )

## REQUEST TO DISCONTINUE SERVICE OF NOTICES

       PLEASE TAKE NOTICE that the undersigned, appearing as counsel for _____ _____, creditor and party-in-interest in the above-captioned matter, requests to be administratively terminated in this case for the purpose of receiving notices. The undersigned no longer wishes to receive notices from the Court, either by electronic form or first class mail.

Dated: _____       s/ _____
                                   _____
                                   _____
                                   _____

Revised: 3/03/05