FORM D

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF:

CRAIG BRADLEY DEIMLER AND
WILLIAM OLIVER FISHER-DEIMLER

Chapter: 13

Case Number: 1:20-bk-00841

DEBTOR(S)

## REQUEST TO DISCONTINUE SERVICE OF NOTICES

PLEASE TAKE NOTICE that the undersigned, appearing as counsel for IRS, creditor and party-in-interest in the above-captioned matter, requests to be administratively terminated in this case for the purpose of receiving notices. The undersigned no longer wishes to receive notices from the Court, either by electronic form or first class mail.

Dated: 10/16/2023

s/ D. Brian Simpson
Assistant United States Attorney
Middle District of Pennsylvania

Revised: 3/03/05