# IMBLUM LAW OFFICES, P.C.

**4615 DERRY STREET**
**HARRISBURG, PA 17111**

**Gary J. Imblum**
**Jeffrey L. Troutman (of counsel)**

email: gary.imblum@imblumlaw.com

**Telephone**
717.238.5250
**Facsimile**
717.558-8990

October 18, 2023

**Via ECF Only**

TO: US BANKRUPTCY COURT - CLERK

RE: Craig Bradley Deimler & William Oliver Fisher-Deimler
a/k/a William Oliver Fisher Deimler, f/k/a William Oliver Fisher
Chapter 13 Bankruptcy Case No. 1:20-bk-00841-HWV

Dear Clerk:

Please issue a certified Order approving sale of real estate free and clear of liens in the above matter. The Docket Number of the Order is 364.

Very truly yours,

IMBLUM LAW OFFICES, P.C.

/s/ Gary J. Imblum

Gary J. Imblum

GJI/cvs