United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-00841-HWV |
| Craig Bradley Deimler | Chapter 13 |
| William Oliver Fisher-Deimler | |
|     Debtors | |

# CERTIFICATE OF NOTICE

District/off: 0314-1  User: AutoDocke  Page 1 of 2
Date Rcvd: Oct 17, 2023  Form ID: pdf010  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 19, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 5310914 | + | DAUPHIN COUNTY TAX CLAIM, 2 SOUTH 2ND STREET, HARRISBURG, PA 17101-2047 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2023      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 17, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam Bradley Hall | on behalf of Creditor Disney Vacation Club Management LLC amps@manleydeas.com |
| Bret P Shaffer | on behalf of Creditor Mid Penn Bank bshaffer@ssbc-law.com |
| Brian Nicholas | on behalf of Creditor M&T Bank bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor M&T BANK bnicholas@kmllawgroup.com |
| Brian C Nicholas | on behalf of Creditor M&T Bank bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| Bruce J Warshawsky | |

on behalf of Creditor Tradesman Business Group Inc. bjw@cclawpc.com, aharkins@cclawpc.com;jbartley@cclawpc.com;jlaughman@cclawpc.com;jkj@cclawpc.com

Clinton J. Webb

on behalf of Creditor Capital Region Water cwebb@salzmannhughes.com

Denise E. Carlon

on behalf of Creditor M&T Bank bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com

Gary J Imblum

on behalf of Debtor 1 Craig Bradley Deimler gary.imblum@imblumlaw.com gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com

Gary J Imblum

on behalf of Debtor 2 William Oliver Fisher-Deimler gary.imblum@imblumlaw.com gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com

Howard Gershman

on behalf of Creditor Ford Motor Credit Company LLC hg229ecf@gmail.com 229ecf@glpoc.comcastbiz.net

Jack N Zaharopoulos

TWecf@pamd13trustee.com

James Warmbrodt

on behalf of Creditor M&T Bank bkgroup@kmllawgroup.com

John M Strawn

on behalf of Creditor U.S. Department of Labor strawn.john@dol.gov

Leon P Haller

on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com

Michael Patrick Farrington

on behalf of Creditor M&T Bank mfarrington@kmllawgroup.com

Sara A. Austin

on behalf of Creditor Cynthia & John Simpkins saa2@austinlawllc.com

Steven J. Schiffman

on behalf of Creditor Mid Penn Bank sschiffman@ssbc-law.com

Steven K Eisenberg

on behalf of Creditor M&T BANK seisenberg@sterneisenberg.com bkecf@sterneisenberg.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

William E. Craig

on behalf of Creditor Truist ecfmail@mortoncraig.com mortoncraigecf@gmail.com

TOTAL: 21

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
| **CRAIG BRADLEY DEIMLER** : | **CASE NO. 1:20-bk-00841-HWV** |
| **WILLIAM OLIVER FISHER-DEIMLER** : | |
| a/k/a **WILLIAM OLIVER FISHER DEIMLER** : | **CHAPTER 13** |
| f/k/a **WILLIAM OLIVER FISHER** : | |
| Debtors : | |
| : | |
| **CRAIG BRADLEY DEIMLER** : | |
| **WILLIAM OLIVER FISHER-DEIMLER** : | |
| a/k/a **WILLIAM OLIVER FISHER DEIMLER** : | |
| f/k/a **WILLIAM OLIVER FISHER** : | |
| Movants : | |
| : | |
| v. : | |
| : | |
| **JACK N. ZAHAROPOULOS, ESQUIRE,** : | |
| **DAUPHIN COUNTY TAX CLAIM BUREAU** : | |
| Respondents : | |

## ORDER

Upon consideration of Debtor's Motion to Sell Real Estate Free and Clear of Liens Re: Elmwood Drive Property, and it appearing that no Objection or Answer was filed to the Motion by the time set forth in an Order, good reason appearing therefore, no objections appearing thereto, it is hereby declared that the Buyer (and/or its designee) is a good faith purchaser for purposes of Section 363(m) and (n) and for purposes of *In re Abbotts Dairies of Pennsylvania Inc.*, 788 F.2d 143 (3rd Cir. 1986);

**IT IS HEREBY ORDERED AND DECREED** that Federal Bankruptcy Rule 6004(g) is not applicable, and the real property may be sold and purchased immediately upon entry of Order of Court approving same and that the sale of real estate at 3205 Elmwood Drive, Harrisburg, Dauphin County, Pennsylvania, free and clear of liens, including pool furniture, desk unit and

cabinets in office, kitchen appliances, including refrigerator, and washer and dryer, to Karen Peiffer for $291,900.00 is approved and distribution of the proceeds as set forth below shall be permitted:

1. The proceeds of sale must be used to satisfy in full the two mortgage liens held by M&T Bank on the real property. Until such satisfaction in full, the real property is not free and clear of those two liens. The amount necessary to satisfy each mortgage lien is subject to change based on the actual closing date, and an updated payoff figure will be provided by the holder of the mortgages prior to closing.

2. Payment of all closing costs for which Debtors are liable.

3. Payment of attorneys fees in the amount of $3,500.00, to be applied to Debtors' costs and Attorney fees, billed on an hourly basis, and approved by the Bankruptcy Court.

4. Payment of any and all other miscellaneous fees involved with the sale.

5. Payment of any other liens and mortgages.

6. As long as same is a valid lien on subject real estate, payment in full of Dauphin County Tax Claim Bureau, if any, or else the sale will not occur.

7. Payment to Melissa Irene Deimler of $43,850.00 per Second Amendment to Marital Settlement Agreement.

8. If there are net proceeds remaining after paying all the costs, fees and liens set forth in the preceding paragraphs, then payment to the Debtors up to the total amount of the exemption in subject real estate. The total exemption pursuant to Debtors' Schedules is $855.00.

9. If there are net proceeds remaining after paying all the costs, fees and liens set forth in the preceding paragraphs, then payment to Trustee Jack N. Zaharopoulos in an amount up to the amount necessary to fully fund the Plan, less any amount otherwise payable to a secured creditor pursuant to Debtors' Plan, which is, in fact, paid at settlement.

10. If there are net proceeds remaining after paying all of the costs, fees and liens set forth in the preceding paragraphs, then payment of any and all attorney fees owed to Debtors' counsel for representation in the above matter and which have been previously approved by the Court.

11. If there are net proceeds remaining after paying all the costs, fees and liens set forth in the preceding paragraphs, then the remaining balance, if any, shall be distributed to the Debtors.

By the Court,

*Henry W. Van Eck*
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: October 17, 2023