IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: :
CRAIG BRADLEY DEIMLER : CASE NO. 1:20-bk-00841-HWV
WILLIAM OLIVER FISHER-DEIMLER :
a/k/a WILLIAM OLIVER FISHER DEIMLER : CHAPTER 13
f/k/a WILLIAM OLIVER FISHER :
    Debtors :
     :
CRAIG BRADLEY DEIMLER :
WILLIAM OLIVER FISHER-DEIMLER :
a/k/a WILLIAM OLIVER FISHER DEIMLER :
f/k/a WILLIAM OLIVER FISHER :
    Movants :
     :
    v. :
     :
JACK N. ZAHAROPOULOS, ESQUIRE, :
ALLEGHENY COUNTY TAX CLAIM BUR. :
COMPASS BANK :
    Respondents :

## AMENDED ABBOTTS DAIRIES AFFIDAVIT
## RE: 114 LINCOLN AVENUE PROPERTY

Debtors' counsel, Gary J. Imblum, Esquire, inquired with the realtor, Traci Moffitt of Keller Williams Realty, and was informed of the following:

1. Subject property has been listed for sale since August 14, 2023.

2. The property was originally listed for $169,900.00.

3. There were no price adjustments made during the listing.

4. There were a total of 14 showings before the property went under contract. A Motion to Approve the Sale was filed with the Bankruptcy Court. The first buyers terminated, since they did not want to wait for the approval from the Bankruptcy Court before settling. The property was then relisted for $169,900.00.

5. There were a total of 14 offers on the property before the initial offer was accepted. The initial offer accepted fell through as stated above. After the property was relisted, there were

6 additional showings in 2 days. There were 2 offers after the property was relisted. The offer that was accepted had minimal contingencies. The offer that was rejected requested significant seller assist and the offer was lower than the offer that was accepted.

6. There is no connection between the proposed buyers, its owner and/or investors, and the Debtors.

Respectfully submitted,

Date: 10/30/23

Gary J. Imblum, Esquire
Attorney Id. No. 42606
4615 Derry Street
Harrisburg, PA 17111
(717) 238-5250
Fax No. (717) 558-8990
gary.imblum@imblumlaw.com
Attorney for Debtors