# IMBLUM LAW OFFICES, P.C.

**Gary J. Imblum**
**Jeffrey L. Troutman (of counsel)**

**4615 DERRY STREET**
**HARRISBURG, PA 17111**

email: gary.imblum@imblumlaw.com

**Telephone**
717.238.5250
**Facsimile**
717.558-8990

November 8, 2023

<u>**Via ECF Only**</u>

TO: US BANKRUPTCY COURT - CLERK

RE: Craig Bradley Deimler & William Oliver Fisher-Deimler,
aka William Oliver Fisher Deimler, fka William Oliver Fisher
Chapter 13 Bankruptcy Case No. 1:20-bk-00841-HWV

Dear Clerk:

Please issue a certified Order approving sale of real estate at 114 Lincoln Avenue, North Versailles, PA free and clear of liens in the above matter. The Docket Number of the Order is 372.

Very truly yours,

IMBLUM LAW OFFICES, P.C.

/s/ Gary J. Imblum

Gary J. Imblum

GJI/cvs