United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-00841-HWV |
| Craig Bradley Deimler | Chapter 13 |
| William Oliver Fisher-Deimler | |
|     Debtors | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Nov 07, 2023 | Form ID: pdf010 | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 09, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| | + | Allegheny County Tax Claim Bureau, 436 Grant Street, Pittsburgh, PA 15219-2400 |
| | + | Compass Bank, 541 Lawrence Road, Broomall, PA 19008-3501 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5310910 | Email/Text: Bankruptcy.Notices@pnc.com | Nov 07 2023 18:43:00 | COMPASS BANK, PO BOX 11830, BIRMINGHAM, AL 35202 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 09, 2023    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 7, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam Bradley Hall | |
| | on behalf of Creditor Disney Vacation Club Management LLC amps@manleydeas.com |
| Bret P Shaffer | |
| | on behalf of Creditor Mid Penn Bank bshaffer@ssbc-law.com |
| Brian Nicholas | |

| | |
|---|---|
| | on behalf of Creditor M&T Bank bnicholas@kmllawgroup.com |
| Brian Nicholas | |
| | on behalf of Creditor M&T BANK bnicholas@kmllawgroup.com |
| Brian C Nicholas | |
| | on behalf of Creditor M&T Bank bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| Bruce J Warshawsky | |
| | on behalf of Creditor Tradesman Business Group Inc. bjw@cclawpc.com, aharkins@cclawpc.com;jbartley@cclawpc.com;jlaughman@cclawpc.com;jkj@cclawpc.com |
| Clinton J. Webb | |
| | on behalf of Creditor Capital Region Water cwebb@salzmannhughes.com |
| Denise E. Carlon | |
| | on behalf of Creditor M&T Bank bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com |
| Gary J Imblum | |
| | on behalf of Debtor 2 William Oliver Fisher-Deimler gary.imblum@imblumlaw.com gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |
| Gary J Imblum | |
| | on behalf of Debtor 1 Craig Bradley Deimler gary.imblum@imblumlaw.com gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |
| Howard Gershman | |
| | on behalf of Creditor Ford Motor Credit Company LLC hg229ecf@gmail.com 229ecf@glpoc.comcastbiz.net |
| Jack N Zaharopoulos | |
| | TWecf@pamd13trustee.com |
| James Warmbrodt | |
| | on behalf of Creditor M&T Bank bkgroup@kmllawgroup.com |
| John M Strawn | |
| | on behalf of Creditor U.S. Department of Labor strawn.john@dol.gov |
| Leon P Haller | |
| | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com |
| Michael Patrick Farrington | |
| | on behalf of Creditor M&T Bank mfarrington@kmllawgroup.com |
| Sara A. Austin | |
| | on behalf of Creditor Cynthia & John Simpkins saa2@austinlawllc.com |
| Steven J. Schiffman | |
| | on behalf of Creditor Mid Penn Bank sschiffman@ssbc-law.com |
| Steven K Eisenberg | |
| | on behalf of Creditor M&T BANK seisenberg@sterneisenberg.com bkecf@sterneisenberg.com |
| United States Trustee | |
| | ustpregion03.ha.ecf@usdoj.gov |
| William E. Craig | |
| | on behalf of Creditor Truist ecfmail@mortoncraig.com mortoncraigecf@gmail.com |

TOTAL: 21

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| **CRAIG BRADLEY DEIMLER** | : | **CASE NO. 1:20-bk-00841-HWV** |
| **WILLIAM OLIVER FISHER-DEIMLER** | : | |
| a/k/a WILLIAM OLIVER FISHER DEIMLER | : | **CHAPTER 13** |
| f/k/a WILLIAM OLIVER FISHER | : | |
| Debtors | : | |
| | : | |
| **CRAIG BRADLEY DEIMLER** | : | |
| **WILLIAM OLIVER FISHER-DEIMLER** | : | |
| a/k/a WILLIAM OLIVER FISHER DEIMLER | : | |
| f/k/a WILLIAM OLIVER FISHER | : | |
| Movants | : | |
| | : | |
| v. | : | |
| | : | |
| **JACK N. ZAHAROPOULOS, ESQUIRE,** | : | |
| **ALLEGHENY COUNTY TAX CLAIM BUR.** | : | |
| **COMPASS BANK** | : | |
| Respondents | : | |

## ORDER

Upon consideration of Debtor's Amended Motion to Sell Real Estate Free and Clear of Liens Re: 114 Lincoln Avenue property, and it appearing that no Objection or Answer was filed to the Motion by the time allotted, good reason appearing therefore, and the Court finding that the Buyer (and/or its designee) is a good faith purchaser for purposes of Section 363(m) and (n) and for purposes of *In re Abbotts Dairies of Pennsylvania Inc.*, 788 F.2d 143 (3rd Cir. 1986), it is

**ORDERED** that Federal Bankruptcy Rule 6004(g) is not applicable, and the real property may be sold and purchased immediately upon entry of Order of Court approving same and that the sale of real estate at 114 Lincoln Avenue, North Versailles, Allegheny County, Pennsylvania, is free and clear of liens. The sale, which includes a one (1) year warranty on the property, to Nadine Lennon and Terry Lennon for $175,000.00 is approved and distribution of the proceeds as set forth below shall be permitted:

1. Payment of all closing costs for which Debtors are liable.

2. Payment of attorneys fees in the amount of $3,500.00, to be applied to Debtors' costs and Attorney fees, billed on an hourly basis, and approved by the Bankruptcy Court.

3. Payment of any and all other miscellaneous fees involved with the sale.

4. Payment of any liens and mortgages.

5. As long as same is a valid lien on subject real estate, payment in full of Allegheny County Tax Claim Bureau, if any, or else the sale will not occur.

6. As long as same is a valid lien on subject real estate, payment in full of Compass mortgage, or else the sale will not occur.

7. If there are net proceeds remaining after paying all the costs, fees and liens set forth in the preceding paragraphs, then payment to the Debtors up to the total amount of the exemption in subject real estate. The total exemption pursuant to Debtors' Schedules is $15,000.00.

8. If there are net proceeds remaining after paying all the costs, fees and liens set forth in the preceding paragraphs, then payment to Trustee Jack N. Zaharopoulos in an amount up to the amount necessary to fully fund the Plan, less any amount otherwise payable to a secured creditor pursuant to Debtors' Plan, which is, in fact, paid at settlement.

9. If there are net proceeds remaining after paying all of the costs, fees and liens set forth in the preceding paragraphs, then payment of any and all attorney fees owed to Debtors' counsel for representation in the above matter and which have been previously approved by the Court.

10. If there are net proceeds remaining after paying all the costs, fees and liens set forth in the preceding paragraphs, then the remaining balance, if any, shall be distributed to the Debtors.

By the Court,

_Henry W. Van Eck_
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: November 7, 2023