# United States Bankruptcy Court
## Middle District of Pennsylvania

In re    **Craig Bradley Deimler**
         **William Oliver Fisher-Deimler**                                    Case No.    **1:20-bk-00841 HWV**
_____
                                          Debtor(s)              Chapter     **13**

## AMENDED DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ............................    $    **see 5d below**

    Prior to the filing of this statement I have received ................    $    **2,532.00**

    Balance Due ................................................................    $    **see 5d below**

2.  The source of the compensation paid to me was:

    ☑ Debtor        ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ☑ Debtor        ☐ Other (specify):

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **(Lodestar) SUPPLEMENT TO NUMBER 1, ABOVE:**

        **Debtor's counsel will keep a record of all time invested in this case by counsel and paralegals.  The hourly rate for Debtor's counsel is $295.00 per hour.  The hourly rate for associate counsel is $235.00 per hour.  The hourly rate for paralegal time is $135.00 per hour.  These hourly rates are subject to revision at the end of each calendar year.**

        **In addition to fees, Debtor(s) will be responsible for expenses, including photo copying, travel (where applicable), postage, court costs, filing fees, and similar expenses which are incurred by counsel in the course of performing services for the Debtor(s).**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
        **None**

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**November 13, 2023**                          **/s/ Gary J. Imblum**
_____                     _____
*Date*                                        **Gary J. Imblum**
                                              *Signature of Attorney*
                                              **Imblum Law Offices PC**
                                              **4615 Derry Street**
                                              **Harrisburg, PA 17111**
                                              **717-238-5250   Fax: 717-558-8990**
                                              **gary.imblum@imblumlaw.com**
                                              *Name of law firm*

---