IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:  CRAIG BRADLEY DEIMLER     : CHAPTER 13
        WILLIAM OLIVER FISHER-DEIMLER :
        aka William Oliver Fisher Deimler  :
        fka William Oliver Fisher       :
          Debtor                    :
                                      :
        JACK N. ZAHAROPOULOS     :
        STANDING CHAPTER 13 TRUSTEE  :
          Objectant                :
                                        :
        vs.                    : CASE NO. 1:20-bk-00841-HWV
                                        :
        GARY J. IMBLUM, ESQUIRE     : OBJECTION TO APPLICATION
          Applicant                : FOR ATTORNEY FEES

<u>ORDER</u>

AND NOW, upon consideration of the Trustee's Objection to Application of Attorney for Chapter 13 Debtor for Compensation and Reimbursement of Expenses, and all other matters of record, it is hereby ORDERED AND DECREED the attorney fees sought in the First Application of Attorney for Chapter 13 Debtor for Compensation and Reimbursement of Expenses are hereby ADJUSTED AS FOLLOWS: