IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| CRAIG BRADLEY DEIMLER | : | CASE NO. 1:20-bk-00841-HWV |
| WILLIAM OLIVER FISHER-DEIMLER: | | |
| aka William Oliver Fisher Deimler | : | CHAPTER 13 |
| fka William Oliver Fisher | : | |
| Debtors | : | |

**ORDER OF COURT**
**PERMITTING FIRST APPLICATION OF ATTORNEY FOR CHAPTER**
**13 DEBTORS FOR INTERIM COMPENSATION AND REIMBURSEMENT OF**
**EXPENSES AS CHAPTER 13 ADMINISTRATIVE EXPENSES**

Upon consideration of the First Application of Attorney for Chapter 13 Debtors for Interim Compensation and Reimbursement of Expenses as Chapter 13 Administrative Expenses pursuant to 11 U.S.C. §330 and 11 U.S.C. §503(B)(4) of Imblum Law Offices, P.C., by Gary J. Imblum, Counsel for the Debtors in the above matter,

IT IS HEREBY ORDERED AND DECREED that compensation and expenses as Chapter 13 Administrative Expenses pursuant to 11 U.S.C. §330 and 11 U.S.C. §503(B)(4) will be allowed for the payment in the sum of $14,862.75 for fees and $1,578.32 for costs, less client payment of $2,532.00 and $3,500.00 from real estate settlement, for a net amount due of $10,409.07 for the time period of April 12, 2023 through November 9, 2023.