United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-00841-HWV |
| Craig Bradley Deimler | Chapter 13 |
| William Oliver Fisher-Deimler | |
|     Debtors | |

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 2
Date Rcvd: Mar 20, 2024      Form ID: pdf010      Total Noticed: 4

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 22, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 5310899 | ++ | CAPITAL REGION WATER, ATTN AR MANAGER, 3003 N FRONT STREET, HARRISBURG PA 17110-1224 address filed with court:, CAPITAL REGION WATER, 100 PINE DRIVE, HARRISBURG, PA 17103 |
| 5310904 | + | CITY OF HARRISBURG, DEPT OF PUBLIC WORKS, 1820 PAXTON STREET, HARRISBURG, PA 17104-2826 |
| 5310913 | + | DAUPHIN COUNTY COMMISSIONERS, PO BOX 1295, HARRISBURG, PA 17108-1295 |
| 5310914 | + | DAUPHIN COUNTY TAX CLAIM, 2 SOUTH 2ND STREET, HARRISBURG, PA 17101-2047 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 22, 2024      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 20, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam Bradley Hall | on behalf of Creditor Disney Vacation Club Management LLC amps@manleydeas.com |
| Bret P Shaffer | on behalf of Creditor Mid Penn Bank bshaffer@ssbc-law.com |
| Bruce J Warshawsky | on behalf of Creditor Tradesman Business Group Inc. bjw@cclawpc.com, aharkins@cclawpc.com;jbartley@cclawpc.com;jlaughman@cclawpc.com;jkj@cclawpc.com |

| | |
|---|---|
| Clinton J. Webb | on behalf of Creditor Capital Region Water cwebb@salzmannhughes.com |
| Denise E. Carlon | on behalf of Creditor M&T Bank bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com |
| Gary J Imblum | on behalf of Debtor 2 William Oliver Fisher-Deimler gary.imblum@imblumlaw.com gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |
| Gary J Imblum | on behalf of Debtor 1 Craig Bradley Deimler gary.imblum@imblumlaw.com gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |
| Howard Gershman | on behalf of Creditor Ford Motor Credit Company LLC hg229ecf@gmail.com 229ecf@glpoc.comcastbiz.net |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor M&T Bank bkgroup@kmllawgroup.com |
| John M Strawn | on behalf of Creditor U.S. Department of Labor strawn.john@dol.gov |
| Leon P Haller | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com |
| Michael Patrick Farrington | on behalf of Creditor M&T Bank mfarrington@kmllawgroup.com |
| Michael Patrick Farrington | on behalf of Creditor M&T BANK mfarrington@kmllawgroup.com |
| Sara A. Austin | on behalf of Creditor Cynthia & John Simpkins saa2@austinlawllc.com |
| Steven J. Schiffman | on behalf of Creditor Mid Penn Bank sschiffman@ssbc-law.com |
| Steven K Eisenberg | on behalf of Creditor M&T BANK seisenberg@sterneisenberg.com bkecf@sterneisenberg.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| William E. Craig | on behalf of Creditor Truist wcraig@egalawfirm.com mortoncraigecf@gmail.com |

TOTAL: 19

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| **CRAIG BRADLEY DEIMLER** | : | CASE NO. 1:20-bk-00841-HWV |
| **WILLIAM OLIVER FISHER-DEIMLER** | : | |
| a/k/a WILLIAM OLIVER FISHER DEIMLER | : | CHAPTER 13 |
| f/k/a WILLIAM OLIVER FISHER | : | |
| Debtors | : | |
| | : | |
| **CRAIG BRADLEY DEIMLER** | : | |
| **WILLIAM OLIVER FISHER-DEIMLER** | : | |
| a/k/a WILLIAM OLIVER FISHER DEIMLER | : | |
| f/k/a WILLIAM OLIVER FISHER | : | |
| Movants | : | |
| | : | |
| v. | : | |
| | : | |
| **PHFA** | : | |
| **DAUPHIN COUNTY COMMISSIONERS** | : | |
| **DAUPHIN COUNTY TAX CLAIM BUREAU** | : | |
| **CITY OF HARRISBURG** | : | |
| **CAPITAL REGION WATER** | : | |
| **JACK N. ZAHAROPOULOS, ESQUIRE** | : | |
| Respondents | : | |

## ORDER

Upon consideration of Debtors' Motion to Sell Real Estate Free and Clear of Liens Re: 2428 Mercer Street, Harrisburg, Dauphin County, Pennsylvania, Doc. 396, and it appearing that no Objection or Answer was filed to the Motion, good reason appearing therefore, it is declared that the Buyer (and/or its designee) is a good faith purchaser for purposes of Section 363(m) and (n) and for purposes of *In re Abbotts Dairies of Pennsylvania Inc.*, 788 F.2d 143 (3rd Cir. 1986), and it is

**ORDERED** that Federal Bankruptcy Rule 6004(h) is not applicable, and the real property may be sold and purchased immediately upon entry of Order of Court approving same and that the sale of real estate at 2428 Mercer Street, Harrisburg, Dauphin County, Pennsylvania, including all fixtures present at the showing, free and clear of liens, to Ketty Guerrero for $132,000.00 is approved and distribution of the proceeds as set forth below shall be permitted:

1. Payment of all closing costs for which Debtors are liable.

2. Payment of attorneys fees in the amount of $3,500.00, to be applied to Debtors' costs and Attorney fees, billed on an hourly basis, and approved by the Bankruptcy Court.

3. Payment of any and all other miscellaneous fees involved with the sale.

4. Payment of any liens and mortgages.

5. As long as same is a valid lien on subject real estate, payment in full of Dauphin County Tax Claim Bureau real estate taxes, if any, or else the sale will not occur.

6. As long as same is a valid lien on subject real estate, payment in full of PHFA mortgage, or else the sale will not occur.

7. As long as same is a valid lien on subject real estate, payment in full of Dauphin County Commissioners mortgage, or else the sale will not occur.

8. If there are net proceeds remaining after paying all the costs, fees and liens set forth in the preceding paragraphs, then payment to Trustee Jack N. Zaharopoulos in an amount up to the amount necessary to fully fund the Plan, less any amount otherwise payable to a secured creditor pursuant to Debtors' Plan, which is, in fact, paid at settlement.

9. If there are net proceeds remaining after paying all of the costs, fees and liens set forth in the preceding paragraphs, then payment of any and all attorney fees owed to Debtors' counsel for representation in the above matter and which have been previously approved by the Court.

10. If there are net proceeds remaining after paying all the costs, fees and liens set forth in the preceding paragraphs, then the remaining balance, if any, shall be distributed to the Debtors.

By the Court,

*Henry W. Van Eck* (signature)

Henry W. Van Eck, Chief Bankruptcy Judge
Dated: March 20, 2024