IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| CRAIG BRADLEY DEIMLER | : | CASE NO. 1:20-bk-00841-HWV |
| WILLIAM OLIVER FISHER-DEIMLER: | | |
| aka William Oliver Fisher Deimler | : | CHAPTER 13 |
| fka William Oliver Fisher | : | |
| Debtors | : | |

### DEBTORS' CONSENT TO APPLICATION OF ATTORNEY FOR CHAPTER 13 DEBTORS FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

I, Craig Bradley Deimler, hereby agree to pay all Attorneys Fees and Expenses as set forth in the attached Second Application for Compensation and Reimbursement of Expenses as Chapter 13 Administrative Expenses.

*Craig Bardley Deimler*
**Craig Bradley Deimler**

I, William Oliver Fisher-Deimler, hereby agree to pay all Attorneys Fees and Expenses as set forth in the attached Second Application for Compensation and Reimbursement of Expenses as Chapter 13 Administrative Expenses.

*William Oliver Fisher-Deimler*
**William Oliver Fisher-Deimler**

**DATE:** 01/23/2025