# IMBLUM LAW OFFICES, P.C.

**4615 DERRY STREET**
**HARRISBURG, PA 17111**

Gary J. Imblum
Jeffrey L. Troutman (of counsel)

email: gary.imblum@imblumlaw.com

Telephone
717.238.5250
Facsimile
717.558-8990

April 2, 2025

**<u>Via ECF Only</u>**

TO: US BANKRUPTCY COURT - CLERK

RE: Craig Deimler & William Fisher-Deimler
Chapter 13 - Bankruptcy Case No. 1:20-bk-00841

Dear Clerk:

Please be advised that the addresses for the following Creditors have changed.

| NEW ADDRESS: | OLD ADDRESS: |
|---|---|
| Ford Motor Credit Company<br>PO Box 35914<br>Cleveland OH 44135-0914 | Ford Motor Credit Company<br>PO Box 62180<br>Colorado Springs CO 80962-2180 |
| Stephen Ofak<br>208 N. 32nd Street<br>Harrisburg PA 17111-1630 | Stephen Ofak<br>1740 Miller Road<br>Dauphin PA 17018-9740 |
| Precision Tile Works Inc.<br>2217 Ritner Hwy<br>Carlisle PA 17015 | Precision Tile Works Inc.<br>66 W. Main Street<br>Newville PA 17241-1011 |
| Jackie Evangelista<br>228 Edie Circle<br>Stewartstown PA 17363-7202 | Jackie Evangelista<br>4613 Custer Drive<br>Harrisburg PA 17110-3209 |
| Lackawanna American Insurance<br>PO Box 270<br>Wilkes Barre PA 18703-0270 | Lackawanna American Insurance<br>46 Public Square Ste 501<br>Wilkes Barre PA 18701-2609 |

Very truly yours,

IMBLUM LAW OFFICES, P.C.

*Gary J. Imblum*

Gary J. Imblum

GJI/srm