## UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re:   CRAIG BRADLEY DEIMLER
         WILLIAM OLIVER FISHER-
         DEIMLER
         FKA WILLIAM OLIVER FISHER,
         WILLIAM OLIVER FISHER                    CHAPTER 13
         DEIMLER
                            Debtor(s)


         JACK N. ZAHAROPOULOS
         CHAPTER 13 TRUSTEE                        CASE NO: 1-20-00841-HWV
                            Movant
         vs.
         CRAIG BRADLEY DEIMLER
         WILLIAM OLIVER FISHER-
         DEIMLER
         FKA WILLIAM OLIVER FISHER,
         WILLIAM OLIVER FISHER
         DEIMLER
                            Respondent(s)


### TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, on October 14, 2025, Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle
District of Pennsylvania, through his attorney, Douglas R. Roeder, Esquire, and moves this Honorable Court
for dismissal of the above-captioned Chapter 13 bankruptcy case in accordance with 11 U.S.C. Section
1307(c), due to material default by the debtor(s) with respect to the terms of the plan.

Notice of hearing and other instructions are included with this Motion.

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-
captionedcase in accordance with 11 U.S.C. Section 1307(c).


                              Respectfully submitted,

                              /s/  Douglas R. Roeder, Esquire
                              ID:  80016
                              Attorney for Trustee
                              Jack N. Zaharopoulos
                              Standing Chapter 13 Trustee
                              Suite A, 8125 Adams Drive
                              Hummelstown, PA 17036
                              Phone:  (717) 566-6097
                              email:  droeder@pamd13trustee.com

In Re:    CRAIG BRADLEY DEIMLER
WILLIAM OLIVER FISHER-
DEIMLER
FKA WILLIAM OLIVER FISHER,
WILLIAM OLIVER FISHER        CHAPTER 13
DEIMLER

               Debtor(s)

     JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE         CASE NO: 1-20-00841-HWV
               Movant

vs.
     CRAIG BRADLEY DEIMLER
WILLIAM OLIVER FISHER-
DEIMLER
FKA WILLIAM OLIVER FISHER,
WILLIAM OLIVER FISHER
DEIMLER
              Respondent(s)

## NOTICE

NOTICE IS HEREBY GIVEN that Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, has filed a Motion to Dismiss for failure to make timely payments pursuant to your Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a HEARING with the Court has been scheduled on this motion. Any matters not resolved shall be heard at the dismissal hearing.

Sylvia H. Rambo United States Courthouse     Date:    November 5, 2025
Bankruptcy Courtroom 4B, 4th Floor         Time:    09:35 AM
1501 North 6th Street
Harrisburg, PA 17102

YOU ARE FURTHER NOTICED that you MUST attend the dismissal hearing unless one of the following takes place.

1. You have paid the following and have confirmed payment with Trustee Zaharopoulos's office.
   **AMOUNT DELINQUENT AS OF LAST MONTH: $ 5200.00**
   **AMOUNT DUE FOR THIS MONTH: $2600.00**
   **TOTAL AMOUNT DUE BEFORE HEARING DATE: $7800.00**

**NOTE:**
    **ALL payments must be made by CERTIFIED CHECK, MONEY ORDER or through TFSBILLPAY.COM. NO PERSONAL CHECKS OR CASH WILL BE ACCEPTED!**

    **DO NOT** send your payments REGISTERED, CERTIFIED, FEDERAL EXPRESS, UPS, or by any other special delivery service. Doing so will delay processing of your payment and **may result in dismissal of your case.**

**If submitting payment by U.S. First Class Mail** mail to**:**
       **CHAPTER 13 TRUSTEE, PO BOX 6008, MEMPHIS, TN 38101-6008**

If **submitting payment using TFSBILLPAY.COM** please **allow 5 business days** for payment to be applied.

2.   You have entered into a valid stipulation with Trustee Zaharopoulos and that stipulation has been filed with the court, or

3.   You have filed a voluntary conversion or a voluntary case dismissal with the U.S. Bankruptcy Court and have served a copy of that motion upon Trustee Zaharopoulos.

**FAILURE TO COMPLY WITH THE ABOVE WILL RESULT IN YOUR CHAPTER 13 CASE BEING CALLED FOR DISMISSAL HEARING WITH THE COURT ON THE DATE AND TIME AS SPECIFIED IN THIS NOTICE.  THIS MAY RESULT IN DISMISSAL OF YOUR CASE**.

Dated:   October 14, 2025          Respectfully submitted,

                               /s/ Douglas R. Roeder, Esquire
                               ID:  80016
                               Attorney for Trustee
                               Jack N. Zaharopoulos
                               Standing Chapter 13 Trustee
                               Suite A, 8125 Adams Drive
                               Hummelstown, PA 17036
                               Phone:  (717) 566-6097
                               email:  info@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

In Re:    CRAIG BRADLEY DEIMLER
WILLIAM OLIVER FISHER-
DEIMLER
FKA WILLIAM OLIVER FISHER,
WILLIAM OLIVER FISHER        CHAPTER 13
DEIMLER

                 Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE        CASE NO: 1-20-00841-HWV
           Movant
vs.
CRAIG BRADLEY DEIMLER
WILLIAM OLIVER FISHER-
DEIMLER
FKA WILLIAM OLIVER FISHER,
WILLIAM OLIVER FISHER
DEIMLER
           Respondent(s)

## <u>CERTIFICATE OF SERVICE</u>

I certify that I am more than 18 years of age and that on October 14, 2025, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties from Hummelstown, PA, unless served electronically.

<u>Served Electronically</u>
GARY J. IMBLUM, ESQUIRE
4615 DERRY STREET
HARRISBURG PA 17111-

UNITED STATES TRUSTEE
1501 NORTH 6TH STREET
PO BOX 302
HARRISBURG PA 17102

Served by First Class Mail
CRAIG BRADLEY DEIMLER
WILLIAM OLIVER FISHER-DEIMLER
2772 MONTICELLO LANE
HARRISBURG PA 17112-3757

I certify under penalty of perjury that the foregoing is true and correct.
Date: October 14, 2025

            /s/ Ashley Schott
            Office of the Standing Chapter 13 Trustee
            Jack N. Zaharopoulos
            Suite A, 8125 Adams Dr.
            Hummelstown, PA 17036
            Phone: (717) 566-6097
            email: info@pamd13trustee.com

IN RE:    CRAIG BRADLEY DEIMLER
WILLIAM OLIVER FISHER-DEIMLER
AKA: FKA WILLIAM OLIVER
FISHER, WILLIAM OLIVER FISHER
DEIMLER

        CHAPTER 13

        Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
        Movant

        CASE NO: 1-20-00841-HWV

vs.

CRAIG BRADLEY DEIMLER
WILLIAM OLIVER FISHER-DEIMLER
AKA: FKA WILLIAM OLIVER
FISHER, WILLIAM OLIVER FISHER
DEIMLER

## ORDER DISMSSING CASE

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed.  The Court retains jurisdiction to rule on any timely filed fee application.