**IMBLUM LAW OFFICES, P.C.**

**4615 DERRY STREET**
**HARRISBURG, PA 17111**

Gary J. Imblum
Jeffrey L. Troutman (of counsel)

email: gary.imblum@imblumlaw.com

Telephone
717.238.5250
Facsimile
717.558-8990

December 24, 2025

**Via ECF Only**

TO: US BANKRUPTCY COURT - CLERK

RE: Craig Deimler & William Fisher-Deimler
Chapter 13 - Bankruptcy Case No. 1:20-bk-00841

Dear Clerk:

Please be advised that the address for the following Creditor has changed. The <u>new</u> address is:

WRIGHTS EXCAVATION CONCRETE CO INC
701 MARKET STREET, APT 119
LEMOYNE PA 17043-1656

The Creditor's <u>previous</u> address was as follows:

WRIGHTS EXCAVATION CONCRETE CO INC
407 N LOCKWILLOW AVENUE
HARRISBURG PA 17112-2559

Very truly yours,

IMBLUM LAW OFFICES, P.C.

*Gary J. Imblum*

Gary J. Imblum

GJI/srm