Fill in this information to identify the Fill in this information to identify the case:

Debtor 1   William Oliver Fisher-Deimler aka William Oliver Fisher Deimler fka William Oliver Fisher

Debtor 2   Craig Bradley Deimler

Debtor 2

United States Bankruptcy Court for the MIDDLE District of Pennsylvania

Case number   20-00841 HWV

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** M&T Bank

**Court claim no.** (if known): 21

**Last 4 digits** of any number you use to identify the debtor's account: 8932

**Date of payment change:**
Must be at least 21 days after date of this notice     12/01/2022 *

**New total payment:**     $917.42 *
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $223.44      New escrow payment: $ 268.49 *

## Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%      New interest rate: _____%

   Current principal and interest payment: $_____      New principal and interest payment: $_____

## Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. *(Court approval may be required before the payment change can take effect.)*

   Reason for change: _____

   Current mortgage payment: $_____      New mortgage payment: $_____

Official Form 410S1     Notice of Mortgage Payment Change     page 1

| Debtor(s) | William Oliver Fisher-Deimler, Craig Bradley Deimler | Case number (if known) 20-00841 HWV |
|---|---|---|
| | First Name  Middle Name  Last Name | |

### Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

X /s/ Michael Farrington     Date 04/10/2023
    Signature

Print: Michael Farrington
10 Apr 2023, 13:00:46, EDT

Title  Attorney for Creditor

Company  KML Law Group, P.C.

Address  701  Market Street, Suite 5000
         Number  Street
         Philadelphia,         PA    19106
         City                  State  ZIP Code

Contact phone  (215) 627–1322        Email  bkgroup@kmllawgroup.com

*This notice of payment change is being filed in the interest of completeness in the court record. The effective date on this analysis was scheduled to be prior to the filing of this notice. In order to comply in good faith with FRBP 3002.1(b), M&T will write the loss for the difference of payment of $45.05 for December - April 2023 (5 months x $45.05 = $225.25) immediately. Beginning May 1, 2023 the debtor or the estate shall be solely responsible for the entire new payment amount until further adjustment.

Official Form 410S1                Notice of Mortgage Payment Change                page 2

Case 1:20-bk-00841-HWV    Doc    Filed 04/10/23    Entered 04/10/23 16:25:30    Desc
Document ID: c22ad8eb6e35010cea075259ff7bc22086c059725dea75252182476lda11849a
                                Main Document    Page 2 of 2