IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Craig Bradley Deimler**<br>**William Oliver Fisher-Deimler**<br>**aka William Oliver Fisher Deimler fka**<br>**William Oliver Fisher**<br>　　　　　　　　　　　　**Debtor(s)** | **BK NO. 20-00841 HWV**<br><br>Chapter 13<br><br>Related to Claim No. no. 21 |
| **M&T Bank**<br>　　　　　　　　　　　　**Movant**<br>　　vs.<br>**Craig Bradley Deimler**<br>**William Oliver Fisher-Deimler aka**<br>**William Oliver Fisher Deimler fka**<br>**William Oliver Fisher**<br>　　　　　　　　　　　　**Debtor(s)**<br><br>**Jack N. Zaharopoulos**,<br>　　　　　　　　　　　　**Trustee** | |

## CERTIFICATE OF SERVICE
### NOTICE OF MORTGAGE PAYMENT CHANGE

I, Michael P. Farrington of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>April 10, 2023</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below:

<u>Debtor(s)</u>
Craig Bradley Deimler
2100 Bellevue Road
Harrisburg, PA 17104

William Oliver Fisher-Deimler aka William Oliver
Fisher Deimler fka William Oliver Fisher
2100 Bellevue Road
Harrisburg, PA 17104

Attorney for Debtor(s)
John Matthew Hyams, Law Offices of John M.
Hyams
2023 N 2nd Street
Harrisburg, PA 17102

Trustee
Jack N. Zaharopoulos
8125 Adams Drive
Hummelstown, PA 17036

Method of Service: electronic means or first class mail

Dated: <u>April 10, 2023</u>

　　　　　　　　　　　　　　　　　　　　　　　<u>/s/ Michael P. Farrington</u>
　　　　　　　　　　　　　　　　　　　　　　　Michael P. Farrington Esq.
　　　　　　　　　　　　　　　　　　　　　　　Attorney I.D. 329636
　　　　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　　　　　　(215) 825-6488
　　　　　　　　　　　　　　　　　　　　　　　mfarrington@kmllawgroup.com